```
1  JONATHAN SHUB
   SEEGER WEISS LLP
2  1515 Market Street, Suite 1380
3  Philadelphia, PA 19102
   Telephone: (215) 564-2300
4  Facsimile: (215) 851-8029
5  jshub@seegerweiss.com

6
   Attorney for Plaintiff
7  Nadeem Kachi, and on Behalf
8  of All Others Similarly Situated,
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEEM KACHI, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-cv-00412-JM |
| Plaintiff, | **DECLARATION OF JONATHAN SHUB IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| v. | |
| NATROL, INC.; NATROL ACQUISITION CORP; NATROL PRODUCTS, INC.; NATROL DIRECT, INC.; and d/b/a MEDICAL RESEARCH INSTIUTE (MRI); | |
| Defendants. | |

I, Jonathan Shub, declare as follows:

1. I am a partner with the law firm of Seeger Weiss LLP, one of the firms representing the Plaintiff in this action. I am a member in good standing of the bar of the State of California and duly admitted to practice in this Court. This declaration is based on my own personal knowledge and if called to testify, I could and would do so competently as to the matters set forth herein. I submit this declaration in support of Plaintiff's Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of the Deposition of Jenia Khudagulyan taken pursuant to Fed.R.Civ.P. 30(b)(6).

3. Attached hereto as Exhibit B is a true and correct copy of the labelling of L-Arginine 3000 and related materials. Portions of these materials were designated by Defendants as confidential pursuant to the confidentiality order entered in this litigation.

4. Attached hereto as Exhibit C is a true and correct copy of the labelling of L-Arginine 1000. Portions of these materials were designated by Defendants as confidential pursuant to the confidentiality order entered in this litigation.

5. Attached hereto as Exhibit D is a true and correct copy of labelling of Platinum NO2 and related materials.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Guyao Wu, Ph.D.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant Natrol, Inc.'s Response to Plaintiff's Interrogatories, Set One. Portions of the responses were designated by Defendants as confidential pursuant to the confidentiality order entered in this litigation.

8. Attached hereto as Exhibit G is a true and correct copy of Expert Report of Dr. William Campbell In Support of Class Certification along with the Curriculum Vitae of Dr. Campbell.

9. Attached hereto as Exhibit H is a true and correct copy of the deposition of Nadeem Kachi.

10. Attached hereto as Exhibit I is a true and correct copy of the resume of my firm, Seeger Weiss LLP.  Additionally, as is clear from the firm resume, Seeger Weiss has the experience, ability and resources to continue to prosecute this action vigorously. In addition to its attorneys, who have developed a national reputation for excellent work, the firm also maintains a staff of paralegals and litigation support staff.  Seeger Weiss has the financial resources to commit to aggressively litigate this case.

11. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Nick Suciu, my co-counsel in this litigation, as well as the resume of his firm, the Oliver Law Group.

12. Seeger Weiss' practice focuses on class action and other complex litigation in the areas of consumer fraud, mass torts, and antitrust violations.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing facts are true and correct.

Dated: January 31, 2014

/s/ Jonathan Shub
Jonathan Shub
SEEGER WEISS LLP