# EXHIBIT J

1  NICK SUCIU III (Pro Hac Vice)
2  OLIVER LAW GROUP, P.C.
   950 W. University Drive, Suite 200
3  Rochester, MI 48307
4  Telephone: (248) 327-6556
   Facsimile: (248) 436-3385
5  notifications@oliverlg.com
6  www.legalactionnow.com

7
   Attorney for Plaintiff
8  Nadeem Kachi, and on Behalf
9  of All Others Similarly Situated,

10

11                    UNITED STATES DISTRICT COURT
12                    SOUTHERN DISTRICT OF CALIFORNIA

13

14
   NADEEM KACHI,                          Case No. 3:13-cv-00412-JM
15 Individually and on Behalf of All
16 Others Similarly Situated,

17              Plaintiff,                 **DECLARATION OF NICK SUCIU**
18                                         **IN SUPPORT OF PLAINTIFF'S**
                                           **MOTION FOR CLASS**
19                                         **CERTIFICATION**
20

21     v.                                 Date: TBD
                                          Time: TBD
22 NATROL, INC.;                          Judge: Honorable Jeffrey T. Miller
23 NATROL ACQUISITION CORP;               Courtroom: 16
   NATROL PRODUCTS, INC.;
24 NATROL DIRECT, INC.; and
25 d/b/a MEDICAL RESEARCH INSTIUTE (MRI);

26
   Defendants.
27

28

─────────────────────────────────────────────
   SUCIU DECLARATION ISO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
                   CASE NO. 3:13-CV-00412 JM

I, Nick Suciu III, declare as follows:

1.      I am an attorney with the law firm of Oliver Law Group, PC ("OLG"), one of the firms representing the Plaintiff in this action.  I am a member in good standing of the bar of the State of Michigan and am admitted *pro hac vice* to practice in this Court.  This declaration is based on my own personal knowledge and if called to testify, I could and would do so competently as to the matters set forth herein.  I submit this declaration in support of Plaintiff's Motion for Class Certification.

## QUALIFICATIONS TO SERVE AS LEAD COUNSEL

2.      OLG's practice focuses on class action and other complex litigation in the areas of consumer fraud, mass torts, and antitrust violations.

3.      The Oliver Law Group, P.C., located in Rochester, Michigan, was founded by managing partner Alyson Oliver.  The firm has developed a range of experience in criminal and civil law practice. As a boutique law firm which emphasizes civil advocacy, the Oliver Law Group has followed Ms. Oliver's lead as agents for positive social change and responsibility, and has represented individuals, companies, classes and the community at large, often in complex civil litigation. OLG has extensive experience in prosecuting class actions from the pleading stage through trials and appeals, and in handling multi-district and consumer fraud litigation in particular.  The firm has represented clients throughout the United States in complex consumer fraud, antitrust, and securities class actions, as well as mass torts.

4)  OLG has extensive leadership experience in complex litigation, including:

    a)  Currently serving as class counsel in the WARN act litigation in St. Louis, Missouri;

    b)  Currently involved in MDL litigation in DePuy ASR, Medtronic Sprint Fidelis, Digitek, DePuy ASR and Pinnacle, Yaz®, Transvaginal Mesh and NuvaRing®;

    c)  Appointed to and currently serving on the Plaintiff Steering Committee on Zimmer NexGen® Knee Multi District Litigation pending in Chicago, Illinois before the Hon. Rebecca Pallmeyer as well as on the Steering Committee for six Transvaginal Mesh Multi-District Litigations cases pending in West Virginia before Judge Goodwin; and

1

d)  Engaged in law and motion committee, plaintiffs vetting committee, and discovery committees in multiple MDLs and class actions; currently in Zimmer NexGen®, Imprelis Multi District Litigations, Blue Cross Blue Shield of Michigan antitrust litigation and Transvaginal Mesh litigation.

5)  I am the lead attorney from OLG in this litigation.  I graduated from the Wayne State University School of Law in 2008 and was admitted to practice in Michigan in 2008.  I have experience prosecuting class actions, especially in cases arising under the CLRA, FAL, UCL and cases involving common law claims for breach of contract – the types of claims in this litigation.

6)  Prior to joining OLG I acted as general counsel and outside counsel to several dietary supplement manufacturers and retailers.  In this role I advised my clients on several issues regarding FDA and FTC regulatory compliance, advertising, labeling and marketing compliance, and class action litigation.

7)  OLG has the experience, ability and resources to continue to prosecute this action vigorously.  In addition to its attorneys, who have developed a national reputation for excellent work, the firm also maintains a staff of paralegals and litigation support staff.  OLG has the financial resources to commit to aggressively litigate this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing facts are true and correct.  Executed this 31st day of January 2014 in Detroit, Michigan.

Nick Suciu III

SUCIU DECLARATION ISO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 3:13-CV-00412 JM

# OLIVER LAW GROUP PC FIRM BIOGRAPHY

## Firm Overview

The Oliver Law Group, P.C., located in Rochester, Michigan, was founded by managing partner Alyson Oliver.  The firm has developed a range of experience in criminal and civil law practice. As a boutique law firm which emphasizes civil advocacy, the Oliver Law Group has followed Ms. Oliver's lead as agents for positive social change and responsibility, and has represented individuals, companies, classes and the community at large, often in complex civil litigation.

**A Record of Success Built on a Range of Experience.**

The Oliver Law Group is comprised of attorneys with a range of experiences, from regulatory and business backgrounds to experience with complex multidistrict litigation, class actions, criminal law and civil rights claims. Such experience and professional diversity renders the Oliver Law Group well-suited to the needs of their clients.

**Prompt and Reliable Communication.**

The Oliver Law Group takes great pride in being client-focused. With a portion of its staff devoted exclusively to providing prompt client services and remaining available for client communications and needs, the Oliver Law Group takes its commitment to providing consistent and clear communication very seriously.

**Dedication to Service.**

The Oliver Law Group is a leader in its dedication to pro bono service to the community. A robust belief of giving back anchors the firm's effort to extend representation to those who would otherwise not receive legal assistance.  The attorneys of Oliver Law Group are encouraged to establish relationships that allow for pro bono services,  and individually have been recognized repeatedly for this effort.  In addition, the firm itself received recognition in 2013 by the United Stated District Court, Eastern District of Michigan for the firm-wide pro bono dedication Oliver Law Group maintains.

## Attorney Biographies

*Alyson Oliver, Esq.*

With a multi-faceted career spanning over 14 years, Alyson Oliver's experience as a trial lawyer and managing partner of the Oliver Law Group P.C. has provided a solid foundation for handling intricate litigation. Oliver has thrived over the years on challenging courtroom battles and gaining victories for the underdog. As a dynamic trial lawyer, she is a diligent advocate for her clients. Oliver is skilled in all phases of litigation from the preparation and discovery phases through negotiations, hearings, and trials.

Oliver's peers have recognized her talent and dedication to her clients and the legal profession. In 2008-2012, Oliver was named a Top 100 Trial Attorney by the American Trial Lawyers Association. The Association is a national organization recognizing the Top 100 Trial Lawyers from each state. Membership is obtained through special invitation only to those attorneys who exemplify superior qualifications of leadership, reputation, influence, stature, and profile as civil plaintiff or criminal defense trial lawyers.

**Legal Excellence & Professionalism**

Ms. Oliver's dedication and commitment to upholding the highest standard of legal excellence and professionalism has been demonstrated in over a decade of service which includes:

- 2003 Pro Bono Recognition from Chief Judge Lawrence P. Zatkoff of the United States District Court, Eastern District of Michigan

- 2008 Pro Bono Recognition from Chief Judge Bernard Friedman of the United States District Court, Eastern District of Michigan

- 2008, 2009, 2010, 2011 Named as a Top 100 Trial Attorney in America's Trial Lawyers Association

- 2009 and 2010 Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan

- Dynamic Trial Attorney with a 90% win rate for an average of 20 trials annually

- Six years of progressive trial experience in primary practice of criminal defense prior to electing to focus on civil plaintiff's litigation and ultimately, complex litigation

- Procured a published opinion changing the standard for medical treatment for prisoners as counsel in *Garretson v. Madison Heights*, a §1983 case

- Appointed as class counsel repeatedly in multiple states; currently serving as class counsel in the WARN act litigation in St. Louis, Missouri

- Presenter of oral argument at Joint Panel of Multi-District Litigation in efforts to consolidate national litigation in MDL proceedings in Imprelis Litigation, and Transvaginal Mesh Litigation

- Currently involved in MDL litigation in DePuy ASR, Medtronic Sprint Fidelis, Digitek, DePuy ASR and Pinnacle, Yaz®, Transvaginal Mesh and NuvaRing®

- Appointed to and currently serving on the Plaintiff Steering Committee on Zimmer NexGen® Knee Multi District Litigation pending in Chicago, Illinois before the Hon.

Rebecca Pallmeyer as well as on the Steering Committee for six Transvaginal Mesh Multi-District Litigations cases pending in West Virginia before Judge Goodwin.

- Engaged in law and motion committee, plaintiffs vetting committee, and discovery committees in multiple MDLs and class actions; currently in Zimmer NexGen®, Imprelis Multi District Litigations, Blue Cross Blue Shield of Michigan antitrust litigation and Transvaginal Mesh litigation.

EDUCATION
B.A. 1994 – Oakland University
J.D. 1998- University of Detroit Mercy

STATE COURT BAR ADMISSION

State of Michigan


FEDERAL COURT BAR ADMISSIONS


- United States Court of Appeals Sixth Circuit
- United States District Court of Indiana Northern District
- United States District Courts of Michigan Eastern District and Western District
- United States District Court of New York Northern District
- United States District Court of Ohio Northern District
- United States District Court of Wisconsin Eastern District
- United States District Court of Missouri Eastern District

SPECIAL APPOINTMENTS AND RECOGNITION

- 4/15/2003| Pro Bono Recognition from Chief Judge Lawrence P. Zatkoff of the United States District Court, Eastern District of Michigan
- 9/23/2008| Pro Bono Recognition from Chief Judge Bernard Friedman of the United States District Court, Eastern District of Michigan
- 2008, 2009, 2010, 2011, 2012| Named as a Top 100 Trial Attorney in America's Trial Lawyers Association
- 9/15/2009| Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan
- 9/15/2010| Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan

AFFILIATIONS

- American Trial Lawyers Association
- American Association of Justice
- Oakland County Bar Association

- State Bar of Michigan
- Criminal Defense Attorneys of Michigan
- U.S. District Court Pro Bono Committee
- Consumer Law Division, State Bar of Michigan

*Reed E. Eriksson, Esq.*

Reed E. Eriksson has been working with Alyson Oliver since June of 2011. Reed earned his Bachelor's Degree in Political Science from the University of Michigan, Ann Arbor, in 2009; and earned his law degree from the University of Toledo, College of Law, in 2012, where he earned recognition for his legal research and writing skills. Since joining the firm as a clerk, Reed has continued to hone those research and writing skills; and Reed now works on a wide variety of practice areas, from business and contract disputes, to employment litigation and criminal defense representation, to appellate arguments and Constitutional law. With this multi-faceted approach, Reed is prepared to assist in a wide variety of areas where his legal research and writing skills work to bring the best possible results to the facts and circumstances by any client.

*Lisa M. Gray, Esq.*

Lisa M. Gray joined the Oliver Law Group as an attorney in January 2013, where she practices in a variety of areas including class actions and complex, multidistrict litigation. Ms. Gray graduated from the Michigan State University College of Law in 2010—she also holds Bachelor of Arts in International Relations from Michigan State University. Throughout law school, she has worked as a legal clerk for the 54-B District Court and held a position as an associate on the Journal of Business and Securities Law. Prior to joining Oliver Law Group, Ms. Gray held a variety of legal positions, which included working as a law clerk for the United States Department of Interior and most recently as a hearing referee for the Michigan Tax Tribunal, Small Claims Division.

*Matthew C. Barsenas, Esq.*

Matthew Barsenas joined the Oliver Law Group in March of 2011. He is an attorney practicing in the firm's product liability section. Matthew is licensed to practice law in the State of Michigan and in the United States District Court for the Eastern District of Michigan. Prior to joining the Oliver Law Group, he worked in the medical field and is an astute resource for medically based issues.

Matthew earned his Juris Doctorate from Barry University Law School in May, 2010. Prior to attending law school, he earned her Bachelor's degree in philosophy and classic civilizations at Wayne State University.

4

*Nick Suciu III, Esq.*

STATE COURT BAR ADMISSION

State of Michigan

FEDERAL COURT BAR ADMISSIONS

- United States District Court for the Eastern District of Michigan
- United States District Court for the Western District of Michigan
- United States Court of Appeals for the Sixth Circuit

EDUCATION

**Wayne State University Law School,** Detroit, Michigan

- Juris Doctor, May 2008

**Wayne State University,** Detroit, Michigan

- Master of Business Administration, December 2009
- Beta Gamma Sigma Business Honor Society

**Wayne State University,** Detroit, Michigan

- Bachelor of Science in Business Administration, Major in Management, August 2005
- Graduated Magna Cum Laude
- Dean's List
- Beta Gamma Sigma Business Honor Society

ACKNOWLEDGMENTS

- United States District Court Eastern District of Michigan 2006 and 2007 Pro Bono Recognition
- Raymond Krell and Board of Governors' Scholarships-LAW

*Support Staff*

 The Oliver Law Group attorneys are supported by six key staff members who allow the lawyers to focus on practicing law with the confidence that support functions and clients are well taken care of and secure.  Without equivocation, the Oliver Law Group support staffs are a major asset to the firm and its clients and provide invaluable service to both.