BRIAN A. PROCEL (State Bar No. 218657)
bprocel@millerbarondess.com
GENE F. WILLIAMS (State Bar No. 211390)
gwilliams@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
NATROL, INC.; NATROL ACQUISITION CORP.; NATROL PRODUCTS, INC.; NATROL DIRECT, INC.; MEDICAL RESEARCH INSTITUTE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

NADEEM KACHI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

NATROL, INC.; NATROL ACQUISITION CORP.; NATROL PRODUCTS, INC.; NATROL DIRECT, INC.; d/b/a/ MEDICAL RESEARCH INSTITUTE (MRI),

Defendants.

**CASE NO.: 3:13-cv-00412-JM (MDD)**

[Assigned to the Honorable Jeffrey T. Miller – Ctrm. 16]

**DECLARATION OF GUOYAO WU, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, GUOYAO WU, declare as follows:

1. I am currently a University Distinguished Professor and University Faculty Fellow in the Department of Animal Science and Faculty of Nutrition at Texas A&M University. Since 1991, I have also been the Principal Investigator and Director of the Laboratory of Amino Acid & Protein Biochemistry and Nutrition, in the Department of Animal Science and Faculty of Nutrition, with Cross-Appointment with the Departments of Medical Physiology and Veterinary Integrative Biosciences at Texas A&M University.

2. I received a Bachelor of Science degree in Animal Science from South China Agricultural University in 1982. I received a Master's degree in Animal Nutrition from Beijing Agricultural University in 1984, and another Master's in Animal Biochemistry from the University of Alberta in 1986. I received my Ph.D. in Animal Biochemistry from the University of Alberta (Canada) in 1989, with my Ph.D. research in Protein and Amino Acid Metabolism in Skeletal Muscle. I received a post-doctorate degree in Nutrition and Diabetes from McGill University Medical School (Canada) in 1991, and another post-doctorate degree in Biochemistry from Memorial University Medical School (Canada) in 1991, where I researched Arginine Metabolism in Macrophages.

3. I have been studying the effects of L-arginine on humans and other mammals for over 20 years, and I have published extensively on L-arginine biochemistry, nutrition and physiology. My papers have been cited over 10,000 times according to the Science Citation Index ("SCI"). I began publishing articles and studies relating to L-arginine in 1992, and continue to study L-arginine today. I authored a book that was published in 2013, "Amino Acids, Biochemistry and Nutrition," that includes a discussion of the effects of L-arginine in humans.

4. I was retained by Defendants to review and comment upon the report of Platiniff's expert, William Campbell (the "Campbell Report"). A true and correct

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

copy of my report, commenting on the Campbell Report, is attached hereto as Exhibit A.

5. Research almost universally agrees that oral L-arginine supplementation at the dosages recommended by Natrol on the three products at issue in this action increases NO synthesis for certain populations, including older individuals, subjects with low arginine intake, smokers, overweight individuals, individuals with risk factors for cardiovascular disease, and individuals with diabetes. This is because these populations suffer from reduced NO synthesis for various reasons. For example, Bode-Boger SM (2006), Clarkson et al. (1996), Luiking et al. (2010), McNight et al. (2010), and Wu and Meininger (2000), among others, have found that NO deficiency in the vasculature and other tissues occurred under a variety of diseased conditions (including obesity, diabetes, and hypertension) and in response to smoking, hypercholesterolemia, and oxidative stress, because of reduced NOS enzymatic activity and increased oxidation of NO by oxidants (Maxwell and Cooke 2001; Wu and Meininger 2009).

6. Because Plaintiff testified that he has smoked for 13 of the past 15 years, he is a member of one of the populations for which the studies almost universally agree that oral L-arginine supplementation will increase NO synthesis.

7. Studies also confirm that L-arginine, at the doses recommended by Natrol on its products, may improve immune function, both by increasing antibody production and by killing pathogens (including bacteria, fungi, parasites and viruses). These improvements in immune function include both NO-dependent and NO-independent improvements.

8. For both "healthy" and "unhealthy" populations, the effects of L-arginine at the dosages recommended by Natrol on its products will vary substantially from person to person, including its effect on erectile function. The following factors influence the effectiveness of the Products for any individual:

- the individual's baseline arginine level, which can vary substantially,



MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

even in healthy populations;

- the individual's level of physical activity. Because exercise independently increases NO synthesis, healthy individuals who do not regularly exercise will likely experience a more dramatic effect from L-arginine supplementation than will individuals who exercise regularly;
- dietary consumption of foods rich in L-arginine;
- whether the individual's diet is high in calcium, vitamin C, or n-3 polyunsaturated fatty acids (all of which stimulate NO synthesis), or in glutamine, lysine, saturated fatty acids, fructose or glucosamine (all of which inhibit NO synthesis);
- the individual's baseline ADMA (asymmetric dimethylarginine) level; and
- the individual's age.

9. In addition to increasing NO synthesis, L-arginine has benefits that are independent of NO synthesis. L-arginine increases the release of insulin; increases the synthesis of creatine; and decreases white fat accretion and viscosity of blood. Each of these reactions results in health benefits separate and apart from those gained by increased NO synthesis.

10. Arginine alpha-ketoglutarate (AAKG) is a salt formed by combining an arginine molecule with an alpha-ketoglutarate molecule through the ionic bond. The formation of AAKG as a dietary supplement has the distinct advantage of avoiding acid-base imbalance in physiological fluids that may result from consumption of supplemental L-arginine alone. In addition, dietary supplementation with AAKG can increase production of ATP (the major form of biological energy) by cells to beneficially promote the endothelium-dependent vasodilation of blood vessels and energy provision. L-arginine alone has a very limited effect on increasing ATP.

///

///

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

11. For at least the past five to 10 years, I have made it a point to recommend to the students in my classes at Texas A&M that they take an oral L-arginine supplement to improve their health and well-being. I do this because I believe that L-arginine supplementation has potential advantages to all populations.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed February 24, 2014 at College Station, Texas.

Guoyao Wu

Guoyao Wu

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

# EXHIBIT "A"

## REBUTTAL EXPERT WITNESS REPORT

by

Dr. Guoyao Wu

This Report is prepared in connection with the case styled *Nadeem Kachi v. Natrol Inc., et al.*, Case No. 13-cv-412-JM (MDD).

## CREDENTIALS

I have been asked by Defendant Natrol, Inc. ("Natrol") to respond to the expert report of Dr. William Campbell (the "Campbell Report") submitted by Plaintiff in this action.

I am currently a University Distinguished Professor and University Faculty Fellow in the Department of Animal Science and Faculty of Nutrition at Texas A&M University. Since 1991, I have also been the Principal Investigator and Director of the Laboratory of Amino Acid & Protein Biochemistry and Nutrition, in the Department of Animal Science and Faculty of Nutrition, with Cross-Appointment with the Departments of Medical Physiology and Veterinary Integrative Biosciences at Texas A&M University.

I received a Bachelor of Science degree in Animal Science from South China Agricultural University in 1982. I received a Master's degree in Animal Nutrition from Beijing Agricultural University in 1984, and another Master's in Animal Biochemistry from the University of Alberta in 1986. I received my Ph.D. in Animal Biochemistry from the University of Alberta (Canada) in 1989, with my Ph.D. research in Protein and Amino Acid Metabolism in Skeletal Muscle. I received a post-doctorate degree in Nutrition and Diabetes from McGill University Medical School (Canada) in 1991, and another post-doctorate degree in Biochemistry from Memorial University Medical School (Canada) in 1991, where I researched Arginine Metabolism in Macrophages.

I have been studying the effects of L-arginine on humans and other mammals for over 20 years, and I have published extensively on L-arginine biochemistry, nutrition and physiology. My papers have been cited over 10,000 times according to the Science Citation Index ("SCI"). I began publishing articles and studies relating to L-arginine in 1992, and continue to study L-

arginine today. I authored a book that was published in 2013, "Amino Acids, Biochemistry and Nutrition," that includes a discussion of the effects of L-arginine in humans.

I have been invited to give presentations on the effects of arginine at Texas A&M, Rutgers University, University of Alberta, Baylor College of Medicine's Children's Nutrition Research Center, University of Texas, Southern Illinois University School of Medicine, Texas Tech University, the Chinese Academy of Science, University of Illinois, the National Cancer Institute, University of Maryland, the EURO Conference on Nutrition, Immune Functions and Health, North Dakota State University, Virginia Tech University, Wuhan Polytech University in China, University of Kentucky, Ohio State University, University of New Mexico School of Medicine, Oklahoma State University, Iowa State University, Seoul National University, the Japan Nutrition Society Annual Meeting, and the Japan Pediatrics Society Conference, among others.

I have been hired as a consultant on issues relating to L-arginine on a number of occasions, but have not previously testified as an expert.

A detailed C.V. that lists substantially all of the studies, books and papers I have authored, as well as the invitations I have received to give presentations during my career is included as Exhibit A to this report.

## ASSIGNMENT

I have been asked by Natrol's legal counsel to review and comment upon the Campbell Report submitted on behalf of the Plaintiff, a copy of which is attached as Exhibit B. My billing rate for all work in this action is $500/hr.

## BASIC SUMMARY OF L-ARGININE

### A. L-Arginine and NO synthesis

L-Arginine is a basic amino acid present in physiological fluids of humans. This nutrient is required for synthesis of protein, creatine and NO. (Wu and Morris 1998). Synthesis of NO from arginine occurs in virtually all human cells. (Wu and Morris, 1998). Available evidence shows that NO synthesis is affected by the foods humans consume (Wu and Meininger 2002).

For example, arginine, calcium, vitamin C, and n-3 polyunsaturated fatty acids stimulate NO synthesis, but glutamine, lysine, saturated fatty acids, fructose, and glucosamine in the human diet inhibit NO synthesis. This has important implications for understanding the responses of humans to dietary arginine supplementation regarding NO production by specific cells and the whole body.

### B. Physiological function of arginine and NO in mammals

Arginine has crucial roles in nutrition and metabolism. Compelling evidence shows that dietary supplementation with arginine may be beneficial in improving cardiovascular function, immunity, neurological function, wound healing, fertility in both males and females, nutrient absorption, mitochondrial biogenesis, and insulin sensitivity, while reducing hyperglycemia, dyslipidemia, obesity, high blood pressure, atherosclerosis, infections, embryonic and fetal deaths, and diarrhea. (**Table 1**).

The actions of arginine on the vasculature are mediated by both NO-dependent and independent mechanisms. (**Table 2**).

**Table 1.** Roles of arginine in growth, health and disease

| Roles of arginine | Reported Effect | Mediators |
|---|---|---|
| Cardiovascular health and disorders | | |
| Vascular vasodilatation | ↑ | NO |
| Coronary and peripheral arterial diseases | ↓ | NO |
| Heart failure, stroke, and ischemia/reperfusion injury | ↓ | NO |
| Sickle cell anemia and vasculopathy | ↓ | NO |
| Endothelial dysfunction in patients with CVRF | | |
| Aging and hyperhomocysteinemia | ↓ | NO |
| Diabetes, hypertension, and smoking | ↓ | NO |
| Hypercholesterolemia and high-fat feeding | ↓ | NO |
| Immune function | | |
| B-cell maturation and antibody production | ↑ | NO, PA, and PS |
| Killing pathogens (bacteria, fungi, parasites and virus) | ↑ | NO |
| Metabolism | | |
| BAT growth and energy-substrate oxidation | ↑ | cGMP, PA, cAMP, and NO |
| Cell signaling (AMPK, MTOR, and cGMP) | ↑ | NO and Arg |
| Lactogenesis and neonatal growth and development | ↑ | Arg, NO, MTOR, PA, and proline |
| Protein synthesis and muscle growth | ↑ | MTOR and PA |
| Ammonia detoxification via the urea cycle | ↓ | Arg, NAG and ornithine |
| Obesity, insulin resistance, and dyslipidemia | ↓ | AMPK, Arg, and NO |

| | | |
|---|---|---|
| Production of ROS and oxidative stress | ↓ | Arg, creatine, PA, and NO |
| Protein degradation and apoptosis | ↓ | MTOR, NO, and autophagy |
| Reproduction | | |
| Embryo implantation, survival, and growth | ↑ | NO, PA, PS, and MTOR |
| Fetal survival, growth, and health | ↑ | NO, PA, PS, and MTOR |
| Ovulation, ovarian steroidogenesis and oocyte quality | ↑ | NO and PA |
| Placental angiogenesis, growth, and function | ↑ | NO, PA, PS, and MTOR |
| Spermatogenesis, sperm quality, and male fertility | ↑ | NO, PA, and PS |
| Uterine contractility and preterm labor | ↓ | NO |
| Erectile dysfunction | ↓ | NO |
| Preeclampsia in human pregnancy | ↓ | NO |
| Skeletal muscle and brain function | ↑ | Creatine, NO, and PS |
| Tissue injury and repair | | |
| Cystic fibrosis and lung injury | ↓ | NO, PA, and proline |
| Gastrointestinal, liver and vessel injury | ↓ | NO, PA, and proline |
| Necrotizing enterocolitis in infants | ↓ | NO, PS, PD, and PA |
| Renal disease with systemic hypertension | ↓ | NO |
| Severe malaria, ulcers, and mitochondrial myopathy | ↓ | NO |
| Tissue integrity, wound healing, and angiogenesis | ↑ | NO, PA, proline, and PS |
| Tumor growth | | |
| Tumorigenesis at early stages | ↓ | NO |
| Tumorigenesis at late stages | ↑ | PA, proline, ornithine, and PS |

The symbols "↑"and "↓" denote enhancement and inhibition (or prevention), respectively. AMPK, AMP-activated protein kinase; BAT, brown adipose tissue; CVRF, cardiovascular risk factors; MTOR, mechanistic target of rapamycin (protein kinase); NAG, N-acetylglutamate; NO, NO; PA, polyamines; PS, protein synthesis; ROS, reactive oxygen species. Adapted from Flynn et al. (2002).

**Table 2.** NO-dependent and independent actions of L-arginine on the vasculature

| NO-dependent vascular actions | NO-independent vascular actions |
|---|---|
| ↑ GC and smooth muscle cell relaxation | ↑ EC membrane polarization and transport activity |
| ↑ EC proliferation & angiogenesis | ↑ Extracellular and intracellular pH |
| ↓ Endothelin-1 release by EC | ↑ Release of insulin, GH, glucagon and prolactin |
| ↓ Leukocyte adhesion to blood vessel wall | ↑ Synthesis of ornithine, creatine, Pro and PA |
| ↓ Platelet aggregation within blood vessel | ↑ Plasmin generation and fibrinogenolysis |
| ↓ Superoxide production by EC | ↓ Leukocyte adhesion to non-EC matrix |
| ↓ Expression of cell adhesion molecules | ↓ FA profile, oxygenation and viscosity of blood |
| ↓ Expression of monocyte chemotactic peptides | ↓ Angiotensin-converting enzyme activity |
| ↓ Proliferation of vascular smooth muscle cells | ↓ Release of $O_2^-$ and $H_2O_2$ and lipid peroxidation |
| ↓ EC mitochondrial injury and apoptosis | ↓ Formation of $TXB_2$, fibrin and platelet-fibrin |

Abbreviations: EC, endothelial cell; FA, fatty acid; GC, guanylyl cyclase; GH, growth hormone; PA, polyamines; Pro, proline; $TXB_2$, thromboxane $B_2$. The symbols ↑ and ↓ denote increase and decrease, respectively. Adapted from Wu and Meininger (2000).

### C. Dietary requirements of arginine for optimal health

Food contains various amounts of arginine primarily in the form of protein. Results of the third National Health and Nutrition Examination Survey indicate that mean arginine intake for the U.S. adult population is 4.4 g/day, with 25, 20 and 10% of people consuming < 2.6 (suboptimal), 5 to 7.5, and > 7.5 g/day, respectively (King et al. 2008). While it was traditionally considered that arginine was synthesized adequately in adult humans and was not needed in diets, a deficiency of arginine in the diet severely impairs the reproductive functions of adult men and women (Wu et al. 2000, 2009, 2013a), while causing cardiovascular dysfunction (Kamada et al. 2001; Wu and Meininger 2000, 2009) and skeletal muscle abnormality (Burns et al. 1981; Hnia et al. 2008).

### D. Determination of NO synthesis by cells and whole-body NO synthesis

NO has a short half-life in oxygenated aqueous solution (e.g., < 5 sec in cell culture medium and in blood) (Baylis and Vallance 1998). Thus, it is technically difficult to directly measure NO that is synthesized from arginine in isolated cells or in the body. NO is oxidized to form nitrite and then nitrate in cells and blood. Because nitrite and nitrate are stable at neutral pH (e.g., 7.0 and 7.4), they can be used as an indicator of NO synthesis in a biological system if exogenous provision of nitrite plus nitrate is low or negligible. Of note, nitrite and nitrate are quantitatively excreted in the urine of humans and other mammals, with nitrate being approximately 100 times greater than nitrite (Jobgen et al. 2007). For example, approximately 52% of the nitrate that enters the blood circulation appears in the urine (Houben et al. 2010). In healthy adults (69 kg) consuming 0.8 g high-quality protein/kg body weight per day (dietary nitrate intake = 180 μmol), endogenously synthesized nitrate that appears in the urine is 510 μmol/day (Green et al. 1981). Besides the nitrate formed from the arginine-derived NO, the diet (foods, drinking water, and beverages), the ambient air, and intestinal bacteria are sources of the nitrate in the urine. For example, the average U.S. adult ingests daily 1600 μmol nitrate from the typical diet (Green et al. 1981). Thus, when the diet is not controlled for nitrite or nitrate, nitrite

plus nitrate in the plasma and urine are not a valid indicator of systemic NO synthesis in the body (Baylis and Vallance 1998; Evans et al. 2004).

## OPINIONS

Based on my review of the Campbell Report, the studies referenced in the Campbell Report, a review of additional studies (a list of which is attached hereto as Exhibit B), the First Amended Complaint and exhibits attached to the First Amended Complaint, and my experience and expertise in the field of L-arginine, I have concluded as follows:

1. **Dr. Campbell's Opinions are Not Based Upon Thorough Scientific Research and are Therefore Unreliable**

In my opinion, Dr. Campbell's Report and his related opinions do not reflect a thorough research and review of the substantial body of evidence relating to L-arginine. Although Dr. Campbell claims to have reviewed numerous studies, his Report is focused only on studies that may support his conclusion and omits a large body of rigorous studies published in reputable journals that support the opposite conclusions. In addition, Dr. Campbell offers a "global conclusion" that "none of the claims made by the Defendant about its product find any support in established science, and are refuted by this science ... no matter who the user is ... based on common human physiology." His Report, though, is focused almost exclusively on studies conducted on young, healthy individuals. In fact, his opinions regarding two of the "claims" (NO synthesis and increased endurance performance) are expressly limited to the effects on "healthy populations." It is not scientifically valid or acceptable to hand-pick and cite to a small fraction of the available research and studies, with a focus on those with outcomes that support one conclusion.

His opinions do not apply to older individuals, smokers, individuals with risk factors for cardiovascular disease, or individuals with diabetes. These groups together constitute well over half of the adult population in the United States, and the research almost universally agrees that L-arginine supplementation benefits these populations. That is because each of these "unhealthy" populations suffers from reduced NO synthesis, for various reasons. For example,

Bode-Böger SM. (2006), Clarkson et al. (1996), Luiking et al. (2012), McKnight et al. (2010); and Wu and Meininger (2000), among others, have found that NO deficiency in the vasculature and other tissues occurs under a variety of diseased conditions (including obesity, diabetes, and hypertension) and in response to smoking, hypercholesterolemia, and oxidative stress, because of reduced NOS enzymatic activity and increased oxidation of NO by oxidants (Maxwell and Cooke 2001; Wu and Meininger 2009). A severe deficiency of BH4 (an essential cofactor of NOS) in endothelial cells is the major factor contributing to impaired NO synthesis in the vasculature under diseased conditions (Hoang et al. 2013; Shi et al. 2004). This can be explained by reduced expression of GTP cyclohydrolase I (the first and rate-controlling enzyme in BH4 synthesis from GTP) and increased oxidation of BH4. Oxidative stress also reduces the availability of NADPH (another essential cofactor for NOS) in cells. Furthermore, in obese and diabetic patients, the concentration of arginine in plasma is reduced due to enhanced expression of arginase to degrade arginine and reduced activity of arginine-synthetic enzymes (Wu et al. 2009). In endothelial cells, arginine upregulates expression of GTP cyclohydrolase I, thereby increasing the generation of BH4 from GTP to stimulate NO synthesis (Shi et al. 2004). In contrast to the diseased state, concentrations of arginine and cofactors of the NOS (e.g., BH4 and NADPH) in cells are relatively constant and are not deficient in normal individuals. Therefore, the patients with endothelial dysfunction respond more sensitively to dietary arginine supplementation than healthy subjects.

In forming my rebuttal opinions, I considered a substantial number of publications, both those that conclude that L-arginine supplementation is beneficial and those that have questioned such conclusions. Only a small fraction of these publications are cited in the Campbell report as having been reviewed or even considered by him in his Report.

Even as to healthy individuals, effects of L-arginine vary substantially from person to person, such that it is impossible to conclude that L-arginine will supplementation will have no effect "no matter who the person is ... based on common human physiology." The following variables will impact the responses of a healthy individual to L-arginine supplementation:

- Baseline arginine levels – the lower the baseline arginine level, the more dramatic the effect will be from L-arginine supplementation. Numerous studies confirm that baseline arginine levels vary greatly, even in healthy populations. For example, in Alveres et. al. (2012), the average baseline arginine level was 123.3 micromoles, but varied by as much as 44.6 μM (over 33%) among the subjects. Willoughby et. al. (2011) similarly found substantial variance in the arginine levels of the healthy subjects who took only a placebo (14% variance).
- Physical activity - because exercise independently increases NO synthesis, healthy individuals who do not regularly exercise will likely experience a more dramatic effect from L-arginine supplementation than will individuals who exercise regularly. Willoughby et al. (2012) stated that "resistance exercise was found to significantly increase NOx" after the exercise session. Fahs et al. (2009) likewise recognized that "acute exercise has been shown to increase NO production."
- Dietary consumption of foods rich in L-arginine – healthy individuals who consume a diet low in L-arginine would experience more effect from L-arginine supplementation than those who consume a diet high in L-arginine. King et al. (2008) found that dietary L-arginine consumption in U.S. adults ranged from under 2.6 g/day to over 7.5 g/day, with only 30% of American adults consuming over 5 g/day.
- High ADMA levels – Asymmetric dimethylarginine ("ADMA") is a naturally occurring component in human blood plasma that inhibits NO synthesis. ADMA levels vary substantially, even among otherwise healthy individuals. If L-arginine supplementation (expressed per kg body weight) is the same among subjects, those with higher ADMA levels are likely to experience less significant effects from L-arginine supplementation than those with lower ADMA levels. Willoughby et al. (2012) found that ADMA levels varied by as much as 50%

among healthy subjects, and that the baseline ADMA:arginine ratio varied by almost 75%.

- Age – NO synthesis slows as people age. L-arginine supplementation will have a more dramatic effect on NO synthesis for older individuals than it will for younger individuals. Chen at al. (2010) studied the effect of L-arginine supplementation on healthy elderly male cyclists specifically because "NO production diminishes in quantity and availability as we age and is associated with an increased prevalence of other cardiovascular risk factors."

In addition to ignoring these important variables, Dr. Campbell's Report also suffers from other substantial deficiencies.

2. **Dr. Campbell's opinion that "L-arginine supplementation does not increase endogenous markers of NO levels in healthy population ... no matter who the user ... based on common human physiology" is inconsistent with the best scientific research.**

In support of this opinion, Dr. Campbell states that he "was unable to locate even one study that has reported that oral L-arginine supplementation alone increases endogenous NO levels in these [healthy] populations." This statement ignores a number of reputable studies that have specifically reported that L-arginine supplementation increases NO levels in healthy populations. Among those studies are the following:

- **Mariotti F, et al.,** 2013. *Kinetics of the utilization of dietary arginine for NO and urea synthesis: insight into the arginine-NO metabolic system in humans*. Am. J. Clin. Nutr. 97:972-979.

***Study information***: After an overnight fast, nine healthy young men consumed a liquid meal containing 50 g amino acids (including 1.73 g arginine and [$^{15}$N-$^{15}$N-(guanido)]-arginine as a tracer) supplemented with or without 3 g arginine, followed by collection of blood samples every hour and of urine samples every 2 hours for 8 hours. [$^{15}$N]Arginine in plasma, [$^{15}$N]urea in plasma and urine, and [$^{15}$N]nitrate in urine were determined using mass spectrometry. Data were

analyzed using a compartmental modeling approach to calculate the conversion of arginine into urea and NO in the whole body.

***Major results and comments***: Results of this study support the earlier notion that arginine metabolism via arginase and NOS pathways is highly complex in mammals, including humans (Wu and Morris 1998). Specifically, ~40% of dietary arginine is metabolized in the small intestine and cannot enter the systemic circulation, whereas arginine is synthesized in the kidneys, endothelial cells, and other cell types from citrulline that is formed in enterocytes from dietary glutamine, glutamate and proline, as well as arterial glutamine. Furthermore, there is an arginine-cycle recycle in all mammalian cells. Thus, dietary arginine and plasma arginine have different metabolic pathways. Using an integrative methodology, the authors provide strong evidence that dietary supplementation with 3 g arginine within the physiological range promotes whole-body NO synthesis by nearly 100% in healthy adults.

- **Monti LD et al.,**. 2013. *L-arginine enriched biscuits improve endothelial function and glucose metabolism: a pilot study in healthy subjects and a cross-over study in subjects with impaired glucose tolerance and metabolic syndrome*. Metabolism, 62:255-264.

***Study information*** (related only to the experiment involving healthy adults): Seven healthy subjects (2 male /5 female; a mean body weight of 62 kg) consumed a diet containing 1900 Kcal/day energy, 68 g/day protein (including 2.6 g arginine) and other necessary nutrients. Subjects underwent 3 different tests in random order with at least 14 days between each test. For a test, the subjects consumed either L-arginine-enriched biscuits (providing 171 Kcal energy, 21.9 g digestible carbohydrates, 3.6 g protein, 6.6 g arginine, 7.5 g fat, and 4.3 g dietary fiber per biscuit), placebo biscuits, or 6.6 g arginine powder after an overnight fast. All subjects drank 250 mL natural water. Blood samples were taken at 0, 30, 60, 90, 120, 180, and 240 min for analysis of arginine, nitrite plus nitrate, and cGMP. Forearm blood flow was measured using the strain-gauge venous occlusion plethysmography every 60 min for 240 min.

***Major results and comments***: Results of this study indicate that dietary supplementation of 6.6 g arginine in the form of a biscuit or pure powder similarly increased concentrations of L-arginine

(at 90-240 min), nitrite plus nitrate (at 120 min), and cGMP (at 60 min) in the plasma of healthy subjects by 55%, 42%, and 48%, respectively, when compared to the placebo group. Additionally, the rate of forearm blood flow (an indicator of NO availability) in the subjects supplemented with arginine powder was increased by 28% and 25% at 120-125 and 180-185 min post administration, respectively. The rates of skeletal-muscle blood flow were similar between arginine-enriched biscuit and arginine-powder groups. Taken together, the findings support the notion that dietary arginine supplementation enhances NO synthesis in the vasculature of healthy adults.

**Bailey, et al**. (2010) tested the effect of l-arginine on healthy subjects.[1] The study reported that "Plasma NO2 was significantly higher during Arginine supplementation than in the placebo condition for the first five sample points. On average, across the six sample points, plasma NO2 was 108% greater during Arginine supplementation than in the plasma condition."

The studies Dr. Campbell does rely on to support his opinion are not the final, conclusive say on the issue of NO synthesis from dietary L-arginine supplementation, and there are methodological and design flaws in each of these studies that render their conclusions to be of questionable reliability and validity. The common problems with all of the studies upon which Dr. Campbell relied are noteworthy. First, the diets (including foods, drinking water and beverages) consumed by the study subjects were not controlled for nitrite or nitrate, rendering measurements of concentrations of nitrite plus nitrate in the serum (or plasma) or urine invalid indicators of whole-body NO synthesis or endothelial NO synthesis. Second, the authors did not determine dietary intake of any amino acids (including arginine), polyunsaturated long-chain fatty acids, saturated long-chain fatty acids, fructose, glucosamine, vitamin A, vitamin C, vitamin E, folic acid and calcium that are known to affect endothelial NO synthesis (Wu and Meininger 2002). Information on dietary intakes of nutrients and other substances is essential to interpret the authors' data on concentrations of nitrite plus nitrate in the serum (or plasma) and urine. This

[1] The study used a supplement containing 6g of L-arginine, along with "trace amounts of vitamins ... other amino acids ... and fructose at a dose that would not be expected to elicit performance gains."

is because some nutrients (e.g., arginine, taurine, polyunsaturated long-chain fatty acids, vitamin A, vitamin C, vitamin E, folic acid and calcium) stimulate endothelial NO synthesis, but other nutrients and substances (e.g., lysine, glutamine, glucosamine, and saturated long-chain fatty acids) inhibit endothelial NO synthesis (Wu and Meininger 2002). Third, 24-h urine collection was not performed by the authors and, thus, total amounts of nitrite plus nitrate in the urine excreted by the study subjects could not be determined. Finally, very large variations in the measured metabolites existed among the study subjects. However, the authors did not do a statistical power calculation to calculate an appropriate sample size based on known variation of NO synthesis in the study subjects. Thus, the sample size in all the studies may not be sufficient to detect a statistical significance in a measured variable between placebo and arginine-supplemented groups. Indeed, the number of the study subjects in a treatment group was too small to draw a definite conclusion.

Each of the studies cited by Dr. Campbell is discussed below:

- Alveres et al. (2012). The Alveres 2012 study acknowledges that dietary L-arginine supplementation may increase NO synthesis in individuals with hypertension, diabetes, high cholesterol, and kidney failure, as well as smokers and older individuals. With respect to healthy individuals, the Alveres study acknowledges the importance of controlling for NO2 and NO3 in the subjects' diet, but does not actually control for that in any verifiable manner. While subjects were advised as to what foods had high or low NO2 and NO3 levels, and were requested to restrict their diets from foods rich in NO2 and NO3, the study did nothing to actually ensure that subjects complied. It simply requested that subjects recite their diet for the 24 hours prior to testing, but employed no testing mechanism to confirm compliance. By failing to strictly control for high NO2 and high NO3 levels in the subjects' diet, the effects of L-arginine on vascular NO synthesis may be masked.

In addition, no urine samples were obtained from the study subjects for analysis of nitrite plus nitrate. In contrast to the authors' claim, no data on dietary intake of nitrite or nitrate was provided and no verification of dietary intake of nitrite or nitrate was made. Nitrate content in

meats, fish, bean products, and fruit juices, and nitrate plus nitrite content in milk were not considered. Thus, due to these concerns, there is a low level of confidence in the authors' conclusion.

Because the Alveres study did not properly control for dietary nitrate and nitrite consumption, and because it relied on an unreliable method for measuring vascular NO synthesis, the study's findings regarding NO synthesis are unreliable. As a result, this study cannot be used to conclusively determine the effect that oral L-arginine supplementation has on NO synthesis.

- Liu et al. (2009). The Liu 2009 study investigated the effects of L-arginine on an admittedly narrow population of 10 elite college-level judo competitors.[2] As with the Alveres study discussed above, the Liu 2009 study acknowledges that dietary L-arginine supplementation can improve NO synthesis and vasodilation in subjects with hypertension or chronic heart failure. The Liu study, however, makes no attempt at all to control for nitrate and nitrite intake of the subjects, calling its conclusions into question. Equally important, this study excluded otherwise healthy subjects who had "abnormally high or low plasma arginine concentrations," thereby eliminating the possibility of demonstrating the effects of L-arginine supplementation on otherwise healthy individuals whose baseline arginine level is lower than the norm. In addition, the Liu study used another unreliable method for measuring vascular NO synthesis – a test known as a "Greiss reaction," which is a method for measuring plasma or urinary nitrate and nitrite levels, rather than actual NO.

Further, the peak mean concentration of arginine in the plasma of study subjects supplemented with arginine (6 g/day) was less than 100 μM during the 130-minutes after its oral administration. Such a low level of arginine in plasma may not be sufficient to elicit a significant increase in whole-body NO synthesis. The concentration of nitrite plus nitrate in the baseline

[2] In addition to testing the effects of L-arginine supplementation on a very narrow population, the authors of the Liu study admit that the exercise protocol (20 seconds of all-out exercise by elite athletes, followed by 15 seconds of rest, for 13 sets) "could minimize the potential learning effect" of the study.

plasma was ~250 μM, which was approximately 10 times the value for subjects whose diet is controlled for nitrite and nitrate. No urine sample was collected for analysis of nitrite plus nitrate. Thus, there is limited confidence in the conclusion of this study.

- Vanahatalo et al. (2013). The Vanahatalo study, consistent with the Liu and Alveres study, concedes that oral L-arginine supplementation may increase NO synthesis in particular populations, including older subjects and subjects with poor aerobic fitness or cardiovascular health. And as with the Liu study, this study made no effort to control dietary consumption of NO2 or NO3. The study also failed to measure the concentrations of L-arginine in the plasma before or during testing. As a result, it is unclear whether the subjects took the required doses of L-arginine, whether the dose purportedly administered was accurate, and whether the dosage actually increased the plasma L-arginine levels in the subjects.

The study also used another unreliable procedure for measuring vascular NO synthesis. Modified chemiluminescence, which was used to measure nitrate and nitrate levels in this study, is unreliable for the same reasons that that the Greiss reaction is unrealiable. Nor did the study design included collection of the subjects' urine to measure nitrate and nitrite levels. As a result, the study's conclusions regarding the effect of L-arginine supplementation on vascular NO synthesis are inconclusive and suspect. In fact, the study itself states that "further research is required to determine whether pure L-arginine can be recommended as an ergogenic aid to enhance endurance exercise performance."

- Willoughby, et al. (2011). This study tested the effects of L-arginine AAKG, not pure L-arginine.[3] As a result, its conclusions are limited, and cannot be extrapolated to supplementation of simple L-arginine. In addition, this study also failed to control for dietary consumption of nitrates and nitrites. And while the authors of the study determined the concentrations of nitrates plus nitrites and ADMA in the plasma at numerous times (pre-exercise, post-exercise, and 30 minutes post-exercise), they only measured the concentrations of L-

[3] Only one of the three products at issue, NO2 Platinum, contains L-arginine AAKG.

arginine in the plasma before exercise. No explanation was given for this clear defect in the study design.

The study also attempted to extrapolate vascular NO synthesis by measuring serum nitrate and nitrite levels using a colorimetric assay kit. It did not collect or test urine samples. In fact, the authors of the study acknowledge that its results are limited because "we measured NO metabolites and not actual levels of circulating NO." Because this method does not measure actual vascular NO synthesis, its results are unreliable.

- Forbes, et al. (2011). This study, which was limited to the effects of L-arginine supplementation on subjects at rest, actually acknowledges that "it has been shown that during periods of rapid growth, a traumatic incident, a pathological insult, or some other type of physiological stressor such as exercise, the demand for L-arginine may not be fully met by de novo synthesis and normal dietary intake alone; this needs to be further explored." As with the other studies upon which Dr. Campbell relies, this study made no effort to control for dietary consumption of nitrates and nitrites, and used the unreliable method of measuring plasma nitrates and nitrites to determine vascular NO synthesis – colormetric assay in this instance, and no urine sample was collected for analysis of nitrite plus nitrate. In addition, the mean concentrations of arginine in the baseline plasma of study subjects fasted for 10 hours were > 250 μM, which were sustained during a 180-minute period in the placebo group and the arginine supplementation groups. Such a high baseline value of arginine in the plasma of the placebo group raised the two serious concerns that: (1) the analysis of arginine was grossly inaccurate; and/or (2) all the subjects had very high intake of arginine in their diets. As a result, the study's conclusions regarding the effects of L-arginine supplementation on NO synthesis are inconclusive and unreliable.

- Alveres et al. (2012) – This second study by Alveres actually concluded that L-arginine supplementation did increase muscle blood volume, consistent with the claims made by Natrol on its NO2 Platinum product. As with the other Alveres study, this study failed to strictly control for dietary nitrate and nitrite consumption. Additionally, no urine samples were obtained

from the study subjects for analysis of nitrite plus nitrate. The study also failed to report whether blood samples were obtained for fasted or fed subjects. The peak mean concentration of arginine in the plasma of study subjects supplemented with arginine (6 g/day for acute oral administration) was less than 101 μM at 30 min post supplementation and was less than 66 μM at 60-120 post supplementation. These values of plasma arginine concentrations would be obtained for fasted healthy adults. The concentrations of arginine in plasma at 60-120 min post supplementation did not differ between the placebo and arginine supplementation groups. In contrast, the baseline concentrations of citrulline in the plasma of study subjects were ~130 μM, which are about 100% greater than those for healthy humans consuming regular diets (Wu and Morris 1998). Such a low baseline value of arginine but a high baseline value of citrulline in the plasma of the placebo and arginine supplementation groups raised the two serious concerns that: (1) the analysis of amino acids in the authors' laboratory was grossly inaccurate; and/or (2) all the subjects had very low intake of arginine but a high intake of citrulline in their diets. Thus this study is unreliable with respect to the effects of L-arginine supplementation on vascular NO synthesis.

- Bode-Boger at al. (1998). This study failed to report whether blood samples were obtained for fasted or fed subjects. No time course of actual arginine concentrations in the plasma of all subjects was presented. Thus, it is unclear whether actual concentrations of arginine in plasma statistically differed between the arginine and the placebo group. This is a serious methodology flaw because the extremely large variation of arginine in the plasma of the small number of subjects who consumed 6 g arginine orally. The study did not track dietary intake of nitrite and the dietary intake of nitrate in subjects was high. The amount of dietary nitrate is similar to the daily whole-body NO synthesis in healthy adult humans consuming 0.8 g protein/kg body weight/day (Green et al. 1981). Thus, the large variations in urinary nitrate among the study subjects and the high intake of dietary nitrate would likely mask a true difference in whole-body NO synthesis or endothelial NO synthesis between the placebo group and the subjects who consumed arginine. Finally, the release of cGMP from cells is affected not

only by NO availability but also by the regulation of cGMP synthesis and catabolism in cells through other mechanisms (e.g., atrial natriuretic factor and carbon monoxide) that do not require NO (Tsai and Kass 2009). Collectively, under the authors' experimental conditions, urinary excretion of nitrate or cGMP in the study subjects is not a valid or sensitive indicator of either their whole-body NO synthesis or their endothelial NO synthesis.

- Evans et al. (2004). This study actually found that the impact of L-arginine supplementation varies greatly from individual to individual, depending on issues including weight and gender. It made no attempt to control for dietary consumption of nitrates and nitrites, and failed to ensure that the subjects actually took the L-arginine supplements as directed. In fact the study acknowledged that it had done nothing to confirm that all subjects actually took all of the L-arginine doses required for the study. And as with the other studies relied upon by Campbell, this study attempted to measure NO synthesis by measuring nitrate and nitrate levels in the blood and urine, which is an unreliable method. Further compounded the study's methodological flaws, the study did not test the effects of L-arginine on NO synthesis during the time period when L-arginine is expected to have the most substantial effect (45 minutes to an hour after consumption). Instead the study did not test results until the end of the week, and not until after at least an 8 hour fast. The study also had subjects take the L-arginine mixed into a glass of juice. This would skew the results of the study in a number of ways. The juice may have been high in nitrates, such as orange juice, which would mask the effects of the L-arginine on NO synthesis. In addition, if the juice contained vitamin C, this too would skew the results, since vitamin C has a stimulatory effect on NO synthesis. As a result, this study is of little value in determining the effects of L-arginine supplementation on vascular NO synthesis.

In addition to these methodological flaws, Dr. Campbell misinterpreted the authors' conclusion. In this study, the authors did not state that dietary arginine supplementation had no effect on whole-body NO synthesis. Rather, the authors indicated that "in agreement with Theilmeier et al., we did not find increased NOx levels with increasing dietary arginine intake. However, as the typical diet contains high levels of nitrites and nitrates, using these metabolites

as markers for NO production should only be done when dietary intake of nitrites and nitrates is strictly controlled. **Similarly, cGMP is the mediator for many actions and is not useful as a marker of NO activity**." (Emphasis added).

- Schwedhelm et al. (2007). This study was sponsored by the manufacturers of a supplement that directly competes with L-arginine, L-citrulline, and sought to compare the relative effectiveness of the two products in increasing NO synthesis. The study suffers from numerous methodological flaws, including: (1) no information on or control of diets; (2) no 24-h urine collection for analysis of nitrite plus nitrate; (3) an incorrect method (the paired t-test) used for statistical analysis of complex data that involved three factors (the period of the cross-over study, the dose of arginine, the time of blood or urine sampling); (4) no comparison between the placebo and arginine groups at any time points after oral administration; (5) very large variation in flow-mediated vasodilation (FMD) values; (6) only one-week of arginine supplementation; and (7) no baseline data on plasma concentrations of endothelins (potent vasoconstrictors) in the study subjects. Despite these methodological flaws, the study still concluded that increases in arginine/ADMA ratios (resulting from L-arginine supplementation) did correlate to improved vascular function, consistent with the claims made by Natrol on its products.

Dr. Campbell also misinterpreted the authors' conclusion. In this study, the authors did not conclude that dietary arginine supplementation had no effect on whole-body NO synthesis. Rather, the authors simply indicated that "urinary nitrate excretion as a measure of systemic NO production is highly confounded by other, i.e. dietary, sources".

- Tsai et al. (2009). This study, as with many of the studies relied upon by Dr. Campbell, failed to control for dietary nitrate and nitrite consumption. In addition, the plasma concentrations of nitrite plus nitrate (5 – 6 μM) in the baseline and after arginine supplementation were too low, casting doubt on the reliability of the analytical method (the Griess reaction) used for plasma samples. The Griess assay is based on the two-step diazotization reaction in which nitrite is chemically transformed into a colored azo dye. Although the Griess reaction is simple, it is interfered by NADPH, ascorbate, reduced thiols, phosphate, $N^G$-nitro-L-

arginine and heparin (Sun et al. 2003). Furthermore, the authors did not determine arginine in plasma or serum at any time point before or after arginine supplementation. Thus, it is not known whether the study subjects complied with the research protocol and whether arginine supplementation could sufficiently increase the concentration of arginine in their plasma.

- Blum et al. (2000). This study, which was limited to 10 subjects, did not provide the necessary information on: (1) the subjects' body weight, height, or body mass index; (2) the subjects' diets or dietary intake of energy and nutrients (including protein, arginine and fat); (3) dietary intakes of nitrite; (4) the time of oral arginine administration; (5) the time of blood sampling; (6) the time of vascular studies at the end of the supplementation period; and (7) the levels of subjects' physical activities before and after entering the study. Furthermore, it is not known whether the study subjects were obese or overweight, or consumed a hypocaloric diet before and after entering the study. It is also not known whether diets were the same in the two phases of the cross-over study. Notably, the study subjects had a very large variation in plasma triglycerides (48 to 187 mg/dl), indicating a highly heterogeneous group of a small number of women (only a total of 10 women in the study). The Griess reaction was used for analysis of nitrite and nitrate in plasma samples, and this method is beset with numerous interferences, as noted above. No urine samples were obtained from the study subjects for analysis of nitrite plus nitrate. Concentrations of arginine in plasma were measured only at one time point, and the day of the study and the time relative to oral administration of arginine were not reported. Collectively, there is a low level of confidence in the authors' conclusion.

- Fayh et al. (2012). This study was actually exploring the effect of L-arginine supplementation on blood flow for individuals with type 1 diabetes, and found that L-arginine supplementation is effective at increasing blood flow in such individuals. With respect to the methodology, there were numerous errors. Healthy subjects had a lower variation than diabetic subjects, and yet the authors enrolled 20 healthy subjects but only 10 diabetic subjects for this study. Clearly, the authors' calculation of sample size was not scientifically sound and was likely arbitrary only. The authors' information on dietary energy intake by the study subjects was

incorrect. All study subjects (including healthy adults) consumed a high amount of dietary protein (1.49 g/kg body weight), which approximately doubled the normal intake of protein. The authors of this study did not provide the necessary information on (1) dietary intakes of nitrite plus nitrate; (2) the time of oral arginine administration; (3) the time of blood sampling; (4) the time of vascular studies at the end of the supplementation period; and (5) the concentrations of arginine in plasma or serum at any time point before or after arginine supplementation. Thus, it is not known whether the study subjects complied with the research protocol and whether arginine supplementation could sufficiently increase the concentration of arginine in their plasma. The Griess reaction was used for analysis of nitrite and nitrate in plasma samples, and this method is beset with numerous interferences, as noted above. No urine samples were obtained from the study subjects for analysis of nitrite plus nitrate. Thus, due to these concerns, there is a low level of confidence in the authors' conclusion.

Based on my review of the studies referenced above, and my overall experience and expertise in the area of L-arginine, it is my opinion that Dr. Campbell's statement that "L-arginine supplementation does not increase endogenous markers of NO levels in healthy population ... no matter who the user … based on common human physiology" is inconsistent with the scientific research on the matter. In addition, the scientific research on the issue of the ability of L-arginine to increase NO synthesis in "unhealthy" populations almost universally acknowledges this effect. This includes most of the studies reviewed by Dr. Campbell, as well as many others:

- Alveres et al., 2012 – L-arginine may help treat individuals with atherosclerosis risk factors, such as hypertension, diabetes, kidney failure, hyperhomocysteinemia, smoking and aging.
- Liu et al., 2009 – L-arginine may increase NO synthesis and benefit chronic heart failure patients.
- Vanhatalo et al., 2013 – L-arginine may enhance NO synthesis in older persons, as well as individuals with poor aerobic fitness or poor cardiovascular health.

- Forbes et al., 2011 – L-arginine may increase NO synthesis for those individuals who have suffered a traumatic incident, a pathological insult, or other types of physiological stressors, including exercise.
- Bode-Boger, et al. 1998 – L-arginine may increase NO synthesis and vasolidation in those with cardiovascular disease.

  Fayh et al., 2012 – L-arginine increased NO synthesis and limb blood flow in individuals with type 1 diabetes.
- Chen et al., 1999 – finding that L-arginine supplementation nearly doubled the NOx levels for subjects who reported an improvement in sexual function.

3. **Dr. Campbell's opinion that "L-arginine supplementation does not increase muscle blood flow ... no matter who the user ... based on common human physiology" is inconsistent with the best scientific research.**

As with his analysis of the studies relating to NO synthesis, Dr. Campbell ignores numerous studies that confirm the ability of L-arginine supplementation to increase muscle blood flow in forming his opinion. Among those studies are the following:

- **Monti LD, et al.,** 2013. The results of this study indicate that dietary supplementation of 6.6. g arginine in the form of a biscuit or pure powder similarly increased concentrations of L-arginine (at 90-240 min), nitrite plus nitrate (at 120 min), and cGMP (at 60 min) in the plasma of healthy subjects by 55%, 42%, and 48%, respectively, when compared to the placebo group. Additionally, the rate of forearm blood flow in the subjects supplemented with arginine powder was increased by 28% and 25% at 120-125 and 180-185 min post administration, respectively. The values of skeletal-muscle blood flow were similar between arginine-enriched biscuit and arginine-powder groups. Taken together, the findings support the notion that dietary arginine supplementation enhances muscle blood flow in healthy adults
- **Marchesi S, et al.**, 2001. Oral L-arginine administration attenuates postprandial endothelial dysfunction in young healthy males. J. Clin. Pharma. Ther. 26:343-349.

***Study information***: Seven young (23.3 years) healthy males, physically active, without cardiovascular risk conditions, consumed breads and grains daily, and fish and poultry weekly. Olive oil was the principal fat, and their total fat consumption ranged between 25% and 35% of energy intake, with saturated fats providing no more than 8% of total calories. After an overnight fast, a high fat load was administrated and then flow-mediated vasodilation of the brachial artery in the upper arm was measured at baseline and 2, 4 and 6 h. This provided data on the rate of muscle blood flow before arginine supplementation. Thereafter, the study subjects continued to consume the same diets and received oral administration of 6 g arginine (2 g vial three times a day) for 10 days. On the 11th day, after an oral fat load, flow-mediated vasodilation of the brachial artery in the upper arm was measured at baseline and 2, 4 and 6 h.

***Major results and comments***: The rate of muscle blood flow was markedly reduced at 2 and 4 h after an oral fat load, which was associated with an increase in plasma concentrations of triglycerides. Compared with the value at 2 h after an oral fat load, arginine supplementation increased the rate of muscle blood flow by 2-fold at 4 and 6 h. Importantly, compared with the value for the pre-supplementation, oral administration of arginine greatly enhanced the rate of muscle blood flow by nearly 100%. These results indicate that the oral administration of arginine into healthy subjects consuming a high-fat diet enhances muscle blood flow. Note that Marchesi et al. (2001) studied the effect of a diet enriched L-arginine on endothelial function in healthy young subjects. The study concluded that 6 g of daily L-arginine supplementation improved blood flow, as measured by flow mediated vasodilation ("FMV") in the brachial artery. Dr. Campbell makes no reference to this study in his Report, and apparently did not consider it in forming his opinions. A true and correct copy of this study is attached as Exhibit __ to this report.

- Alveres et al., 2012, which is mentioned by Dr. Campbell in his Report[4], also confirmed the ability of L-arginine supplementation to increase muscle blood flow and/or volume. Alveres specifically found that "oral supplementation with a single dose (6 g) of L-arg was able to increase Mbv [muscle blood volume] during the recovery period between successive sets of resistance exercise . . . ."

The studies Dr. Campbell does rely on in forming his opinion again suffer from methodological flaws that are worth examining. The common problems with all of the above studies are noteworthy. First, the authors failed to demonstrate that dietary supplementation with arginine increased muscle blood flow in healthy subjects due to severe methodological problems. Second, the authors did not determine dietary intake of any amino acids (including arginine), polyunsaturated long-chain fatty acids, saturated long-chain fatty acids, fructose, glucosamine, vitamin A, vitamin C, vitamin E, folic acid and calcium that are known to affect endothelial NO synthesis (Wu and Meininger 2002). Information on dietary intakes of nutrients and other substances is essential to interpret the authors' data on muscle blood flow. Third, very large variations in muscle blood flow metabolites existed among the study subjects. However, the authors did not do statistical power calculation to calculate an appropriate sample size based on known variation of muscle blood flow in the study subjects. Thus, the sample size in all the studies may not be sufficient to detect statistical significance. Indeed, the number of the study subjects in a treatment group was too small to draw a definite conclusion.

Each of the studies relied upon by Dr. Campbell is discussed in more detail below:

Fayh, et al. (2012). This study is flawed for the reasons articulated above. In addition, because this study focused on the subjects with diabetes, there is little discussion regarding the effect of L-arginine on the control group. However, the tables recording the results do indicate an increase in blood flow for the control group who took L-arginine. For subjects in the control

[4] Dr. Campbell expressed the opinion that the Alveres study was a "very high quality study design," yet simultaneously attempts to criticize the study's conclusion that L-arginine supplementation increased muscle blood volume. Dr. Campbell argues that

group who took a placebo, their pre-exercise blood flow was 3.19 ml, while for control members who took the L-arginine supplement, their pre-exercise blood flow was 4.14 ml. There is no discussion in the study as to whether this is a statistically significant difference.

Willoughby et al. (2011). This study is deficient for the reasons articulated above. In addition, this study related to L-arginine AAKG, not pure L-arginine. More importantly, this study did find that L-arginine AAKG did result in an increase in brachial artery blood flow immediately after exercise. The study does not explain how long after the supplementation the exercise session took place, or how long after supplementation blood flow was measured. As a result, this study is unreliable and inconclusive as to the effect of L-arginine on muscle blood flow.

Tang et al. (2011). This study did not relate to pure L-arginine supplementation. Instead this study compared the effects of a supplement containing ten different amino acids with a supplement including those ten amino acids plus L-arginine. In addition, the use of glycine as isonitrogenous control is inappropriate in nutritional studies, as recently concluded by Wang et al. (2013), because glycine improves anti-oxidative capacity in cells and enhances NO synthesis. Additionally, the ratio of arginine:lysine in the protein drink was 10:1.3 = 7.7:1.0. This arginine:lysine ratio, which is twice the upper limit of 3.5:1.0 in the lumen of the small intestine, can inhibit lysine transport by the small intestine and induces an imbalance among basic amino acids in the body. Furthermore, the pH of this arginine-supplemented solution (2.5% arginine) would yield a pH > 11.0, thereby severely disturbing the acid-base balance in the intestine. Overall, the experimental design of this study was flawed, interpretation of its findings is problematic, and no definite conclusion can be drawn to negate a potential effect of arginine on muscle blood flow and protein synthesis.

Fahs et al. (2008). This study acknowledged that L-arginine supplementation improves blood flow in individuals with cardiovascular disease, diabetes, and hypertension. The fundamental methodological flaw of this study is that it did not measure blood markers to determine whether the L-arginine supplement provided actually increased blood levels of L-

arginine. Without such a measurement, it is impossible to determine whether the supplement was absorbed sufficiently to effect blood flow. In addition, the study subjects were fasted overnight before arginine supplementation and forearm blood flow measurement were initiated. Fasting is known to reduce endothelial NO synthesis even though arginine is present in the circulation likely due to reduced provision of NADPH and BH4 (Wu and Meininger 2002). Elevated levels of free fatty acids in the blood during fasting may counter an effect of arginine in stimulating NO synthesis and thus muscle blood flow. Furthermore, under the fasting conditions, oral administration of 7 g arginine may cause an imbalance among basic amino acids (e.g., lysine and histidine) in plasma and tissues, leading to protein malnutrition. Disappointingly, the authors did not determine concentrations of arginine at any time point before or after arginine administration. Thus, it is not known whether the arginine supplementation could sufficiently increase arginine concentration in the circulation or skeletal muscle. Based on these concerns, there is a low level of confidence in the authors' conclusion.

Based on my review of the studies referenced above, and my overall experience and expertise in the area of L-arginine, it is my opinion that Dr. Campbell's statement that "L-arginine supplementation does not increase muscle blood flow ... no matter who the user ... based on common human physiology" is inconsistent with the scientific research on the matter. In addition, the scientific research on the issue of the ability of L-arginine to increase muscle blood flow in "unhealthy" populations almost universally acknowledges this effect. This includes most of the studies reviewed by Dr. Campbell, as well as many others:

- Fayh et al. 2012 – L-arginine supplementation increased muscle blood flow in subjects with type 1 diabetes.
- Liu et al., 2009 – L-arginine may improve vasodilation in chronic heart failure patients.
- Bode-Boger et al., 1998 – L-arginine supplementation may improve vasodilation in those with cardiovascular disease.

- McConnel et al., 2007 – L-arginine supplementation improves vasodilation in patients with hypercholesterolemia, hypertension, cardiovascular disease, congestive heart failure and stable angina.
- Lerman et al., 1998 – L-arginine supplementation increases vasodilation in those with cardiovascular disease.
- Hambrecht et al., 2000 – L-arginine supplementation increases vasodilation in those with chronic heart failure.
- Appleton et al. 2002 – L-arginine supplementation increases vasodilation in patients with angina, congestive heart failure, hypertension, atherosclerosis and diabetes.

**4. Dr. Campbell's opinion that "L-arginine supplementation does not improve erectile dysfunction when taken as directed" is inconsistent with the best scientific research.**

As an initial matter, Dr. Campbell's focus on the effects of L-arginine on healthy populations is essentially irrelevant with respect to the issue of L-arginine effects on erectile dysfunction. By definition, those suffering from erectile dysfunction are not healthy. They are suffering from reduced vascularity, which explains why L-arginine may improve their sexual function. In addition, Dr. Campbell's opinion is not based on any sound scientific studies regarding supplementation at levels recommended by Natrol. The only study referenced by Dr. Campbell in his Report that discusses the effect of pure L-arginine supplementation on erectile function found that it did improve erectile function. Chen et al. (1999) studied supplementation of L-arginine on otherwise healthy individuals with erectile dysfunction. The study found that oral L-arginine supplementation resulted in a self-reported improvement in sexual function in 31% of the subjects treated with L-arginine.[5] In addition, Dr. Campbell did not consider or reference Zorgniotti et al. (1994). This study tested the effects of 2800 mg of oral L-arginine (almost the precise amount recommended by Natrol for its L-arginine 3000 Erectile Function

[5] The Chen study also found, contrary to Dr. Campbell's opinion, that L-arginine supplementation did increase NO synthesis.

Formula) on men with erectile dysfunction and found that L-arginine supplementation increased erectile function in 40% of the subjects, as compared with none during the placebo phase. Paroni et al. (2012) found that a high percentage of individuals with erectile dysfunction had low ADMA/l-arginine ratios. This study suggests that L-arginine supplementation, which decreases the AMDA/l-arginine ratio, would be beneficial for those suffering from erectile dysfunction.

The other studies relied upon by Dr. Campbell are unreliable in determining the effect of L-arginine supplementation on erectile function.

Stanislavov et al. (2003). This study was funded by the manufacturer of the supplement Pycnogenol, and the study was intended to evaluate the effect of L-arginine supplementation when combined with Pycnogenol. This bias calls into question the results of the study. In addition, the study tested very low dosages of L-arginine (1.7 g, divided into 3 doses). Natrol's L-arginine 3000 recommends a single 3 g dosage of L-arginine. As a result, this study has little bearing on the effects of L-arginine, in the amount recommended by Natrol, on erectile function. Further minimizing the applicability of this study to Natrol's products is the fact that the study tested arginyl-aspartate dipeptides, not pure L-arginine. Whether aspartate may affect NO synthesis from L-arginine in endothelial cells and the whole body is unknown. Thus the results of this study should not be interpreted to negate a beneficial role for arginine in improving sexual function in adult subjects with ED.

Klotz et al. (1999). This study, like the Stanislavov study, involved very low dosages of L-arginine. This study involved supplementation with only 1.5 g of L-arginine, only half of the dosage recommended by Natrol. As a result, this study is of limited value in determining the effect of 3000 mg of L-arginine on erectile function. In addition, the authors did not provide data on dietary intake of energy, any amino acids (including arginine), polyunsaturated long-chain fatty acids, saturated long-chain fatty acids, fructose, glucosamine, vitamin A, vitamin C, vitamin E, folic acid and calcium that are known to affect endothelial NO synthesis (Wu and Meininger 2002). In addition, the authors did not determine concentrations of arginine at baseline or at any time after oral administration of arginine. Thus, it is not known whether the

arginine treatment may sufficiently increase arginine concentration in the plasma. Furthermore, the timing of oral arginine administration was not described. Thus, whether supplementation with one dose (0.5 g) of arginine before an attempt of sexual intercourse may be effective in increasing arginine concentration in plasma was not determined in the study. Finally, the authors did not do statistical power calculation to calculate an appropriate sample size for the study. As a result, there is a low overall confidence in the author's conclusions.

In sum, there are numerous studies that report that L-arginine supplementation in amounts recommended by Natrol can improve erectile function. Dr. Campbell simply disregarded these studies, and focused instead on studies that tested substantially lower doses of L-arginine.

5. **Dr. Campbell's Opinion that "L-arginine supplementation does not improve endurance performance" is inconsistent with the best scientific research.**

Dr. Campbell admits that in forming this opinion, he reviewed only four studies, and all of those studies were limited to healthy individuals. As a result, Dr. Campbell's opinion must be limited to healthy individuals.

With respect to healthy individuals, Dr. Campbell's opinion again simply ignores studies that come to the opposite conclusion. For example, Santos et al. (2002) conducted a study to determine the effect of 3 g of oral L-arginine on endurance. The study reported that "the main discovery of this study indicates that treatment by oral administration of arginine leads to an increase of the capacity of resistance to muscle fatigue." Bailey et al. (2010) found that supplementation with L-arginine (along with trace amounts of other amino acids in amounts not expected to affect performance) reduced the O2 cost of low-intensity exercise and increased the time to failure in severe intensity exercise.

The studies that Dr. Campbell does rely upon suffer from substantial methodological flaws that call into question their conclusions:

- Vanhatalo et al., 2013 – This study is flawed for the reasons articulated above. In addition, the authors admit that they relied on a testing protocol that was not as

ecologically valid as another potential protocol. Importantly, this study also concluded that "we cannot exclude the possibility that L-arginine may enhance NO synthesis and exercise tolerance in other populations, such as older people or those with poor aerobic fitness or cardiovascular health."

- Campbell et al. 2006 - This study tested L-arginine AAKG, rather than pure L-arginine, limiting the applicability of its conclusions. In addition, the study acknowledged that its results may have been effected by its use of well-trained, resistance trained subjects. The authors also concede that providing the subjects with orange juice may have impacted the results of the study. Further concerns over the study are noteworthy. First, in contrast to the authors' claim, it is unlikely that the subjects were randomly assigned into the study, because there were 20 subjects in the AAKG group but only 15 subjects in the placebo. Second, the authors did not do statistical power calculation to determine an appropriate sample size. Third, the authors provided no data on dietary intakes of protein, amino acids, fat and other nutrients. Fourth, the subjects performed aerobic exercise under fasting conditions which could reduce muscle function and did not appear to receive arginine supplementation at least 18 hours prior to the exercise and throughout the exercise period. Fifth, in study 2 (exercise performance), the authors did not determine concentrations of arginine in the plasma of any subjects.
- Greer et al., 2011 – With respect to the methodology, there were numerous problems with this study. First, subjects who took protein supplement were not excluded from the study. Second, variations of the measured parameters among the study subjects were very large (e.g., up to 4-fold differences), but the authors did not do any statistical power calculation to determine an appropriate sample size. It is unlikely that a small number of 12 subjects is sufficient to detect statistical significance. Third, the authors did not provide the necessary information on (1) dietary intakes of protein, amino acids, fat, or other nutrients; and (2) the time of oral arginine administration relative to performing exercise. Fourth, the authors did not determine concentrations of arginine in plasma or

serum at any time point before or after arginine supplementation. Thus, it is not known whether the study subjects complied with the research protocol and whether arginine supplementation could sufficiently increase the concentration of arginine in their plasma. Finally, the authors admitted that "because of budgetary restraints, the ingredients of the supplement were not confirmed via an independent laboratory analysis, and, therefore, quality control could be a confounding factor". Thus, due to these concerns, there is a low level of confidence in the authors' conclusion.

- Liu et al., 2009 – This study is flawed for the reasons articulated above. In addition, the authors concede that the results may have been skewed by their use of elite athletes as subjects. This study also concedes that L-arginine supplementation will benefit subjects with hypertension or chronic heart failure.

In sum, there are numerous studies that report that L-arginine supplementation will increase exercise endurance, none of which were considered by Dr. Campbell. In addition, the studies that he does rely on are unreliable based on substantial methodological flaws. As a result, Dr. Campbell's opinion regarding the effect of L-arginine supplementation on exercise endurance is inconsistent with the best scientific research.

**6. Dr. Campbell's Conclusion that "none of the claims made by the Defendant about its product find any support in established science, and are refuted by this science ... no matter who the user is ... based on common human physiology" is inconsistent with the best scientific research**

As discussed at length above, there is substantial scientific evidence supporting the effects of L-arginine on healthy populations, including increased NO synthesis and increased muscle blood flow, as well as improvement in erectile function. In addition, there are numerous studies that establish that L-arginine supplementation can increase NO synthesis and muscle blood flow in "unhealthy" populations. As a result, Dr. Campbell's "global conclusion" is contradicted by substantial scientific evidence.

**Global Conclusion**

The studies cited by Dr. Campbell to support his views are beset with severe deficiencies in the design and data interpretation. This casts reasonable doubt on his conclusion that dietary L-arginine supplementation does not have any beneficial effect in adult humans, no matter who the user is. Results from well-designed studies indicate that oral administration of L-arginine within the physiological range may confer benefits, including increasing NO synthesis in the vasculature, muscle blood flow, and sexual function of healthy and unhealthy individuals, to varying degrees depending on a number of factors, including age, baseline L-arginine and ADMA levels, dietary L-arginine and protein intakes, and levels of physical activity. The best scientific evidence available to date supports the notion that L-arginine offers promise in improving the health and well-being of both men and women, healthy or unhealthy, young or old.

Dated: November 25, 2013

By: Guoyao Wu

Dr. Guoyao Wu

## EXHIBIT A

## CURRICULUM VITAE OF GUOYAO WU


| OFFICE: | HOME: |
|---|---|
| Department of Animal Science<br>and Faculty of Nutrition<br>Texas A&M University<br>College Station, TX, USA 77843-2471<br>Tel (979) 845-1817; Fax (979) 845-6057 | 4707 Shoal Creek Drive<br>College Station, TX<br>USA 77845-4410<br>Tel (979) 690-7216 |


**CURRENT POSITION:**

| | |
|---|---|
| University Distinguished Professor<br>Texas AgriLife Senior Faculty Fellow<br>and University Faculty Fellow<br>Department of Animal Science<br>and Faculty of Nutrition<br>Texas A&M University<br>College Station, TX, USA | Joint Appointments with<br>Department of Medical Physiology<br>Texas A&M College of Medicine<br>1/1994 to present), and Department of<br>Veterinary Integrative Biosciences<br>Texas A&M University (1/1997 to present) |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| Assistant Professor (10/1991 – 8/1996)<br>Associate Professor (9/1996 – 8/2001)<br>Professor (9/2001 – 8/2012)<br>University Distinguished Professor (9/2012) | Department of Animal Science<br>and Faculty of Nutrition<br>Texas A&M University<br>Texas A&M University |

**EDUCATION:**

| | |
|---|---|
| B.Sc, Animal Science, 9/1978 - 7/1982 | South China Agricultural University<br>Guangzhou, Guangdong, China |
| M.Sc, Animal Nutrition, 9/1982 - 5/1984 | Beijing Agricultural University,<br>Beijing, China |
| M.Sc, Animal Biochemistry, 5/1984 - 8/1986 | University of Alberta<br>Edmonton, Alberta, Canada |
| Ph.D., Animal Biochemistry, 9/1986 - 7/1989 | University of Alberta, Alberta, Canada |
| Postdoc, Nutrition & Diabetes, 7/1989 - 7/1991 | McGill University Medical School<br>Montreal, Quebec, Canada |
| Postdoc, Biochemistry, 7/1991 - 10/1991 | Memorial University Medical School<br>St. John's, Newfoundland, Canada |

## RESEARCH EXPERIENCE:

| | |
|---|---|
| ***Research Interests*** | Biochemistry, Nutrition and Physiology of Amino Acids and Protein; Nutritional Biochemistry and Physiology; Comparative Nutrition; Growth and Development of Animals; Biology and Pathobiology of NO and Polyamines; Diabetes, Obesity and Cardiovascular Complications; Fetal Nutrition and Metabolism; and Animal Models of Human Diseases. |
| ***B.Sc Research***<br>(1/1982 - 7/1982) | Supervisor: Prof. Yong-Lu Li and Prof. Gang Han<br>Lactating and reproductive performance of cows in heat stress.<br>South China Agricultural University, Guangzhou, China |
| ***M.Sc Research***<br>(9/1982 - 5/1984) | Supervisor: Prof. Sheng Yang<br>Ileal amino acid digestibility in growing pigs.<br>Beijing Agricultural University, Beijing, China |
| ***M.Sc Research***<br>(5/1984 - 8/1986) | Supervisor: James R. Thompson, Ph.D.<br>Leucine degradation in chick skeletal muscle.<br>University of Alberta, Edmonton, Alberta, Canada |
| ***Ph.D. Research***<br>(9/1986 - 7/1989) | Supervisor: James R. Thompson, Ph.D.<br>Protein and amino acid metabolism in skeletal muscle.<br>University of Alberta, Edmonton, Alberta, Canada |
| ***Postdoctoral***<br>(8/1989 - 7/1991) | Supervisor: Errol B. Marliss, M.D.<br>The BB rat as an animal model of type I diabetes.<br>McGill Nutrition Center and Department of Medicine<br>Royal Victoria Hospital, Montreal, Quebec, Canada |
| ***Postdoctoral***<br>(7/1991 - 10/1991) | Supervisor: John T. Brosnan, Ph.D.<br>Arginine metabolism in macrophages.<br><br>Department of Biochemistry<br>Memorial University; St. John's, Newfoundland, Canada |
| ***Further Training***<br>(8/1992) | Advisor: Malcolm Watford, Ph.D.<br>Measurement of glutaminase mRNA levels in chick tissues.<br>Department of Nutritional Sciences, Rutgers University<br>New Brunswick, New Jersey, USA |
| ***Further Training***<br>(11/1993) | Advisor: Michael L. McDaniel, Ph.D.<br>Isolation of rat pancreatic islets.<br>Department of Pathology, School of Medicine<br>Washington University, St. Louis, Missouri, USA |
| ***Further Training***<br>Sabbatical Leave<br>(1/2005 – 6/2005) | Advisor: Susan K. Fried, Ph.D.<br>Fat Biochemistry and Nutrition<br>University of Maryland School of Medicine, Baltimore, MD, USA |
| ***Principal Investigator***<br>& Director<br>(10/1991 - present) | Laboratory of Amino Acid & Protein Biochemistry and Nutrition<br>Department of Animal Science and Faculty of Nutrition<br>Cross-appointments with Department of Medical Physiology and Department of Veterinary Integrative Biosciences |

Texas A&M University, College Station, TX, USA

## TEACHING OF UNDERGRADUATE AND GRADUATE COURSES:

***Teaching Assistant*** (9/1985 - 4/1988)

ANSC 311: Animal Physiology
ANSC 460: Animal Nutrition
ANSC 491: Animal Biochemistry
University of Alberta, Edmonton, Alberta, Canada

***Faculty member*** ANSC/NUTR 601: General Animal Nutrition (Fall, 1992-1995; 2003)

Texas A&M Univ. (10/1991 – present)

ANSC/NUTR 603: Experimental Nutrition (Fall, 1992 - 1994)
ANSC/NUTR 613: Protein Metabolism (Spring, 1995 - present)
ANSC 685: Problems in Animal Science (1993 - present)
ANSC/NUTR 689: Protein Metabolism (Spring, 1992 - 1994)
ANSC/NUTR 689: Physiological Chemistry (Fall 1995)
ANSC/NUTR 691: Research (1992 to present)
NUTR 641: Nutritional Biochemistry (Fall, 1996 - present)
NUTR 681: Nutrition Seminar (1992-1993; 2002 - present)
NUTR 685: Problems in Nutrition (1994 - present)
ANSC 485: Problems in Animal Science (1996 to present)
BICH 485: Problems in Biochemistry (Spring, 1992; 2005-2006)
NUTR 485: Problems in Nutrition (1992 to present)
NUTR 685: Fundamentals of Space Life Science (Team-taught, 2007-)

## DIRECTION OF GRADUATE STUDENTS:

***Chair:***

Bremer, Cami (M.S. in Nutrition, 9/1994 to 5/1997)
Chen, Jinyun (Ph.D. in Nutrition, 1/2001 to 6/2001)

Dasgupta, Mou (M.S. in Nutrition, 9/2001 – 12/2004)
Davis, Paula K. (M.S. in Nutrition, 9/1993 to 11/1996)
Dillon, E. Lichar (M.S. in Nutrition, 9/1997 to 5/1999)
Flynn, Nick. E. (Ph.D. in Nutrition, 1/1994 to 5/1997)
Haynes, Tony E. (M.S. in Nutrition, Part-time; 9/1998 to 9/2005)
Hu, Shengdi (Ph.D. in Animal Science; 8/2013 to present)
Jia, Sichao (Ph.D. in Animal Science, 8/2012-Present)
Jobgen, Wenjuan (Ph.D. in Nutrition, 9/2003 to 8/2007)
Kohli, Ripla (M.S. in Nutrition, 9/2001 to 8/2003)
Li, Hui (Ph.D. in Nutrition, 9/1997 to 8/2001)
Li, Xilong (Ph.D. in Nutrition, 9/2007 to Present)
McKnight, Jason R. (M.S. in Nutrition, 9/2008 to 8/2010)
Rezaei, Reza (M.S. in Nutrition, 5/2008 to 12/2010)
Rezaei, Reza (Ph.D. in Nutrition, 1/2011 to Present)
Wang, Weiwei (Ph.D. in Animal Nutrition, 9/2011-present)
Wilson, Natalie A. (M.S. in Nutrition, 5/2000 to 5/2002)
Zhang, Souwei (Ph.D. in Nutrition, 9/1998 to 8/1999)

***Co-Chair:***

Borbolla, Arturo G. (Ph.D. in Nutrition, 9/1992 to 8/1995)
Gao, Haijun (Ph.D. in Reproductive Physiology, 1/2005-5/2009)
Kwon, Hyuk-Jung (M.S. in Reproductive Physiology, 9/2001-9/2003)
Li, Xin (M.S. in Food Science, 5/1996 to 11/1999)
Meier, Sabina A., M.S. in Nutrition (5/1992 to 8/1995)
Simon, Robin (M.S. in Nutrition, 9/1998 to 5/1999)

Wang, Xiaoqiu (Ph.D. in Nutrition, 1/2011 to Present)

***Committee Member:***

Adhikari, Sean (M.S. in Genetics, 9/2004 – 5/2006)
Barker, Rissa L. (M.S. in Toxicology, 9/1993 to 10/1995)
Birch, Sharla M. (Ph.D. in Biomedical Sciences, 9/2010 – Present)
Brock, Amy A. (M.S. in Nutrition, 5/1993 to 9/1995)
Brooks, Matthew A. (M.S. in Nutrition, 9/2005 to 5/2008)
Buentello-Garcia, J. Alejandro (Ph.D. in Nutrition, 1/1996 - 12/1999)
Chamberlin, Amy (M.S. in Nutrition, 9/2007 – 8/2009)
Cole, Casey E. (Ms. in Nutrition, 1/1998 to 5/2000)
Dado, Joana (Ph.D. in Medical Sciences, 9/2003 to 8/2006)
Dekaney, Christopher M. (Ph.D. in Vet. Anatomy, 1/1998 to 8/2001)
Dresser, Beth (Ph.D. in Nutrition, 1/1997 to 9/1998)
Ford, Anne (Ph.D. in Nutrition, 9/2006 to 12/2010)
Go, Gwang Woong (Ph.D. in Nutrition; 9/2007 – 12/2010)
Greff, Sorin (M.S. in Reproductive Physiology, 1/2010 to 5/2011)
Ha, Chen-Xiang (M.S. in Nutrition, 9/1992 to 10/1994)
Hall, Jennifer (M.S. in Nutrition, 9/2006 – 5/2008)
He, Qinghua (Ph.D. in Animal Nutrition, Chinese Academy of Sciences, China; 7/2006 – 8/2009)
Ji, Fei (Ph.D. in Animal Nutrition, Texas Tech, 9/2001 to 12/2004)
Kang, Dong-Hyun (M.S. in Animal Science, 5/1998 to 5/1999)
Keith, Ashley B. (M.S. in Animal Science, 9/2011 to present)
Kim, Hyunkyoung (M.S. in Biostatistics, 1/2013 - 12/2013)
Kim, Jin-Young (Ph.D. in Reproductive Physiology, 9/2007- 5/2010)
Kirk, James M. (M.S. in Nutrition, 9/1993 to 10/1995)
Lassala, Arantza (PhD in Reproductive Physiology, 9/2005-12/2008)
Lu, Wei (M.S. in Nutrition, 9/1995 to 5/1997)
Majumdar, Sudeep (Ph.D. in Nutrition, 9/1993 to 12/2001)
Marinos, Rebeca S. (Ph.D. in Medical Sciences, 1/1997 to 5/2000)
Mateo, Ronald (Ph.D. in Animal Sci, Texas Tech University, 12/2007)
McClure, Melena K. (M.S. in Nutrition, 9/2005 – 5/2008)
McPherson, Rebecca L. (M.S., Texas Tech, 9/2001-12/2003)
Meng, Cong (M.S. in Biomedical Sciences, 9/2011 - 8/2013)
Popovic, Natasa (M.S. in Nutrition, 9/2000 – 5/2003)
Price, Pamela T. (Ph.D. in Nutrition, 9/1995 - 12/1998, University of Texas at Austin, TX)
Ramirez, Maria A. (M.S. in Animal Science, 1/1992 to 12/1993)
Ren, Wenkai (M.S. in Animal Nutrition, Chinese Academy of Sciences, China; 7/2009 – Present)
Reynolds, Judith A. (Ph.D. in Animal Science, 9/1993 to 8/1996)
Sawant, Onkar (Ph.D. in Biomedical Sciences, 9/2010 to present)
Shipley, Susan (M.S. in Nutrition, 9/1994 to 5/1997)
Simon, Robin (M.S. in Nutrition, 9/1992 to 8/1995)
Stewart, Laura J. (Ph.D. in Nutrition, 5/1992 to 5/1995)
Uzelac, Michael G. (M.S. in Animal Science, 1/2011-12/2012)
Wade, Laura (M.S. in Medical Sciences, 9/2004 – 5/2008)
Wilson, Shannon E. (Ph.D. in Biomedical Sciences, 9/2006 – 8/2010)
Wright, Tyler (M.S. in Veterinary Anatomy, 9/2003 – 12/2006)
Wu, Xin (Ph.D. in Animal Nutrition, Chinese Academy of Sciences, China; 7/2006 – 8/2009)
Xu, Jing (Ph.D. in Animal Science; 8-2012 - present)
Yao, Kang (Ph.D. in Animal Nutrition, Chinese Academy of Sciences, China; 7/2006 – 8/2009)

Ying, Wei (Ph.D. in Reproductive Physiology, 1/2011 to Present)
Zhang, Jianhu (Ph.D. in Nutrition, 9/1993 to 5/1997)
Zhang, Xiaotong (M.S. in Nutrition, 9/1993 to 9/1996)
Zoran, Debra L. (Ph.D. in Nutrition, 9/1993 to 11/1997)

***Graduate Council Representative for the Following Graduate Students:***

Chen, Fun Diang, Ph.D. in Industrial Engineering (9/1992 to 10/1995)
Choi, Jaeyoung, Ph.D. in Geology (9/1997 to 8/2000)
Davis, Trina J., Ph.D. in Educational Curriculum and Instruction (2/2000 – 9/2004)
Rainer, Darrell R., Ph.D. in Chemistry (1/1992 to 4/1996)
Sinclair, John W., Ph.D. in Mechanical Engineering (2/1996 to 5/1999)

## DIRECTION OF POSTDOCTORAL FELLOWS:

Assaad, Houssein (7/2012-present; NIH Postdoc Fellow in Nutrition and Bioinformatics)
Bliznyuk, Nikolay (9/2009-5/2010; NIH Postdoc Fellow in Nutrition and Bioinformatics)
Datta, Sujay (8/2006 to 7/2008; NIH Postdoc Fellow in Nutrition and Bioinformatics)

Dugan, Michael E.R. (7/1993 to 10/1994)

Fu, Wenjiang (8/2003 to 7/2005; NIH Postdoc Fellow in Nutrition and Bioinformatics)
Li, Peng (9/2006 to 12/2008)
Satterfield, M. Carey (1/2008 to 11/2009)
Tekwe, Carmen D. (8/2010-12012; NIH Postdoc Fellow in Nutrition and Bioinformatics)
Wei, Jiawei (6/2010 to 7/2011; NIH Postdoc Fellow in Nutrition and Bioinformatics)
Zorych, Ivan (7/2008-8/2009; NIH Postdoc Fellow in Nutrition and Bioinformatics)

## DIRECTION OF VISITING SCHOLARS:

Barber, Anjee (San Diego State University, 10/2011; USA)
Bergeron, Nadia (9/2010 - 11/2010; Laval University, Quebec, Canada)
Chen, Alex F. (10/1995; Southern Illinois University School of Medicine, USA)
Chen, Lixiang (10/2005 to 10/2006; China)

Chen, Yue (2/2007 to 6/2007; China)

Dai, Zhaolai (2/2009 to 3/2010; China)
Fu, Chenxing (10/2011 to present; China)

Kong, Xiangfeng (2/2008 to 1/2009; China)
Lei, Jian (4/2010 – 5/2-11; China)
Lin, Gang (9/2012 - present; China)
Mahata, Maria Endo (10/2011 – 11/2011, Indonesia)
Rizal, Yose (9/2009 – 11/2009; Indonesia)
Ruan, Zheng (10/2012 - present; China)
Tan, Bie (2/2008 to 1/2009; China)
Wang, Junjun (11/2005 to 12/2006; 10/2009 to 11/2010; China)
Wang, Xiuqui (2/2012 to present; China)
Wu, Zhenlong (1/2012 to 3/2012; China)

Xi, Pengbin (4/2009 to 5/2010; China)
Yang, Haipeng (2/2011 - 6/2011; China)
Yang, Ying (11/2011 - present; China)
Yao, Kang (5/2009 to Present; China)
Yin, Yu-Long (10/2006 to 2/2007; China)
Zhu, Cui (12/2012 to present, China)

## UNDERGRADUATE STUDENTS WORKING IN MY LABORATORY:

Douglas Barstow, Dustin Burke, Warren Chambers, Brittan Clark, Jennifer Clegg, Rhiannon Davidson, Ryan Farmer, Lisa Felder, Nick Flynn, Sean Flynn, Jocelyn Galland, Jennifer George, Amy Gonzales, Alan Haisler, Courtney Hale, Andy Hall, Abby Harris, Calie Jarvis, Tomi Kadir, Tety Leonardi, Nicole McDonald, Matthew Meininger, David Morrow, Anson Pond, Monica Palacios, Mary Park, Kristi Parker, Garrett Parsons, Jessica Ransonet, Elizabeth Riley, Sue Sinn, Felipe Trott, Melissa White, Linda Zang

## COMMITTEE WORK AT TEXAS A&M UNIVERSITY:

***Member:*** The Strategic Planning Task Force, Faculty of Nutrition (8/1993).

***Chair:*** The Curriculum Committee, Faculty of Nutrition (11/1993-11/1996; 2008-).

***Ex officio:*** Executive Committee, Faculty of Nutrition (5/1994 to 11/1996).

***Chair:*** Faculty of Nutrition Seminar Committee (1992-1993; 2002-2003).

***Member:*** Executive Committee, Faculty of Nutrition (2/2003 to 2/2006).

***Member:*** Texas A&M University Laboratory Animal Care Committee (9/1996 to 9/1998).

***Coordinator:*** Kleberg Animal Facilities, College of Agriculture and Life Sciences, Texas A&M University (9/1996 to 1/2005).

***Member:*** Grant Review Panel, Texas A&M University Interdisciplinary Research Initiatives Program (11/1998 to 5/2000).

***Member:*** Implementation Team for Establishing a New Department of Nutrition and Food Sciences at Texas A&M University (9/2001 to 10/2002).

***Member:*** Selection Committee for TAES Faculty Fellows, Texas A&M University (2004 and 2005)

***Member:*** Committee for Mentoring New Faculty Members, Department of Animal Science, Texas A&M University (2005 – Present)

***Member:*** Executive Committee, Faculty of Nutrition (2/2008 to 1/2012).

***Member:*** Executive Committee, Faculty of Reproductive Biology (8/2008 to present).

***Member:*** Implementation Team for Moving Faculty of Nutrition to Department of Nutrition and Food Sciences at Texas A&M University (9/2010 to 8/2011)

***Member:*** Texas A&M University Transportation Service Committee (9/2012 to present)

***Member:*** Selection Committee for Texas A&M University Faculty and Staff Distinguished Achievement Awards (2013)

## PROFESSIONAL ACTIVITIES:

### *Professional Society Memberships:*

Member, American Association for the Advancement of Science (3/1994 to present; #20082329)
Member, American Diabetes Association (6/1994 to 5/1999)
Member, American Heart Association Vascular Biology Scientific Council (1998 to present; AHA membership # 100001515488)
Member, American Physiological Society (4/1995 to 2001)
Member, American Society of Nutrition (5/1992 to present)
Member, American Society of Animal Science (1/1993 to present)
Member, Biochemical Society (London, UK) (9/1992 to 12/2005)
Member, Canadian Society for Nutritional Sciences (7/1990 to 12/1996)
Member, Juvenile Diabetes Research Foundation (8/1992 to present)
Member, Society for the Study of Reproduction (11/1996 to present)

### *Editorial Boards:*

Member, Editorial Advisory Board, The Biochemical Journal, London, UK (1/1993 – 12/2005).
Member, Editorial Board, The Journal of Nutrition, USA (6/1997 – 6/2003).
Member, Editorial Board, Asian-Australasian Journal of Animal Science (1/2003 – 12/2009).
Member, Editorial Board, Journal of Nutritional Biochemistry (1/2006 – present).
Member, Editorial Board, Diabetes and Lipid Research (1/2008 – present).
Editor, Amino Acids (3/2008 – present)
Editor, Journal of Amino Acids (12/2008 – present)
Managing Editor, Frontiers in Bioscience (11/2009 – present)
Editor-in-Chief, SpringerPlus: Amino Acids Collections (10/2012 – present)

### *Ad hoc Reviewer for Scientific Journals:*

African Journal of Biotechnology, Amino Acids, American Journal of Clinical Nutrition, American Journal of Physiology, Analytical Biochemistry, Animal, Animal Biotechnology, Animal Science, Antioxidants and Redox Signaling, Asian-Australasian Journal of Animal Sciences, Australian Journal of Agricultural Research, Biochemical Journal, Biochimica et Biophysica Acta, Biological Research for Nursing, Biology of Reproduction, BioTechniques, British Journal of Nutrition, Canadian Journal of Physiology and Pharmacology, Clinical and Investigative Medicine, Clinical Biochemist Review, Clinical Nutrition, Clinical Science, Comparative Biochemistry and Physiology, Current Vascular Pharmacology, Diabetes, Diabetologia, Domestic Animal Endocrinology, Electrophoresis, European Journal of Biochemistry, Experimental Biology and Medicine, FASEB Journal, Food Chemistry, Frontiers of Bioscience, Gastroenterology, Gene, Hippocampus, Hormone and Metabolic Research, International Journal of Obesity, Journal of Agricultural and Food Chemistry, Journal of Animal Science, Journal of Animal Science and Biotechnology, Journal of Amino Acids, Journal of Applied Physiology, Journal of Cellular Physiology, Journal of Chromatography, Journal of Clinical Investigation, Journal of Dairy Research, Journal of Endocrinology, Journal of Molecular and Cellular Cardiology, Journal of Neurochemistry, Journal of Nutrition, Journal of Nutritional Biochemistry, Journal of Nutritional Science and Vitaminology, Journal of Physiology (London), Journal of Pineal Research, Journal of Proteome Research, Journal of Vascular Research, Life Sciences, Livestock Science, Metabolism, Nature Protocols,

Neuroscience Letters, NO: Biology and Chemistry, Nutrition, Physiology & Behavior, PLoS One, Poultry Science, Proceedings of the National Academy of Sciences USA (PNAS), Regulatory Peptides, Reproduction, Reproduction-Nutrition-Development, and ScienceAsia

***Ad hoc External Grant Reviewer:***

Alberta Heritage Foundation For Medical Research, Alberta, Canada (11/2000); American Association for the Advancement of Science (1/2009); American Heart Association (2002-present); Austria Science Foundation (7/2003); Banting and Best Centre, University of Toronto, Canada (4/1995 and 6/2000); Biotechnology and Biological Science Research Council, U.K. (2007 and 2008); Canadian Diabetes Association, Ottawa, Canada (11/1993); Changjiang Scholar Award Program, The Ministry of Education of China (2009 to present); International Foundation for Science, Sweden (4/2004 and 2006); Medical Research Council of Canada (11/1993); Israel National Science Foundation (5/2009), National Natural Science Foundation, China (2004-2008); National Science Foundation, USA (2003-2006); Natural Science and Engineering Research Council (NSERC), Ottawa, Canada (2003; 2006); The Hospital for Sick Children Foundation; USDA/NRI (Human Nutrition Program, 1996); The Michael Smith Foundation for Health Research, British Columbia, Canada (2/2004); The Ministry of Science and Technology of China's 973 Basic Research Program (2003); One-Thousand-People Talent Program, the Central Government of China (5/2011-present); United States - Israel Binational Science Foundation (2nd Round Review, 9/2011); USDA/NRI (Animal Growth and Development Program, 2000-2008); USDA/NRI (Animal Reproduction Program, 2001-2008); USDA/ARS Human Nutrition NP-107 Program (9/2003).

***Panel Member of National and International Grant Review Committee:***

Member, Fulbright Senior Scholar Specialist Review Committee – Life Sciences, Council for International Exchange of Scholars, Washington, D.C. (2003 to 2005)

Panel Member, USDA/NRI, Animal Growth and Nutrient Utilization (2004, 2005, and 2006)

Panel Member, National Natural Science Foundation of China – The Key Research Program of Life Science (2006 and 2007)

Panel Member, National Natural Science Foundation of China – The General Research Program of Animal Science and Veterinary Medicine (2006 and 2007)

Panel Member, NIH Intramural Research, Site Visit Team for Evaluation of the National Cancer Institute-NIH Laboratory of Comparative Carcinogenesis, Frederick, MD (May 15-17, 2006).

Panel Member, NIH, Pregnancy and Neonatology Study Section (2007 and 2008).

Panel Member, American Heart Association National Research Program (2010 – present)

Panel Member, NIH, Conference Grants Review Committee (2010).

Panel Member, NIH, Special Study Section on Dietary Influence on Human Health (2011).

Changjiang Scholar Award Program, The Ministry of Education of China

***Activities of Scientific Societies:***

Member, Steering Committee on Macronutrient and Energy Metabolism, American Society for

Nutritional Sciences (5/2001 to 5/2003)

Elected Member, Nominating Committee, American Society for Nutritional Sciences (2004)

Member, Mead Johnson Award Jury, American Society for Nutrition (2005)

Member, Non-Ruminant Nutrition Award Jury, American Society of Animal Science (2005 to 2008)

Member, Omega Protein Innovative Research Award Jury, American Society of Animal Science (2006 to 2009)

Member, Predoctoral Fellowship Award Jury, The American Society for Nutrition (2006-2009).

Member, Judging Committee of Graduate Student Research Competition, The American Society for Nutrition (2006-2009).

Member, Dannon Institute Mentorship Award Jury, American Society for Nutrition (2006).

Member, Excellence in Teaching Award Jury, American Society for Nutrition (2006).

Member, ASAS/ASN 2013 Innovate Award Selection Committee (2013)

**Organization of National and International Conferences**

Co-Chair, Amino Acid Metabolism Symposium, Experimental Biology, American Society for Nutritional Sciences (April 2002)

Chair of the Metabolic and Other Lessons session, The BB Rat Symposium, Ottawa, Canada, December 2-4, 2004.

Co-Chair, Animal models of fetal growth and nutrition research, The Aspen Symposium, Aspen, CO, August 26-29, 2007.

Chair, Symposium on Amino Acids and Fetal Growth, 11th International Conference on Amino Acids, Vienna, Austria, August 3-7, 2009.

Co-Chair, Gentech International Nutrition Symposium, "Intestinal amino acid metabolism: thinking out of the box", Shanghai, China (October 13-15, 2010).

Chair, International Symposium on Maternal Nutrition and Fetal Growth, China Agricultural University, Beijing (May 20, 2011)

Chair, Symposium on Functional Amino Acids in Nutrition and Health, 12th International Conference on Amino Acids, Peptides, and Protein, Beijing, China, August 1-5, 2011.

Chair, Symposium on Recent Advances in Amino Acid Biochemistry and Nutrition, China Agricultural University, August 6, 2011.

Co-Chair, ASAS-Gentech Chinese Swine Nutrition Symposium, Shanghai, China (October 25-27, 2012).

Chair, Texas Human Nutrition Conference, College Station, TX, 2012 and 2013.

President, the 13th International Conference on Amino Acids, Peptides, and Protein (Galveston, Texas, October 5-7, 2013).

Chair, Animal Amino Acid Nutrition Symposium, the 11th World Congress of Animal Production (Beijing, China, October 15-20, 2013)

***Invited Presentations:***

Faculty of Nutrition, Texas A&M University, "Endogenous Synthesis of Arginine and its Physiological Significance", Nov. 13, 1991

Department of Medical Physiology, Texas A&M University, "Amino Acid Metabolism in Immunocytes and Its Physiological Significance", Jan. 16, 1992

Department of Nutritional Sciences, Rutgers University, "Arginine Metabolism and NO Synthesis in Macrophages and Endothelial Cells", August 19, 1992

Faculty of Nutrition, Texas A&M University, "Arginine and glucose: nutrients or toxins for pancreatic ß-cells?", Sept. 22, 1992

Faculty of Toxicology, Texas A&M University, "The arginine-citrulline cycle in macrophages from the spontaneously diabetic BB rat", Oct. 4, 1993

Nutrition and Metabolism Group, University of Alberta, Edmonton, Canada, "Amino acid metabolism in enterocytes of the developing pig", Feb. 28, 1994 (Supported by the Alberta Heritage Foundation for Medical Research)

Children's Nutrition Research Center, Department of Pediatrics, Baylor College of Medicine, "Arginine metabolism in enterocytes of developing pigs", Oct. 13, 1995

Nutrition and Reproduction Symposium, The Texas Agricultural Experiment Station, "Impact of free amino acids on fetal growth of pigs", Jan. 11, 1996

Division of Reproductive Sciences, Department of Obstetrics and Gynecology, University of Texas Medical Branch at Galveston, "Arginine metabolism in the developing porcine fetus", Feb. 23, 1996

Department of Pharmacology, Southern Illinois University School of Medicine (Springfield, IL), "Arginine metabolism in mammalian cells", June 21, 1996

Faculty of Nutrition, Texas A&M University, "Development of arginine synthesis in enterocytes of fetal and postnatal pigs", Nov. 5, 1996

Children's Nutrition Research Center, Department of Pediatrics, Baylor College of Medicine, "Maternal protein deficiency and fetal amino acid metabolism", March 20, 1997

Texas Forum on Female Reproduction, Institute of Biosciences and Technology, Houston, "NO

synthase activity in porcine placenta and endometrium during gestation", May 16, 1997

Cargill Inc. (Minneapolis, MN), "Impact of intestinal amino acid metabolism on animal nutrient requirements", Jan. 19-21, 1999.

Reproduction Forum, Texas A&M University, "Placental NO and polyamine synthesis during early gestation in pigs", Sept. 8, 2000.

Faculty of Nutrition, Texas A&M University, "Glucosamine and NO synthesis", Oct. 16, 2001.

Department of Animal Science, Texas Tech University, "Arginine nutrition in gestating pigs", Feb. 27, 2002.

Institutes of Biological Sciences, Chinese Academy of Sciences, Shanghai, China, "Roles of arginine nutrition and metabolism in health and disease", April 19-24, 2002.

Department of Animal Science, University of Illinois at Urbana-Champaign, "Arginine biochemistry and nutrition: from milk composition to basic research and back to animal production", April 28, 2003.

Faculty of Nutrition, Texas A&M University, "The pathway to the discovery of arginine deficiency in milk-fed piglets", Sept. 16, 2003.

United Feeds, Indiana, "New concepts of arginine nutrition in animals", Oct. 30, 2003.

Department of Animal Science, Texas A&M University, "New excitement for an 'old' amino acid", Nov. 19, 2003.

American Society of Animal Science – Midwestern section, "Role of NO in amino acid nutrition", Des Moines, Iowa; March 15, 2004.

International Arginine Symposium, "Arginine nutrition in neonatal pigs", Bermuda, April 5-6, 2004.

International Swine Symposium, "Role of amino acids in pregnancy and postnatal growth of pigs", Texas Tech University, July 16-17, 2004.

First International Symposium on Proline, "Role of proline in arginine and polyamine syntheses in animal cells", National Cancer Institute, NIH, Frederick, MD, October 11-12, 2004.

Advantages of Agriculturally Important Domestic Species as Biomedical Models, "The pig and sheep as animal models for nutrition research", Michigan State University, East Lansing, MI, October 29-31, 2004.

The BB Rat Symposium, "The arginine-NO pathway: a lesson from the BB rat", Ottawa, Canada, December 2-4, 2004.

Department of Animal Science, University of Maryland (College Park, MD), "Arginine nutrition in piglets", March 9, 2005.

Department of Nutritional Sciences, Rutgers University (New Brunswick, NJ), "NO and diabetes", April 12, 2005.

Department of Medicine, University of Maryland (Baltimore, MD), "Role of arginine in

reducing fat mass", May 19, 2005.

EURO Conference on Nutrition, Immune Functions and Health, Institut Pasteur, Paris, France, "Nutritional regulation of NO synthesis and its implications for health", June 9-10, 2005.

China Agricultural University (Beijing, China), Lectures on "Amino Acid Nutrition and Metabolism in Pigs", July 3-9, 2005.

Institute of Subtropical Agriculture, The Chinese Academy of Sciences (Changsha, China), "Regulation of N-acetylglutamate synthase expression in pig enterocytes", July 11, 2005.

American Feed Industry Association Expo-2005, Nonruminant Nutrition, "Amino acid nutrition during pregnancy in pigs", Kansas City, MO, Sept. 21, 2005.

American Feed Industry Association Expo-2005, "Arginine nutrition in neonatal pigs", Kansas City, MO, Sept. 21, 2005.

North Dakota State University, "Role of amino acid in fetal growth and development", Oct. 11, 2005.

Ajinomoto Technical Seminars, "Glutamine nutrition in pigs: from basic research to swine production", Ajinomoto BioLatina, Sao Paulo, Brazil, November 22-24, 2005.

Piglet Milk Replacer Symposium, "Role of arginine in pig nutrition", The Chinese Academy of Agricultural Sciences (Beijing, China), December 16, 2005.

Institute of Nutritional Sciences, The Chinese Academy of Agricultural Sciences (Shanghai, China), "The pig and sheep as animal models for nutrition research", December 19, 2005.

Hunan Agricultural University, "Roles of amino acid in fetal growth and development", Changsha, China, December 21, 2005.

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences, "Nutrition and fetal growth and development in swine", Guangzhou, China, December 25, 2005.

Nutreco Company, The Netherlands, "Arginine nutrition in high prolific sows", Feb. 14-17, 2006.

Virgia Tech University, "Arginine nutrition in piglets", March 1-3, 2006

American Society of Animal Science, Annual Meeting, "Recent advances in the nutrition of arginine-family amino acids", July 11, 2006.

China Agricultural University, "Intrauterine growth retardation: Implications for the animal sciences", August 5, 2006.

Institute of Subtropical Agriculture, The Chinese Academy of Sciences (Changsha, China), "Intrauterine growth retardation: Implications for the animal sciences", August 5, 2006.

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences, "Maternal nutrition and fetal growth", August 10, 2006.

No Name Society, North Dakota State University, "New concepts about IUGR", Sept. 7-9, 2006

Auburn University, "Arginine nutrition in piglets", Oct. 20, 2006.

International Arginine Symposium (Budapest, Hungary), "The safety and pharmacokinetics of arginine in animals", Nov. 6-7, 2006.

Canadian Nutrition Conferences, Winnipeg, Canada, "Maternal nutrition and fetal development", June 18-21, 2007.

China Agricultural University, "Molecular mechanisms for arginine to reduce fat mass in animals", August 4, 2007.

Wuhan Polytechnical University (Wuhan, China), "Role of glutamine in animal production", August 7, 2007.

Central China Agricultural University (Wuhan, China), "Maternal nutrition and fetal development", August 8, 2007.

Institute of Subtropical Agriculture, The Chinese Academy of Sciences (Changsha, China), "New concepts about glutamine in swine nutrition and production", August 10, 2007.

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences, "Functional amino acids in swine nutrition and metabolism", August 16, 2007.

The Aspen Symposium on Fetal Growth and Development, "Roles of amino acids in fetal growth and development", Aspen, CO, August 26-29, 2007.

Denmark Animal Science-COST Meeting, Keynote Lecture "Intrauterine growth retardation: implications, mechanisms, and solutions", Viborg, Denmark. September 6-7, 2007.

Second International Symposium on Proline, "Proline metabolism in the conceptus: Implications for fetal growth and development", National Cancer Institute, NIH, Frederick, MD, September 10-11, 2007.

Wuhan Polytechnical University (Wuhan, China), "Undergraduate studies in the U.S.", December 12, 2007.

Wuhan Polytechnical University (Wuhan, China), "Role of arginine in fat metabolism", December 13, 2007.

Wuhan Polytechnical University (Wuhan, China), "Writing successful grant applications", December 14, 2007.

University of Kentucky, "A path to the vascular NO pathway in diabetes and obesity", March 5, 2008.

The Ohio State University, "A Path to the arginine-synthetic pathway in neonatal pigs", May 16, 2008.

Canadian Animal Nutrition Conference (Guelph, Canada), "Maternal nutrition and fetal growth", May 22-24, 2008.

China Agricultural University (Beijing, China), "The vascular arginine-NO pathway in diabetes and obesity", July 15, 2008.

China Agricultural University (Beijing, China), "Role of the small intestine in neonatal nutrition", July 15, 2008.

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences (Guangzhou, China), "Intestinal amino acid metabolism and nutrition", July 28, 2008.

Food Science Institute, Nanchang University (Nanchang, China), "Arginine nutrition in neonatal pigs", July 30, 2008.

Institute of Subtropical Agriculture, The Chinese Academy of Sciences (Changsha, China), "Utilization of amino acids in swine nutrition and production", August 1, 2008.

Wuhan Polytechnical University (Wuhan, China), "Role of the gut in neonatal nutrition", August 4, 2008.

Wuhan Polytechnical University (Wuhan, China), "Nutrition and immune response in animals", August 5, 2008.

University of New Mexico School of Medicine, "Arginine biochemistry and nutrition in neonatal pigs", October 2008.

China Ocean University (Qingdao, China), "Regulation of NO synthesis by dietary factors", August 12, 2008.

Sixth International Conference of Domestic Animal Endocrinology (Roanoke, Virginia), "Amino acids impact fetal growth", November 14-17, 2008.

III CONGRESO CLANA (Congress of Latin America Animal Nutrition) (Cancun, Mexico), "Intrauterine growth retardation in livestock: Implications, mechanisms, and solutions. November 18-21, 2008.

Baylor College of Medicine/Texas Medical Center (Houston, TX), "A path to citrulline- and arginine-synthetic pathways in neonatal enterocytes", February 26, 2009.

Oklahoma State University, Department of Biochemistry and Molecular Biology, "The Roger E. Koeppe Endowed Lecture: A Pathway from glutamine and glutamate to arginine: nutritional significance for neonates", April 10, 2009

The International Feed Science Conference, "Functional Amino Acids in Swine Nutrition and Production", Lelystad, The Netherlands, May 12, 2009

Iowa State University, Summer Lectureship on "Protein Metabolism", Ames, Iowa, June 1-5, 2009

China Agricultural University, Changjiang Scholar Lectureship on "Protein Metabolism" (June 23-24, 2009)

USDA-National Renderers Association (NRA) Swine Nutrition and Feed Safety Technical Seminars, "Recent Advances in Swine Amino Acid Nutrition", July 2, 2009, Beijing, China.

USDA-National Renderers Association (NRA) Swine Nutrition and Feed Safety Technical Seminars, "Proline and Hydroxyproline: Biochemistry and Nutrition in Animals", July 2, 2009, Beijing, China.

Chinese Academy of Sciences, Institute of Subtropical Agriculture, Symposium on Amino Acids and Carhohydrates in Animal Nutrition, "Development of Functional Amino Acids in Swine Nutrition", July 3. 2009, Changsha, China.

4th International Symposium on Animal Nutrition and Health, "Recent Advances on Swine Amino Acid Nutrition: Molecular and Functional Studies", July 4-5, 2009. Guangzhou, China.

South China Agricultural University, "Arginine Nutrition: From Milk to Development of Functional Amino Acids", July 4, 2009. Guangzhou, China.

USDA-National Renderers Association (NRA) Swine Nutrition and Feed Safety Technical Seminars, "Recent Advances in Swine Amino Acid Nutrition", July 6, 2009, Manila, Philippines.

USDA-National Renderers Association (NRA) Swine Nutrition and Feed Safety Technical Seminars, "Proline and Hydroxyproline: Biochemistry and Nutrition in Animals", July 6, 2009, Manila, Philippines.

USDA-National Renderers Association (NRA) Swine Nutrition and Feed Safety Technical Seminars, "Recent Advances in Swine Amino Acid Nutrition", July 8, 2009, Ho Chi Minh City, Vietnam.

USDA-National Renderers Association (NRA) Swine Nutrition and Feed Safety Technical Seminars, "Proline and Hydroxyproline: Biochemistry and Nutrition in Animals", July 8, 2009, Ho Chi Minh City, Vietnam.

American Society of Animal Science Annual Meeting, Triennial Symposium on Animal Reproduction, "The impact of amino acid nutrition on pregnancy outcome in pigs: mechanisms and implications for swine production", Montreal, Canada, July 12, 2009.

Sigma Xi Spring Symposium, "Keynote Lecture: Amino acid nutrition and fetal growth", Texas A&M University, College Station, TX, March 22, 2010.

Experimental Biology, Symposium on Animal Models for Nutritional Research, "Amino acid nutrition in fetal and neonatal growth: from animal studies to clinical applications", April 23-28, 2010 (Anaheim, CA)

International Glutamate Technical Committee, "Glutamate content in foods and utilization by the pig small intestine", April 29, 2010 (Santa Monica)

American Society of Animal Science Annual Meeting, Triennial Symposium on Animal Growth and Development, "Important roles for glutamine in swine nutrition and production", Denver, CO, July 11, 2010.

Inner Mongolia Academy of Agricultural Sciences, "Intestinal amino acid metabolism: significance in animal feeding", Hohhot, Inner Mongolia, China (August 4, 2010) (Supported by the Foreign Experts Bureau of China)

Inner Mongolia Academy of Agricultural Sciences, "Roles of amino acids in fetal growth and development", Hohhot, Inner Mongolia, China (August 5, 2010) (Supported by the Foreign Experts Bureau of China)

Inner Mongolia Agricultural University, "Glutamine as a functional amino acid in animal nutrition", Hohhot, Inner Mongolia, China (August 6, 2010)

Wuhan Polytechnical University, "Glutamine: a story for the development of functional amino acid in animal nutrition", Wuhan, China (August 17, 2010)

Chinese Academy of Sciences, Institute of Subtropical Agriculture, "The arginine-NO pathway in diabetes and obesity", Changsha, China (August 19, 2010)

The 3rd International Symposium on Energy and Protein Metabolism, Keynote Lecture "Biochemical and physiological limitations to efficiency of amino acid utilization for animal growth", Parma, Italy (September 6-10, 2010)

The 31st Western Nutrition Conference, The J.M. Bell Memorial Lecture "Functional amino acids: new developments and important implications for animal nutrition", Saskatoon, Canada (September 22, 2010)

The 31st Western Nutrition Conference, "Impacts of maternal nutrition on embryonic/fetal survival and development", Saskatoon, Canada (September 23, 2010)

Gentech International Nutrition Symposium, "Intestinal amino acid metabolism: thinking out of the box", Shanghai, China (October 13-15, 2010)

Third International Symposium on Proline, "Fetal programming of proline metabolism in the small intestine", Lincoln, Nebraska (November 7-9, 2010)

Seoul National University (Seoul, Korea), "Amino acid nutrition and pregnancy outcomes" (May 16, 2011)

Wuhan Polytechnical University, "Regulation of intestinal protein turnover by glutamine", Wuhan, China (May 24, 2011)

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences (Guangzhou, China), "Advances in swine amino acid nutrition" (May 26, 2011)

South China Agricultural University, "New developments in swine arginine nutrition" (May 26, 2011)

12th International Conference on Amino Acids, "Functional Amino Acids in Nutrition and Health", Beijing, China (August 3, 2011)

Symposium on Recent Advances in Amino Acid Biochemistry and Nutrition, "New Aspects of Amino Acid Biochemistry and Nutrition", China Agricultural University (August 6, 2011)

Inner Mongolia Academy of Agricultural Sciences, "Efficiency of amino acid utilization by animals: biochemical and physiological bases", Hohhot, Inner Mongolia, China (August 8, 2011) (Supported by the Foreign Experts Bureau of China)

Wuhan Polytechnical University, "Regulation of intestinal protein turnover by glutamine", Wuhan, China (May 24, 2011)

12th International Conference on Amino Acids, "Functional Amino Acids in Nutrition and

Health", Beijing, China (August 3, 2011)

Symposium on Recent Advances in Amino Acid Biochemistry and Nutrition, "New Aspects of Amino Acid Biochemistry and Nutrition", China Agricultural University (August 6, 2011)

Cargill Conference on Biological Modeling in Animal Nutrition, "Quantitative analysis of amino acid metabolism in the small intestine: Implications for nutrition and health", Elk River, MN (August 23-25, 2011)

State Key Animal Nutrition Laboratory Conference, "Arginine nutrition in mammalian reproductive function", Beijing, China (January 5-7, 2012)

European Pediatric and Enteral Nutrition Conference, "Synthesis and catabolism of amino acids in the lactating mammary gland", Stockholm, Sweden (April 26-28, 2012)

Wuhan Polytechnical University, "Research advances in nutritionally nonessential amino acids in animal nutrition", Wuhan, China (June 16, 2012)

International Symposium on Animal Nutrition, Chinese Academy of Sciences, Institute of Subtropical Agriculture, "Dietary requirements of indispensable amino acids by swine", Changsha, China (June 20, 2012)

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences (Guangzhou, China), "Amino acid nutrition in lactation", June 22, 2012

South China Agricultural University, "Glutamine synthesis in lactating mammary tissue: pathways and nutritional significance", June 22, 2012

Feed Science and Technology Symposium, Sponsored by the U.S. National Renderer's Association (Asia Office), South China Agricultural University, "Amino acid nutrition: the past, present, and future", July 13, 2012

Feed Science and Technology Symposium, Sponsored by the U.S. National Renderer's Association (Asia Office), South China Agricultural University, "Analysis of amino acids in feedstuffs", July 13, 2012.

Ministry of Agriculture Feed Industry Center, China Agricultural University (Beijing, China), "The use of arginine and N-carbamoylglutamate in improving reproductive performance of gestating swine", July 19, 2012

China Animal Nutrition Annual Meeting, "Amino acid nutrition: the past, present, and future", Changsha, China, October 23, 2012

ASAS-Gentech China Swine Nutrition International Nutrition Symposium, "Arginine nutrition and reproductive performance in gestating sows", Shanghai, China (October 25, 2012)

ASAS-Gentech China Swine Nutrition International Nutrition Symposium, "Dietary requirements of nutritionally nonessential amino acids", Shanghai, China (October 26, 2012)

Gentech China Swine Nutrition Conference, "Dietary requirements of amino acids for lactating sows", Shanghai, China (October 26, 2012)

Inner Mongolia Academy of Agricultural Sciences, "History of amino acid nutrition research", Supported by the Foreign Experts Bureau of China (October 29, 2012)

Inner Mongolia Academy of Agricultural Sciences, "Synthesis of glutamine and glutamate by lactating sows (October 29, 2012) (Supported by the Foreign Experts Bureau of China)

9th International Conference on Pig Reproduction, "Maternal and fetal amino acid metabolism in gestating sows", Olsztyn, Poland (June 9-12, 2013)

China Agricultural University, Summer School Course on "Animal Nutritional Biochemistry", Lectures on "Comparative Animal Biochemistry and Nutrition", "Nutrition and Cell Signaling", and "Methods to Determine Intracellular Protein Turnover", July 15-18, 2013 (Funded by Ministry of Education of P.R. China and National Natural Science Foundation of China)

South China Agricultural University, Lecture "Comparative Animal Biochemistry", July 4, 2013.

Institute of Animal Sciences, The Guangdong Academy of Agricultural Sciences (Guangzhou, China), "Maternal and fetal amino acid metabolism in gestating sows", July 5, 2013

International Symposium on Animal Nutrition, Qingdao, China, "Discovery of arginine supplementation for enhancing litter size in swine" (July 22-24, 2013)

Wuhan Polytechnical University, "Regulation of nutrient metabolism in animals", Wuhan, China (August 14, 2013).

Chinese Academy of Sciences, Institute of Subtropical Agriculture, "Role of nutrients in cell signaling", Changsha, China (August 16, 2013)

ASAS-ASN Joint Symposium: Innovate 2013, "Amino acid nutrition: protein synthesis and beyond", Braselton, GA, USA (September 22-24, 2013)

13th International Conference on Amino Acids, Peptides and Proteins, "Introduction to Functional Amino Acids in Nutrition and Health", Galveston, TX, USA (October 5-7, 2013)

11th World Conference on Animal Production, Amino Acid Nutrition Symposium, "Recent advances in amino acid nutrition in farm animals", Beijing, China (October 15, 2013)

11th World Conference on Animal Production, "New concepts in swine protein nutrition", Beijing, China (October 17, 2013)

Japan Nutrition Society Annual Meeting, "Dietary requirements of 'nutritionally nonessential amino acids' by mammals", Fukuoka, Japan (Nov. 1, 2013)

Japan Pediatrics Society Conference, "Amino acid metabolism in the lactating mammary gland", Fukuoka, Japan (Nov. 2, 2013)

29th Kumamoto Medical Bioscience International Symposium, Kumamoto, Japan

## HONORS AND AWARDS:

1. Outstanding Student Award, South China Agricultural University, Guangzhou, Guangdong, China (7/1982).

2. National Scholarship for Graduate Studies Abroad, The Ministry of Education, P.R. China (5/1984 - 5/1986).

3. Graduate Teaching Assistantship, University of Alberta, Edmonton, Alberta, Canada (9/1985 - 4/1988).

4. Graduate Research Assistantship, University of Alberta, Edmonton, Alberta, Canada (9/1986 - 4/1989).

5. Graduate Travel Award, University of Alberta, Edmonton, Alberta, Canada (5/1988).

6. Andrew Stewart Graduate Prize, University of Alberta, Edmonton, Alberta, Canada (4/1989).

7. Dissertation Fellowship, University of Alberta, Edmonton, Canada (5/1989 - 7/1989).

8. Research Institute Fellowship, Royal Victoria Hospital, McGill University, Montreal, Quebec, Canada (12/1988)

9. Diabetes Canada Fellowship, Canadian Diabetes Associations, Toronto, Canada (5/1989).

10. Medical Research Council of Canada Postdoctoral Fellowship, Medical Research Council of Canada, Ottawa, Canada (8/1989 - 10/1991).

11. Established Investigator, American Heart Association (1/1998 to 12/2001).

12. TAES Faculty Fellow, College of Agriculture and Life Sciences, Texas A&M University (1/2001).

13. University Faculty Fellow, Texas A&M University (4/2002).

14. Nonruminant Nutrition Research Award, American Society of Animal Science (4/2004)

15. Outstanding Overseas Scholar Award, The Chinese Academy of Sciences (1/2005).

16. Outstanding Overseas Young Investigator Award, National Natural Science Foundation of China (1/2006)

17. Vice Chancellor's Award for Excellence in Team Research, The Texas A&M University System (1/2006)

18. Changjiang Scholar, The Ministry of Education, P.R. China (3/2008).

19. Distinguished Research Achievement Award, Texas A&M University (4/2008)

20. Chutian Scholar, The Department of Education, Hubei Province, P.R. China (5/2008).

21. Vice Chancellor's Award for Excellence in Individual Research, The Texas A&M University System Agriculture Program (1/2009)

22. Texas AgriLife Senior Research Fellow, The Texas A&M University System Agriculture Program (1/2009)

23. Dingying Scholar, South China Agricultural University, Guangzhou, China (7/2009)

24. FASS-AFIA New Frontiers in Animal Nutrition Research Award, Federation of Animal Science Societies and American Feed Industry Association (7/2009). This is the highest award for Animal Nutrition Research in the U.S.A. across the fields of Animal Science, Dairy Science, Poultry Science, and Companion Animals.

25. Thousand-People-Talent Award, The Central Government of China (4/2010).

26. The Samburu Collaboration Award, The International Association of Giraffe Care Professionals (4/2010). This award was given to the Giraffe Nutrition Workshop Team (May 25-26, 2005) whose work had saved hundreds of giraffe in zoos worldwide. Guoyao Wu was a key member of the team.

27. Vice Chancellor's Award for Excellence in Diversity, The Texas A&M University System Agriculture Program (3/2011)

28. Elected Fellow, American Association for the Advancement of Science (AAAS; 11/2012)

29. Distinguished Scientist, Sigma Xi Honor Society, Texas A&M University Chapter (2013)

## NATIONALLY AND INTERNATIONALLY HIGHLIGHTED PAPERS

1. *Biochemical Journal* (BJ) Letters, "Methionine transamination *in vivo*", Biochemical Journal 262: 689-691, 1989. This BJ article highlights the paper "Wu, G., and J.R. Thompson. 1989. Is methionine transaminated in skeletal muscle? Biochem. J. 257:281-284." http://www.biochemj.org

2. *Biochemical Journal* (BJ) Letters, "The possible role of glutamine substrate cycle in skeletal muscle", Biochemical Journal 279: 327-328, 1991; "Glutamine transport and metabolism in mammalian skeletal muscle", Biochemical Journal 285: 339-340, 1992. These two BJ articles highlight the paper "Wu, G., J.R. Thompson, and V.E. Baracos. 1991. Glutamine metabolism in skeletal muscle from the broiler chick (Gallus domesticus) and the laboratory rat (Rattus norvegicus). Biochem. J. 274:769-774." www.biochemj.org

3. USDA National Research Initiative (NRI) Cover Story, "Maternal nutrition and fetal development", http://www.csrees.usda.gov/funding/nri/covers/2004_08_wu.pdf. This NRI cover story highlights the paper "Wu, G., F.W. Bazer, T.A. Cudd, C.J. Meininger, and T.E. Spencer. 2004. Maternal nutrition and fetal development. J. Nutr. 134:2169-2172."

4. ISI (Institute for Scientific Information), "Fast Breaking Paper by Guoyao Wu", http://www.esi-topics.com.fbp/2005/june05-GuoyaoWu.html. This ISI article highlights the paper "Wu, G., Y.Z. Fang, S. Yang, J.R. Lupton, and N.D. Turner. 2004. Glutathione metabolism and its implications for health. J. Nutr. 134:489-492."

5. ISI (Institute for Scientific Information), "Hot Paper by Guoyao Wu", http://www.esi-topics.com.nhp/2006/january-06-GuoyaoWu.html. This ISI article highlights the paper "Wu, G., F.W. Bazer, T.A. Cudd, C.J. Meininger, and T.E. Spencer. 2004. Maternal nutrition and fetal development. J. Nutr. 134:2169-2172."

6. USDA National Research Initiative (NRI) Research Highlight, "Modified diet may increase swine birthrate", http://www.csrees.usda.gov/newsroom/impact/2008/nri/pdf/swine.pdf. This NRI article highlights the paper "Mateo, R.D., G. Wu, F.W. Bazer, J.C. Park, I. Shinzato, and S.W. Kim. 2007. Dietary L-arginine supplementation enhances the reproductive performance of gilts. J. Nutr. 137: 652-656."

7. Country World Central Texas. Arginine provision increases swine birthrate, litter birth weight. www.CountryWorldNews.com. February 28, 2008. Page 7A.

8. Combining expertise, lifting performance with arginine. Pig Progress 24:31-33; 2008

**PRESS RELEASE**

1. Arginine provision increases swine birthrate and litter birth weight. Texas AgriLife Research. Feb. 16, 2008

2. Arginine discovery could help fight human obesity. Texas AgriLife Research. Jan. 28, 2009

3. Study shows male erectile dysfunction drug enhances fetal growth in female sheep: Findings could have important implications for human health and agriculture. Texas AgriLife Research. Feb 3, 2010

4. Functional amino acids regulate key metabolic pathways. Texas AgriLife Research. November 17, 2010

## PUBLICATIONS:

***Refereed Papers in Scientific Journals*** **(SCI citations: > 10,000 times; Hirsch index = 54):**

1. Han, G., G. Wu, and Z.B. Xiao. 1983. A survey on the adaptability of New Zealand dairy cattle to the Shenzhen area. Guangdong Agric. Sci. (China) 54:24 & 31-32.

2. Wu, G., and J.R. Thompson. 1987. The effect of fasting on leucine degradation in chick skeletal muscle. Can. J. Anim. Sci. 67:179-186.

3. Wu, G., and J.R. Thompson. 1987. Ketone bodies inhibit leucine degradation in chick skeletal muscle. Int. J. Biochem. 19:937-943.

4. Wu, G., J.R. Thompson. 1988. Effect of pyruvate, octanoate and glucose on leucine degradation in skeletal muscle from fed and fasted chicks. Int. J. Biochem. 20:521-526.

5. Wu, G., and J.R. Thompson. 1988. Arachidonic acid, prostaglandin $E_2$ and $F_{2\alpha}$ inhibit leucine degradation in chick skeletal muscle. Biochem. Int. 16:227-234.

6. Wu, G., and J.R. Thompson. 1988. The effect of ketone bodies on alanine and glutamine metabolism in isolated skeletal muscle from the fasted chick. Biochem. J. 255:139-144.

7. Wu, G., and J.R. Thompson. 1989. Is methionine transaminated in skeletal muscle? Biochem. J. 257:281-284.

8. Wu, G., J.R. Thompson, G. Sedgwick, and M. Drury. 1989. Formation of alanine and glutamine in chick (Gallus domesticus) skeletal muscle. Comp. Biochem. Physiol. 93B: 609-613.

9. Wu, G., and J.R. Thompson. 1989. Methionine transamination and glutamine transaminases in skeletal muscle. Biochem. J. 262:690-691.

10. Wu, G., and J.R. Thompson. 1990. The effect of ketone bodies on protein turnover in isolated skeletal muscle from the fed and fasted chick. Int. J. Biochem. 22:263-268.

11. Wu, G., and J.R. Thompson. 1990. The effect of glutamine on protein turnover in chick skeletal muscle in vitro. Biochem. J. 265:593-598.

12. Field, C.J., G. Wu, M.-D. Metroz-Dayer, M. Montambault, and E.B. Marliss. 1990. Lactate production is the major metabolic fate of glucose in splenocytes and is altered in spontaneously diabetic BB rats. Biochem. J. 272:445-452.

13. Wu, G., J.R. Thompson, and V.E. Baracos. 1991. Glutamine metabolism in skeletal muscle from the broiler chick (Gallus domesticus) and the laboratory rat (Rattus norvegicus). Biochem. J. 274:769-774.

14. Thompson, J.R., and G. Wu. 1991. The effect of ketone bodies on nitrogen metabolism in skeletal muscle. Comp. Biochem. Physiol. 100B:209-216.

15. Wu, G., C.J. Field, and E.B. Marliss. 1991. Glutamine and glucose metabolism in rat splenocytes and mesenteric lymph node lymphocytes. Am. J. Physiol. 260:E141-E147.

16. Wu, G., C.J. Field, and E.B. Marliss. 1991. Elevated glutamine metabolism in splenocytes from spontaneously diabetic BB rats. Biochem. J. 274:49-54.

17. Wu, G., A. Gunasekara, H. Brunengraber, and E.B. Marliss. 1991. Effects of extracellular pH, $CO_2$ and $HCO_3^-$ on ketogenesis in perfused rat liver. Am. J. Physiol. 261:E221-E226.

18. Wu, G., and E.B. Marliss. 1991. Deficiency of purine nucleoside phosphorylase activity in thymocytes from the immunodeficient diabetic BB rat. Clin. Exp. Immunol. 86:260-265.

19. Wu, G., C.J. Field, and E.B. Marliss. 1991. Glutamine and glucose metabolism in thymocytes from normal and spontaneously diabetic BB rats. Biochem. Cell Biol. 69:801-808.

20. Wu, G., C.J. Field, and E.B. Marliss. 1991. Glucose and glutamine metabolism in rat macrophages: enhanced glycolysis and unaltered glutaminolysis in spontaneously diabetic BB rats. Biochim. Biophys. Acta 1115:166-173.

21. Wu, G., C.J. Field, and E.B. Marliss. 1992. Enhanced glutamine and glucose metabolism in cultured rat splenocytes stimulated by phorbol myristate acetate plus ionomycin. Metabolism 41:982-988.

22. Wu, G., and J.T. Brosnan. 1992. Macrophages can convert citrulline into arginine. Biochem. J. 281:45-48.

23. Wu, G., and L.W. Greene. 1992. Glutamine and glucose metabolism in bovine blood lymphocytes. Comp. Biochem. Physiol. 103B:821-825.

24. Wu, G., and E.B. Marliss. 1993. Enhanced glucose metabolism and respiratory burst in peritoneal macrophages from spontaneously diabetic BB rats. Diabetes 42:520-529.

25. Wu, G. 1993. Determination of proline by reversed-phase high performance liquid chromatography with automated pre-column o-phthaldialdehyde derivatization. J. Chromatogr. 641:168-175.

26. Wu, G., and N.E. Flynn. 1993. The activation of the arginine-citrulline cycle in macrophages from the spontaneously diabetic BB rat. Biochem. J. 294:113-118.

27. Wu, G., and C.J. Meininger. 1993. Regulation of L-arginine synthesis from L-citrulline by L-glutamine in endothelial cells. Am. J. Physiol. 265:H1965-H1971.

28. Wu, G., and D.A. Knabe. 1994. Free and protein-bound amino acids in sow's colostrum and milk. J. Nutr. 124:415-424.

29. Wu, G., D.A. Knabe, and N.E. Flynn. 1994. Synthesis of citrulline from glutamine in pig enterocytes. Biochem. J. 299: 115-121.

30. Brook, A.A., S.A. Chapman, E.A. Ulman, and G. Wu. 1994. Dietary manganese deficiency decreases rat hepatic arginase activity. J. Nutr. 124:340-344.

31. Wu, G., S. Majumdar, J. Zhang, H. Lee, and C.J. Meininger. 1994. Insulin stimulates glycolysis and pentose cycle activity in bovine microvascular endothelial cells. Comp. Biochem. Physiol. 108C:179-185.

32. Field, C.J., G. Wu, and E.B. Marliss. 1994. Enhanced metabolism of glucose and glutamine in mesenteric lymph node lymphocytes from spontaneously diabetic BB rats. Can. J. Physiol. Pharmacol. 72:827-832.

33. Wu, G., A.G. Borbolla, and D.A. Knabe. 1994. The uptake of glutamine and release of arginine, citrulline and proline by the small intestine of developing pigs. J. Nutr. 124:2437-2444.

34. Dugan, M.E.R., D.A. Knabe, and G. Wu. 1994. Glutamine and glucose metabolism in intraepithelial lymphocytes from pre- and post-weaning pigs. Comp. Biochem. Physiol. 109B:675-681.

35. Wu, G., D.A. Knabe, W. Yan, and N.E. Flynn. 1995. Glutamine and glucose metabolism in enterocytes of the neonatal pig. Am. J. Physiol. 268:R334-R342.

36. Wu, G., and N.E. Flynn. 1995. Regulation of glutamine and glucose metabolism by cell volume in lymphocytes and macrophages. Biochim. Biophys. Acta 1243:343-350.

37. Wu, G., N.E. Flynn, W. Yan, and D.G. Barstow, Jr. 1995. Glutamine metabolism in chick enterocytes: absence of pyrroline-5-carboxylate synthase and citrulline synthesis. Biochem. J. 306:717-721.

38. Wu, G. 1995. NO synthesis and the effect of aminoguanidine and $N^G$-monomethyl-L-arginine on the onset of diabetes in the spontaneously diabetic BB rat. Diabetes 44:360-364.

39. Dugan, M.E.R., D.A. Knabe, and G. Wu. 1995. The induction of citrulline synthesis from glutamine in enterocytes of weaned pigs is not due primarily to age or change in diet. J. Nutr. 125:2388-2393.

40. Wu, G., and N.E. Flynn. 1995. Effect of $HCO_3^-$ on glutamine and glucose metabolism in lymphocytes. Metabolism 44:1247-1252.

41. Wu, G., and C.J. Meininger. 1995. Impaired arginine metabolism and NO synthesis in coronary endothelial cells of the spontaneously diabetic BB rat. Am. J. Physiol. 269:H1312-H1318.

42. Wu, G., and D.A. Knabe. 1995. Arginine synthesis in enterocytes of neonatal pigs. Am. J. Physiol. 269:R621-R629.

43. Wu, G., F.W. Bazer, and W. Tuo. 1995. Developmental changes of free amino acid concentrations in fetal fluids of pigs. J. Nutr. 125:2859-2868.

44. Wu, G. 1995. Urea synthesis in enterocytes of developing pigs. Biochem. J. 312:717-723.

45. Wu, G., F.W. Bazer, W. Tuo, and S.P. Flynn. 1996. Unusual abundance of arginine and ornithine in porcine allantoic fluid. Biol. Reprod. 54:1261-1265.

46. Wu, G. 1996. Effects of concanavalin A and phorbol myristate acetate on glutamine metabolism and proliferation of porcine intraepithelial lymphocytes. Comp. Biochem. Physiol. 114A:363-368.

47. Flynn, N.E., and G. Wu. 1996. An important role for endogenous synthesis of arginine in maintaining arginine homeostasis in neonatal pigs. Am. J. Physiol. 271:R1149-R1155.

48. Wu, G., S.A. Meier, and D.A. Knabe. 1996. Dietary glutamine supplementation prevents jejunal atrophy in weaned pigs. J. Nutr. 126:2578-2584.

49. Wu, G., D.A. Knabe, N.E. Flynn, W. Yan, and S.P. Flynn. 1996. Arginine degradation in developing porcine enterocytes. Am. J. Physiol. 271:G913-G919.

50. Wu, G. 1996. An important role for pentose cycle in the synthesis of citrulline and proline from glutamine in porcine enterocytes. Arch. Biochem. Biophys. 336:224-230.

51. Pineres, M.A.R, W.C. Ellis, G. Wu, and S.C. Ricke. 1997. Effects of protease inhibitors on degradation of [$^{14}$C]casein by ruminal microorganisms. Anim. Feed Sci. Tech. 64:113-126.

52. Pineres, M.A.R, W.C. Ellis, G. Wu, and S.C. Ricke. 1997. Effects of diphenyliodonium chloride on proteolysis and leucine metabolism by rumen microorganisms. Anim. Feed Sci. Tech. 65:139-149.

53. Flynn, N.E., and G. Wu. 1997. Enhanced metabolism of arginine and glutamine in enterocytes of cortisol-treated pigs. Am. J. Physiol. 272:G474-G480.

54. Meininger, C.J., and G. Wu. 1997. L-Glutamine inhibits NO synthesis in bovine venular endothelial cells. J. Pharmacol. Exp. Ther. 281:448-453.

55. Flynn, N.E., and G. Wu. 1997. Glucocorticoids play an important role in mediating the enhanced metabolism of arginine and glutamine in enterocytes of postweaning pigs. J. Nutr. 127:732-737.

56. Wu, G. 1997. Synthesis of citrulline and arginine from proline in enterocytes of postnatal pigs. Am. J. Physiol. 272:G1382-G1390.

57. Kowalski, T.J., G. Wu, and M. Watford. 1997. Rat adipose tissue amino acid metabolism in vivo as assessed by microdialysis and arterio-venous techniques. Am. J. Physiol. 273:E613-E622.

58. Wu, G., P.K. Davis, N.E. Flynn, D.A. Knabe, and J.T. Davidson. 1997. Endogenous synthesis of arginine plays an important role in maintaining arginine homeostasis in postweaning growing pigs. J. Nutr. 127:2342-2349.

59. Sprinkle, J.E., C.L. Ferrell, J.W. Holloway, B.G. Warrington, L.W. Greene, G. Wu, and J.W. Stuth. 1998. Adipose tissue partitioning of limited-fed beef cattle and beef cattle with ad libitum access to feed differing in adaptation to heat. J. Anim. Sci. 76:665-673.

60. Sprinkle, J.E., H.S. Hansard, B.G. Warrington, J.W. Holloway, G. Wu, and S.B. Smith. 1998. Physiological adaptations in adipose tissue of Brahman vs Angus heifers. J. Anim. Sci. 76:743-749.

61. Wu, G., W.G. Pond, T.L. Ott, and F.W. Bazer. 1998. Maternal dietary protein deficiency decreases amino acid concentrations in fetal plasma and allantoic fluid of pigs. J. Nutr. 128:894-902.

62. Davis, P.K., and G. Wu. 1998. Compartmentation and kinetics of urea cycle enzymes in porcine enterocytes. Comp. Biochem. Physiol. B 119:527-537.

63. Wu, G. 1998. Intestinal mucosal amino acid catabolism. J. Nutr. 128:1249-1252.

64. Wu, G., M. Chung-Bok, N. Vincent, T.J. Kowalski, Y.-H. Choi, and M. Watford. 1998.

Distribution of phosphate-activated glutaminase isozymes in the chicken: absence from liver but presence of high activity in pectoralis muscle. Comp. Biochem. Physiol. B 120:285-290.

65. Zhang, J., G. Wu, R.S. Chapkin, and J.R. Lupton. 1998. Energy metabolism of colonocytes changes during the tumorigenic process and is dependent on diet and carcinogen. J. Nutr. 128:1262-1269.

66. Wu, G. 1998. Amino acid metabolism in the small intestine. Trends Comp. Biochem. Physiol. 4:39-74.

67. Wu, G., and S.M. Morris, Jr. 1998. Arginine metabolism: NO and beyond. Biochem. J. 336:1-17.

68. Reynolds, J.A., G.D. Potter, L.W. Greene, G. Wu, G.K. Carter, M.T. Martin, T.V. Peterson, M. Murray-Gerzik, G. Moss, and R.S. Erkert. 1998. Genetic-diet interactions in the hyperkalemic periodic paralysis syndrome in quarter horses fed varying amounts of potassium. I. Potassium and sodium balance, packed cell volume and plasma potassium and sodium concentrations. J. Equine Vet. Sci. 18:591-600.

69. Reynolds, J.A., G.D. Potter, L.W. Greene, G. Wu, G.K. Carter, M.T. Martin, T.V. Peterson, M. Murray-Gerzik, G. Moss, and R.S. Erkert. 1998. Genetic-diet interactions in the hyperkalemic periodic paralysis syndrome in quarter horses fed varying amounts of potassium. II. Symptoms of HYPP. J. Equine Vet. Sci. 18:655-611.

70. Reynolds, J.A., G.D. Potter, L.W. Greene, G. Wu, G.K. Carter, M.T. Martin, T.V. Peterson, M. Murray-Gerzik, G. Moss, and R.S. Erkert. 1998. Genetic-diet interactions in the hyperkalemic periodic paralysis syndrome in quarter horses fed varying amounts of potassium. III. The relationship between plasma potassium concentration and HYPP symptoms. J. Equine Vet. Sci. 18:731-735.

71. Reynolds, J.A., G.D. Potter, L.W. Greene, G. Wu, G.K. Carter, M.T. Martin, T.V. Peterson, M. Murray-Gerzik, G. Moss, and R.S. Erkert. 1998. Genetic-diet interactions in the hyperkalemic periodic paralysis syndrome in quarter horses fed varying amounts of potassium. IV. Pre-cecal and post-ileal absorption of potassium and sodium. J. Equine Vet. Sci. 18:827-831.

72. Wu, G., W.G. Pond, S.P. Flynn, T.L. Ott, and F.W. Bazer. 1998. Maternal dietary protein deficiency decreases NO synthase and ornithine decarboxylase activities in placenta and endometrium of pigs during early gestation. J. Nutr. 128:2395-2402.

73. Stoica, G., R. Barker, G. Wu, W.S. Lynn, and P.K.Y. Wong. 1998. Quantitative variation of free amino acids in the central nervous system of MoMuLV-ts1-infected mice. In Vivo 12:395-402.

74. Flynn, N.E., C.J. Meininger, K. Kelly, N.H. Ing, S.M. Morris, Jr., and G. Wu. 1999. Glucocorticoids mediate the enhanced expression of intestinal type II arginase and argininosuccinate synthase in postweaning pigs. J. Nutr. 129:799-803.

75. Dillon, E.L., D.A. Knabe, and G. Wu. 1999. Lactate inhibits citrulline and arginine synthesis from proline in pig enterocytes. Am. J. Physiol. 276:G1079-G1086.

76. Wu, G., T.L. Ott, D.A. Knabe, and F.W. Bazer. 1999. Amino acid composition of the fetal pig. J. Nutr. 129:1031-1038.

77. Wu, G., N.E. Flynn, S.P. Flynn, C.A. Jolly, and P.K. Davis. 1999. Dietary protein or arginine deficiency impairs constitutive and inducible NO synthesis by young rats. J. Nutr. 129:1347-1354.

78. Wu, G., C.J. Meininger, D.A. Knabe, F.W. Bazer, and J.M. Rhoads. 2000. Arginine nutrition in development, health and disease. Curr. Opin. Clin. Nutr. Metab. Care 3:59-66.

79. Wu, G., N.E. Flynn, and D.A. Knabe. 2000. Enhanced intestinal synthesis of polyamines from proline in cortisol-treated piglets. Am. J. Physiol. 279:E395-E402.

80. Wu, G., C.J. Meininger, K. Kelly, M. Watford, and S.M. Morris, Jr. 2000. A cortisol surge mediates the enhanced expression of pig intestinal pyrroline-5-carboxylate synthase during weaning. J. Nutr. 130:1914-1919.

81. Wu, G., N.E. Flynn, D.A. Knabe, and L.A. Jaeger. 2000. A cortisol surge mediates the enhanced polyamine synthesis in porcine enterocytes during weaning. Am. J. Physiol. 279:R554-R559.

82. Meininger, C.J., R.S. Marinos, K. Hatakeyama, R. Martinez-Zaguilan, J.D. Rojas, K. Kelly, and G. Wu. 2000. Impaired NO production in coronary endothelial cells of the spontaneously diabetic BB rat is due to tetrahydrobiopterin deficiency. Biochem. J. 349:353-356.

83. Flynn, N.E., D.A. Knabe, B.K. Mallick, and G. Wu. 2000. Postnatal changes of plasma amino acids in suckling pigs. J. Anim. Sci. 78:2369-2375.

84. Li, H., C.J. Meininger, and G. Wu. 2000. Rapid determination of nitrite by reversed-phase high-performance liquid chromatography with fluorescence detection. J. Chromatogr. B 746:199-207.

85. Wu, G., T.E. Haynes, H. Li, and C.J. Meininger. 2000. Glutamine metabolism in endothelial cells: ornithine synthesis from glutamine via pyrroline-5-carboxylate synthase. Comp. Biochem. Physiol. A 126:115-123.

86. Wu, G., and C.J. Meininger. 2000. Arginine nutrition and cardiovascular function. J. Nutr. 130:2626-2629.

87. Dekaney, C.M., G. Wu, and L.A. Jaeger. 2000. Regulation and function of ornithine aminotransferase. Trends Comp. Biochem. Physiol. 6:175-183.

88. Becker, R.M., G. Wu, J.A. Galanko, W. Chen, A.R. Maynor, C.L. Bose, and J.M. Rhoads. 2000. Reduced serum amino acid concentrations in infants with necrotizing enterocolitis. J. Pediatr. 137:785-793.

89. Kepka-Lenhart, D., S.K. Mistry, G. Wu, and S.M. Morris, Jr. 2000. Arginase I: a limiting factor for NO and polyamine synthesis by activated macrophages? Am. J. Physiol. 279:R2237-R2242.

90. Sanka, S.C., D.C. Bennett, J.D. Rojas, G.B. Tasby, C.J. Meininger, G. Wu, D.E. Wesson, C. Pfarr, and R. Martinez-Zaguilan. 2000. $Ca^{2+}$ homeostasis in microvascular endothelial cells from an insulin-dependent diabetic model: role of endosomes/lysosomes. Proc. Soc. Int. Opt. Engin. 3924:56-66.

91. Meininger, C.J., K.A. Kelly, H. Li, T.E. Haynes, and G. Wu. 2000. Glucosamine inhibits inducible NO synthesis. Biochem. Biophys. Res. Commun. 279:234-239.

92. Wu, G., T.E. Haynes, H. Li, W. Yan, and C.J. Meininger. 2001. Glutamine metabolism to glucosamine is necessary for glutamine inhibition of endothelial NO synthesis. Biochem. J. 353:245-252.

93. Li, H., C.J. Meininger, J.R. Hawker, Jr., T.E. Haynes, D. Kepka-Lenhart, S.K. Mistry, S.M. Morris, Jr., and G. Wu. 2001. Regulatory role of arginase I and II in NO, polyamine, and proline syntheses in endothelial cells. Am. J. Physiol. 280:E75-E82.

94. Wu, G., T.E. Haynes, W. Yan, and C.J. Meininger. 2001. Presence of glutamine:fructose-6-phosphate amidotransferase for glucosamine-6-phosphate synthesis in endothelial cells: effects of hyperglycaemia and glutamine. Diabetologia 44:196-202.

95. Ignarro, L.J., G.M. Buga, L.H. Wei, P.M. Bauer, G. Wu, and P. del Soldato. 2001. Role of the arginine-NO pathway in the regulation of vascular smooth muscle cell proliferation. Proc. Natl. Acad. Sci. USA 98:4202-4208.

96. Elhassan, Y.M., G. Wu, A.C. Leanez, R.J. Tasca, A.J. Watson, and M.E. Westhusin. 2001. Amino acid concentrations in fluids from the bovine reproductive tract and uterus and in KSOM-based culture media. Theriogenology 55:1907-1918.

97. Marinos, R.S., W. Zhang, G. Wu, K.A. Kelly, and C.J. Meininger. 2001. Tetrahydro-biopterin levels regulate endothelial cell proliferation. Am. J. Physiol. 281:H482-H489.

98. Dekaney, C.M., G. Wu, and L.A. Jaeger. 2001. Ornithine aminotransferase messenger RNA expression and enzymatic activity in fetal porcine intestine. Pediatr. Res. 50:104-109.

99. Wei, L.H., G. Wu, S.M. Morris, Jr., and L.J. Ignarro. 2001. Elevated arginase I expression in rat aortic smooth muscle cells increases cell proliferation. Proc. Natl. Acad. Sci. USA 98:9260-9264.

100. Wu, G., R.M. Becker, C.L. Bose, and J.M. Rhoads. 2001. Serum amino acid concentrations in preterm infants. J. Pediatr. 139:334-337.

101. Singh, R., S. Pervin, G. Wu, and G. Chaudhuri. 2001. Activation of caspae-3 activity and apoptosis in MDA-MB-468 cells by $N^{\omega}$-hydroxy-L-arginine, an inhibitor of arginase, is not solely dependent on reduction in intracellular polyamines. Carcinogenesis 22:1863-1869.

102. Meininger, C.J., and G. Wu. 2002. Regulation of endothelial cell proliferation by NO. Methods Enzymol. 352:280-295.

103. Li, H., C.J. Meininger, J.R. Hawker, Jr., K.A. Kelly, S.M. Morris, Jr., and G. Wu. 2002. Activities of arginase I and II are limiting for endothelial cell proliferation. Am. J. Physiol. 282:R64-R69.

104. Bush, J.A., G. Wu, A. Suryawan, H.V. Nguyen, and T.A. Davis. 2002. Somatotropin-induced amino acid conservation in pigs involves differential regulation of liver and gut urea cycle enzyme activity. J. Nutr. 132:59-67.

105. O'Quinn, P.R., D.A. Knabe, and G. Wu. 2002. Arginine catabolism in lactating porcine mammary tissue. J. Anim. Sci. 80:467-474.

106. Patterson, B.W., J.F. Horowitz, G. Wu, M. Watford, S.W. Coppack, and S. Klein. 2002. Regional muscle and adipose tissue amino acid metabolism in lean and obese humans. Am. J. Physiol. 282:E931-E936.

107. Wu, G., and C.J. Meininger. 2002. Regulation of NO synthesis by dietary factors. Annu. Rev. Nutr. 22:61-86.

108. Lawler, J.M., W.S. Barnes, G. Wu, W. Song, and S. Demaree. 2002. Direct antioxidant properties of creatine. Biochem. Biophys. Res. Commun. 290:47-52.

109. Fang, Y.Z., S. Yang, and G. Wu. 2002. Free radicals, antioxidants, and nutrition. Nutrition 18:872-879.

110. Flynn, N.E., C.J. Meininger, T.E. Haynes, and G. Wu. 2002. The metabolic basis of arginine nutrition and pharmacotherapy. Biomed. Pharmacother. 56:427-438.

111. Ignarro, L.J., M. Sisodia, K. Trinh, S. Bedrood, G. Wu, L.H. Wei, and G.M. Buga. 2002. Nebivolol inhibits vascular smooth cell proliferation by mechanisms involving NO but not cyclic GMP. NO 7:83-90.

112. Steinle, J.J., C.J. Meininger, R. Forough, G. Wu, M.H. Wu, and H.J. Granger. 2002. Eph B4 receptor signaling mediates endothelial cell migration and proliferation via the phosphatidylinositol 3-kinase pathway. J. Biol. Chem. 277:43830-43835.

113. Wu, G., Y.Z. Fang, and S. Yang. 2002. Glutathione metabolism in animals: nutritional regulation and physiological significance. Trends Comp. Biochem. Physiol. 9:217-227.

114. Dekaney, C.M., G. Wu, and L.A. Jaeger. 2003. Gene expression and activity of enzymes in the arginine biosynthetic pathway in porcine fetal small intestine. Pediatr. Res. 53:274-280.

115. Kwon, H., T.E. Spencer, F.W. Bazer, and G. Wu. 2003. Developmental changes of amino acids in ovine fetal fluids. Biol. Reprod. 68:1813-1820.

116. Flynn, N.E., and G. Wu. 2003. Regulation of intestinal amino acid metabolism by glucocorticoids. Recent Res. Devel. Physiol. 1:169-178.

117. Steinle, J.J., C.J. Meininger, U. Chowdhury, G. Wu, and H.J. Granger. 2003. Role of ephrin B2 in human retinal endothelial cell proliferation and migration. Cell. Signal. 15:1011-1017.

118. Kwon, H., G. Wu, F.W. Bazer, and T.E. Spencer. 2003. Developmental changes in polyamine levels and synthesis in the ovine conceptus. Biol. Reprod. 69:1626-1634.

119. Fang, Y.Z., S. Yang, and G. Wu. 2003. Free radicals, antioxidants, and nutrients in relation to health. Acta Nutr. Sinica 25:337-343.

120. Wu, G., L.A. Jaeger, F.W. Bazer, and J.M. Rhoads. 2004. Arginine deficiency in premature infants: biochemical mechanisms and nutritional implications. J. Nutr. Biochem. 15:442-451.

121. Wu, G., Y.Z. Fang, S. Yang, J.R. Lupton, and N.D. Turner. 2004. Glutathione metabolism and its implications for health. J. Nutr. 134:489-492.

122. Kwon, H., G. Wu, C.J. Meininger, F.W. Bazer, and T.E. Spencer. 2004. Developmental changes in NO synthesis in the ovine conceptus. Biol. Reprod. 70:679-686.

123. Kwon, H., S.P. Ford, F.W. Bazer, T.E. Spencer, P.W. Nathanielsz, M.J. Nijland, B.W. Hess, and G. Wu. 2004. Maternal undernutrition reduces concentrations of amino acids and polyamines in ovine maternal and fetal plasma and fetal fluids. Biol. Reprod. 71:901-908.

124. Rhoads, J.M., W. Chen, J. Gookin, G. Wu, Q. Fu, A.T. Blikslager, R.A. Rippe, R.A. Argenzio, W.G. Cance, E.M. Weaver, and L.H. Romer. 2004. L-Arginine stimulates intestinal cell migration through a focal adhesion kinase-dependent mechanism. Gut 53:514-522.

125. Kohli, R., C.J. Meininger, T.E. Haynes, W. Yan, J.T. Self, and G. Wu. 2004. Dietary L-arginine supplementation enhances endothelial NO synthesis in streptozotocin-induced diabetic rats. J. Nutr. 134:600-608.

126. Meininger, C.J., S. Cai, J.L. Parker, K.M. Channon, K.A. Kelly, E.J. Becker, M. K. Wood, L.A. Wade, and G. Wu. 2004. GTP cyclohydrolase I gene transfer reverses tetrahydro-biopterin deficiency and increases NO synthesis in endothelial cells and isolated vessels from diabetic rats. FASEB J. 18:1900-1902. doi 10.1096/fj.04-1702fje.

127. Kim, S.W. and G. Wu. 2004. Dietary arginine supplementation enhances the growth of milk-fed young pigs. J. Nutr. 134:625-630.

128. Self, J.T., T.E. Spencer, G.A. Johnson, J. Hu, F.W. Bazer, and G. Wu. 2004. Glutamine synthesis in the developing porcine placenta. Biol. Reprod. 70:1444-1451.

129. Martinez-Zaguilan, R., M.J.C. Hendrix, E. Seftor, C.J. Meininger, G. Wu, D. Wesson, K. Bakunts, G. Martinez, J. Rojas, and S. Sennoune. 2004. Plasmalemmal vacuolar H+-ATPase is decreased in microvascular endothelial cells from a diabetic model. J. Cell. Physiol. 201:190-200.

130. Shi, W., C.J. Meininger, T.E. Haynes, K. Hatakeyama, and G. Wu. 2004. Regulation of tetrahydrobiopterin synthesis and bioavailability in endothelial cells. Cell Biochem. Biophys. 41:415-433.

131. Saraswathi, V., G. Wu, M. Toborek, and B. Hennig. 2004. Linoleic acid-induced endothelial activation: role of calcium and peroxynitrite signaling. J. Lipid Res. 45:794-804.

132. Wu, G., D.A. Knabe, and S.W. Kim. 2004. Arginine nutrition in neonatal pigs. J. Nutr. 134:2783S-2390S.

133. Fang, Y.Z., S. Yang, and G. Wu. 2004. Free radical homeostasis. Prog. Physiol. Sci. 35:199-204.

134. Bansal, V., P. Rodriguez, G. Wu, D.C. Eichler, J. Zabaleta, F. Taheri, and J.B. Ochoa. 2004. Citrulline can preserve proliferation and prevent the loss of CD3 ζ chain under conditions of low arginine. J. Parent. Enter. Nutr. 28:423-430.

135. Wu, G., F.W. Bazer, T.A. Cudd, C.J. Meininger, and T.E. Spencer. 2004. Maternal nutrition and fetal development. J. Nutr. 134:2169-2172.

136. McPherson, R.L., F. Ji, G. Wu, J.R. Blanton Jr., and S.W. Kim. 2004. Growth and compositional changes of fetal tissues in pigs. J. Anim. Sci. 82:2534-2540.

137. Ji, F., G. Wu, J.R. Blanton Jr., and S.W. Kim. 2005. Changes in weight and composition in various tissues of pregnant gilts and their nutritional implications. J. Anim. Sci. 83:366-375.

138. Wu, G., F.W. Bazer, J. Hu, G.A. Johnson, and T.E. Spencer. 2005. Polyamine synthesis from proline in the developing porcine placenta. Biol. Reprod. 72:842-850.

139. Rhoads, J.M., E. Plunkett, J. Galanko, S. Lichtman, L. Taylor, A. Maynor, T. Weiner, K. Freeman, J.L. Guarisco, and G. Wu. 2005. Serum citrulline correlates with enteral tolerance and bowel length in infants with short bowel syndrome. J. Pediatr. 146:542-547.

140. Watford, M., and G. Wu. 2005. Glutamine metabolism in uricotelic species: variation in skeletal muscle glutamine synthetase, glutaminase, glutamine levels and rates of protein synthesis. Comp. Biochem. Physiol. B. 140:607-614.

141. Fu, W.J., T.E. Haynes, R. Kohli, J. Hu, W. Shi, T.E. Spencer, R.J. Carroll, C.J. Meininger, and G. Wu. 2005. Dietary L-arginine supplementation reduces fat mass in Zucker diabetic fatty rats. J. Nutr. 135:714-721.

142. Dasgupta, M., J.R. Sharkey, and G. Wu. 2005. Inadequate intakes of indispensable amino acids among homebound older adults. J. Nutr. Elderly 24:85-99.

143. Huang, R.L., Y.L. Yin, G. Wu, Y.G. Zhang, T.J. Li, L.L. Li, M.X. Li, Z.R. Tang, J. Zhang, B. Wang, J.H. He, and X.Z. Nie. 2005. Effect of dietary oligochitosan supplementation on ileal digestibility of nutrients and performance in broilers. Poultry Sci. 84:1383-1388.

144. Fang, Y.Z., S. Yang, and G. Wu. 2005. Homeostasis of free radicals and thiols: nutritional regulation and implications for health and ageing. Res. Adv. Biol. Chem. 3:11-24.

145. Deng, D., T.J. Li, R.L. Huang, Y.L. Yin, M.Z. Fan, G. Wu, H.Y. Zhong. 2005. Intestinal peptide transporter protein (PepT1) and regulation of its activity. J. Guangxi Agri. Biol. Sci. 4:351-358.

146. Kim, S.W., G. Wu, and D.H. Baker. 2005. Ideal protein and amino acid requirements by gestating and lactating sows. Pig News Inform. 26:89N-99N.

147. Marliss, E.B., S. Chevalier, R. Gougeon, J.A. Morais, M. Lamarche, O.A.J. Adegoke, and G. Wu. 2006. Elevations of plasma methylarginines in obesity and ageing are related to insulin sensitivity and rates of protein turnover. Diabetologia 49:351-359.

148. Fu, W.J., J. Hu, T. Spencer, R. Carroll, and G. Wu. 2006. Statistical models in assessing fold changes of gene expression in real-time RT-PCR experiments. Comput. Biol. Chem. 30:21-26.

149. Jobgen, W.S., S.K. Fried, W.J. Fu, C.J. Meininger, and G. Wu. 2006. Regulatory role for the arginine-NO pathway in metabolism of energy substrates. J. Nutr. Biochem. 17:571-588.

150. Reynolds, L.P., J.S. Caton, D.A. Redmer, A.T. Grazul-Bilska, K.A. Vonnahme, P.B. Borowicz, J.S. Luther, J.M. Wallace, G. Wu, and T.E. Spencer. 2006. Evidence for altered placental blood flow and vascularity in compromised pregnancies. J. Physiol. 572:51-58.

151. Rojas, J.D., S.R. Sennoune, D. Maiti, K. Bakunts, M. Reuveni, S.C. Sanka, G.M. Martinez, E.A. Seftor, C.J. Meininger, G. Wu, D.E. Wesson, M.J.C. Hendrix, and R. Martinez-Zaguilan. 2006. Vascuolar type $H^+$-ATPases at the plasma membrane regulate pH and cell migration in microvascular endothelial cells. Am. J. Physiol. 291:H1147-H1157.

152. Wang, J.J., D.F. Li, L.J. Dangott, and G. Wu. 2006. Proteomics and its role in nutrition research. J. Nutr. 136:1759-1762.

153. Rhoads, M., G. Wu, and J. Galanko. 2006. Serum citrulline levels in infants with short bowel syndrome. J. Pediatr. 148:848-849.

154. Wu, G., F.W. Bazer, J.M. Wallace, and T.E. Spencer. 2006. Intrauterine growth retardation: Implications for the animal sciences. J. Anim. Sci. 84:2316-2337.

155. Kong, X.F., Y.L. Hu, Y.L. Yin, G.Y. Wu, R. Rui, D.Y. Wang, and C.B. Yang. 2006. Chinese herbal ingredients are effective immune stimulators for chickens infected with the Newcastle Disease virus. Poultry Sci. 85:2169-2175.

156. Li, M.X., T.J. Li, S.Y. Bin, Y.L. Yin, R.L. Huang, and G.Y. Wu. 2006. Study on enzyme-hydrolysed casein method for determining endogenous ileal amino acid excretion in the pig. J. North China Agric. Sci. 21:181-185.

***157. Kong, X.F., G.Y. Wu, Y.P. Liao, Z.P. Hou, H.J. Liu, F.G. Yin, T.J. Li, R.L. Huang, Y.M. Zhang, D. Deng, M.Y. Xie, Z.Y. Deng, H. Xiong, Z. Ruan, P. Kang, C.B. Yang, Y.L. Yin, and M.Z. Fan. 2007. Dietary supplementation with Chinese herbal ultra-fine powder enhances cellular and humoral immunity in early-weaned piglets. Livest. Sci. 108:94-98.***

158. Fang, R.J., Y.L. Yin, K.N. Wang, J.H. He, Q.H. Chen, T.J. Li, M.Z. Fan, and G. Wu. 2007. Comparison of the regression analysis technique and the substitution method for the determination of true phosphorus digestibility and faecal endogenous losses associated with feed ingredients for growing pigs. Livest. Sci. 109:251-254.

159. Jobgen, W.S., S.C. Jobgen, H. Li, C.J. Meininger, and G. Wu. 2007. Analysis of nitrite and nitrate in biological samples using high-performance liquid chromatography. J. Chromatogr. B 851:71-82.

160. Yang, H., A. K. Li, Y.L. Yin, T.J. Li, Z.R. Wang, G. Wu, R.L. Huang, X.F. Kong, C.B. Yang, P. Kang, J. Deng, S.X. Wang, B.E. Tan, Q. Hu, F.F. Xing, X. Wu, Q.H. He, K. Yao, Z.J. Liu, Z.R. Tang, F.G. Yin, Z. Y. Deng, M.Y. Xie, and M.Z. Fan. 2007. True phosphorus digestibility and endogenous phosphorus outputs associated with brown rice for weanling pigs measured by the simple linear regression analysis technique. Animal 1:213-220.

161. Huang, R.L., Z.Y. Deng, C.B. Yang, Y.L. Yin, M.X. Li, G.Y. Wu, T.J. Li, L.L. Li, Z.R. Tang, P. Kang, Z.P. Hou, D. Deng, J. Zhang, B. Wang, Y.G. Zhang, and Y.M. Guo. 2007. Dietary oligochitosan supplementation enhances immune status of broilers. J. Sci. Food Agric. 87:153-159.

162. Reid, K.M., A. Tsung, T. Kaizu, G. Jeyabalan, A. Ikeda, L. Shao, G. Wu, N. Murase, and D.A. Geller. 2007. Liver I/R Injury is improved by the arginase inhibitor, N-ω-Hydroxy-Nor-L-arginine (Nor-NOHA). Am. J. Physiol. 292:G512-G517.

163. Kim, S.W., R.D. Mateo, Y.L. Yin, and G. Wu. 2007. Functional amino acids and fatty acids for enhancing production performance of sows and piglets. Asian-Aust. J. Anim. Sci. 20:295-306.

164. Chen, L.X., Y.L. Yin, W.S. Jobgen, S.C. Jobgen, D.A. Knabe, W.X. Hu, and G. Wu. 2007. In vitro oxidation of essential amino acids by intestinal mucosal cells of growing pigs. Livest. Sci. 109:19-23.

165. Deng, D., R.L. Huang, T.J. Li, G.Y. Wu, M.Y. Xie, Z.R. Tang, P. Kang, Y.M. Zhang, M.Z. Fan, X.F. Kong, Z. Ruan, H. Xiong, Z.Y. Deng, and Y.L. Yin. 2007. Nitrogen balance in barrows fed low-protein diets supplemented with essential amino acids. Livest. Sci. 109:220-223.

166. Deng, D., A.K. Li, W.Y. Chu, R.L. Huang, T.J. Li, X.F. Kong, Z.J. Liu, G.Y. Wu, Y.M. Zhang, and Y.L. Yin. 2007. Growth performance and metabolic responses in barrows fed low-protein diets supplemented with essential amino acids. Livest. Sci. 109:224-227.

167. Fang, R.J., T.J. Li, F.G. Yin, Y.L. Yin, X.F. Kong, K.N. Wang, Z. Yuan, G.Y. Wu, J.H. He, Z.Y. Deng, and M.Z. Fan. 2007. The additivity of true or apparent phosphorus digestibility values in some feed ingredients for growing pigs. Asian-Aust. J. Anim. Sci. 20:1092-1099.

168. Li, T.J., R.L. Huang, G.Y. Wu, Y.C. Lin, Z.Y. Jiang, X.F. Kong, W.Y. Chu, Y.M. Zhang, P. Kang, Z.P. Hou, M.Z. Fan, Y.P. Liao, and Y.L. Yin. 2007. Growth performance and nitrogen metabolism in weaned pigs fed diets containing different sources of starch. Livest. Sci. 109:73-76.

169. Frank, J.W., J. Escobar, H.V. Hguyen, S.C. Jobgen, W.S. Jobgen, T.A. Davis, and G. Wu. 2007. Oral N-carbamylglutamate supplementation increases protein synthesis in skeletal muscle of piglets. J. Nutr. 137:315-319.

170. Deng, Z.Y., J.W. Zhang, G.Y. Wu, Y.L. Yin, Z. Ruan, T.J. Li, W.Y. Chu, X.F. Kong, Y.M. Zhang, Y.W. Fan, R. Liu, and R.L. Huang. 2007. Dietary supplementation with polysaccharides from Semen cassiae enhances immunoglobulin production and interleukin gene expression in early-weaned piglets. J. Sci. Food Agric. 87:1868-1873.

171. Rhoads, J.M., B.A. Corl, R. Harrell, X. Niu, L. Gatlin, O. Phillips, A. Blikslager, A. Moeser, G. Wu, and J. Odle. 2007. Intestinal ribosomal $p70^{s6k}$ signaling is increased in piglet rotavirus enteritis. Am. J. Physiol. 292:G913-G922.

172. Wu, G., F.W. Bazer, T.A. Cudd, W.S. Jobgen, S.W. Kim, A. Lassala, P. Li, J.H. Matis, C.J. Meininger, and T.E. Spencer. 2007. Pharmacokinetics and safety of arginine supplementation in animals. J. Nutr. 137:1673S-1680S.

173. Pervin, S., R. Singh, E. Hernandez, G. Wu, and G. Chaudhuri. 2007. NO in physiological concentrations targets the translational machinery to increase the proliferation of human breast cancer cells: Involvement of mammalian target of rapamycin/eIF4E pathway. Cancer Res. 67:289-299.

174. Li, L.L., Z.P. Hou, Y.L. Yin, Y.H. Liu, D.X. Hou, B. Zhang, G.Y. Wu, S.W. Kim, M.Z. Fan, C.B. Yang, X.F. Kong, Z.R. Tang, H.Z. Peng, D. Deng, Z.Y. Deng, M.Y. Xie, P. Kang and S.X. Wang. 2007. Intramuscular administration of zinc metallothionein to preslaughter stress pigs improves anti-oxidative status and pork quality. Asian-Aust. J. Anim. Sci. 20:761-767.

175. Mateo, R.D., G. Wu, F.W. Bazer, J.C. Park, I. Shinzato, and S.W. Kim. 2007. Dietary L-arginine supplementation enhances the reproductive performance of gilts. J. Nutr. 137:652-656.

176. Collins, J.K., G. Wu, P. Perkins-Veazie, K. Spears, P.L. Claypool, R.A. Baker, and B.A. Clevidence. 2007. Watermelon consumption increases plasma arginine concentrations in adults. Nutrition 23:261-266.

177. Li, P., Y.L. Yin, D.F. Li, S.W. Kim, and G. Wu. 2007. Amino acids and immune function. Br. J. Nutr. 98:237-252.

178. Wang X, S.Y. Qiao, Y.L. Yin, L.Y. Yue, Z.Y. Wang, and G. Wu. 2007. Deficiency or excess of dietary threonine reduces protein synthesis in jejunum and skeletal muscle of young pigs. J. Nutr. 137:1442-1446.

179. Kong, X.F., G.Y. Wu, Y.P. Liao, Z.P. Hou, H.J. Liu, F.G. Yin, T.J. Li, R.L. Huang, Y.M. Zhang, D. Deng, P. Kang, R.X. Wang, Z.Y. Tang, C.B. Yang, Z.Y. Deng, H. Xiong, W.Y. Chu, Z. Ruan, M.Y. Xie, and Y.L. Yin. 2007. Effects of Chinese herbal ultra-fine powder as a dietary additive on growth performance, serum metabolites and intestinal health in early-weaned piglets. Livest. Sci. 108:272-275.

180. Ruan, Z., Y.G. Zhang, Y.L. Yin, T.J. Li, R.L. Huang, S.W. Kim, G.Y. Wu, and Z.Y. Deng. 2007. Dietary requirement of true digestible phosphorus and total calcium for growing pigs. Asian-Aust. J. Anim. Sci. 20:1236-1242.

181. Kong, X.F., Y.L. Yin, G.Y. Wu, H.J Liu, F.G. Yin, T.J. Li, R.L. Huang, Z. Ruan, H. Xiong, Z.Y. Deng, M.Y. Xie, Y.P. Liao, S.W. Kim. 2007. Dietary supplementation with *Acanthopanax senticosus* extract modulates cellular and humoral immunity in weaned piglets. Asian-Aust. J. Anim. Sci. 20:1453-1461.

182. Ou, D.Y., D.F. Li, Y.H. Cao, X.L. Li, J.D. Yin, S.Y. Qiao, and G. Wu. 2007. Dietary

supplementation with zinc oxide decreases expression of the stem cell factor in the small intestine of weanling pigs. J. Nutr. Biochem. 18:820-826.

183. Wu, G., F.W. Bazer, T.A. Davis, L.A. Jaeger, G.A. Johnson, S.W. Kim, D.A. Knabe, C.J. Meininger, T.E. Spencer, and Y.L. Yin. 2007. Important roles for the arginine family of amino acids in swine nutrition and production. Livest. Sci. 112:8-22.

184. Yang, F., J.J. Wang, X.J Li, T.Y. Ying, S.Y. Qiao, D.F. Li, and G. Wu. 2007. Two-dimensional gel electrophoresis and mass spectrometry analysis of interactions between *Lactobacillus Fermentum* I5007 and intestinal epithelial cells. Electrophoresis 28:4330-4339.

185. Wu, G., J.K. Collins, P. Perkins-Veazie, M. Siddiq, K.D. Dolan, K.A. Kelly, C.L. Heaps, and C.J. Meininger. 2007. Dietary supplementation with watermelon pomace juice enhances arginine availability and ameliorates the metabolic syndrome in Zucker diabetic fatty rats. J. Nutr. 137:2680-2685.

186. Perkins-Veazie P., J.K. Collins, B. Clevidence, and G. Wu. 2007. Watermelon and health. Acta Horticulture 731:121-127.

187. Wang, J.J., L.X. Chen, D.F. Li, Y.L. Yin, X.Q Wang, P. Li, L.J. Dangott, W.X. Hu and, G. Wu. 2008. Intrauterine growth restriction affects the proteomes of the small intestine, liver and skeletal muscle in newborn pigs. J. Nutr. 138:60-66.

188. Li, L.L., Z.P. Hou, C.B. Yang, G.Y. Wu, R.L. Huang, Z.R. Tang, J.H. Gong, Y. Hai, T.J. Li, X.F. Kong, C.F. Pan, J. Deng, X.Q. Wang, F.G. Yin, and Y.L. Yin. 2008. Effects of dietary probiotic supplementation on ileal digestibility of nutrients and growth performance in 1- to 42-day-old broilers. J. Sci. Food Agric. 88:35-42.

189. Wu, G., and C.J. Meininger. 2008. Analysis of citrulline, arginine, and methylarginines using high-performance liquid chromatography. Methods Enzymol. 440:177-189.

190. Dekaney, C.M., G. Wu, Y.L. Yin, and L.A. Jaeger. 2008. Regulation of ornithine aminotransferase gene expression and activity by all-trans retinoic acid in Caco-2 intestinal epithelial cells. J. Nutr. Biochem 19:674-681.

191. Mateo, R.D., G. Wu, H.K. Moon, J.A. Carroll, and S.W. Kim. 2008. Effects of dietary arginine supplementation during gestation and lactation on the performance of lactating primiparous sows and nursing piglets. J. Anim. Sci. 86:827-835.

192. Delp, M.D., B.J. Behnke, S.A. Spier, G. Wu, and J.M. Muller-Delp. 2008. Aging diminishes endothelium-dependent vasodilation and tetrahydrobiopterin content in rat skeletal muscle arterioles. J. Physiol. 586:1161-1168.

193. Wu, G., F.W. Bazer, S. Datta, H. Gao, G.A. Johnson, A. Lassala, P. Li, M.C. Satterfield, T.E. Spencer. 2008. Intrauterine growth retardation in livestock: Implications, mechanisms and solutions. Archives of Animal Breeding 51 (Special Issue 1): 4-10.

194. Jobgen, W.S., S. P. Ford, S. C. Jobgen, C. P. Feng, B. W. Hess, P. W. Nathanielsz, P. Li, and G. Wu. 2008. Baggs ewes adapt to maternal undernutrition and maintain conceptus growth by maintaining fetal plasma concentrations of amino acids. J. Anim. Sci. 86:820-826.

195. Hou, Z.P., Y.L Yin, R.L. Huang, T.J. Li, Y.Q. Hou, Y.L. Liu, X. Wu, Z.Q. Liu, W. Wang, H. Xiong, G.Y. Wu, L.X. Tan. 2008. Rice protein concentrate partially replaces dried whey in the diet for early-weaned piglets and improves their growth performance. J. Sci. Food Agric. 88:1187-1193.

196. Wu, G., F.W. Bazer, S. Datta, G.A. Johnson, P. Li, M.C. Satterfield, and T.E. Spencer. 2008. Proline metabolism in the conceptus: Implications for fetal growth and development. Amino Acids 35:691-702.

197. Yin, Y.L., Z.R. Tang, Z.H. Sun, Z.Q. Liu, T.J. Li, R.L. Huang, Z. Ruan, Z.Y. Deng, B. Gao, L.X. Chen, G.Y. Wu, and S.W. Kim. 2008. Effect of galacto-mannan-oligosaccharides or chitosan supplementation on cytoimmunity and humoral immunity in early-weaned piglets. Asian-Aust. J. Anim. Sci. 21:723-731.

198. Yao, K., Y.L. Yin, W.Y. Chu, Z.Q. Liu, D. Deng, T.J. Li, R.L. Huang, J.S. Zhang, B.E. Tan, W. Wang, and G. Wu. 2008. Dietary arginine supplementation increases mTOR signaling activity in skeletal muscle of neonatal pigs. J. Nutr. 138:867-872.

199. Kim, J.Y., G.H. Song, H.J. Gao, J.L. Farmer, M.C. Satterfield, R.C. Burghardt, G. Wu, G.A. Johnson, T.E. Spencer, and F.W. Bazer. 2008. Insulin-like growth factor 2 (IGF2) activates PI3K-AKT1 and MAPK cell signaling pathways and stimulates migration of ovine trophectoderm cells. Endocrinology 149:3085-3094.

200. Wang, J.J., L.X. Chen, P. Li, X.L. Li, H.J. Zhou, F.L. Wang, D.F. Li, Y.L. Yin, and G. Wu. 2008. Gene expression is altered in piglet small intestine by weaning and dietary glutamine supplementation. J. Nutr. 138:1025-1032.

201. Bazer, F.W., R.C. Burghardt, G.A. Johnson, T.E. Spencer, and G. Wu. 2008. Interferons and progesterone for establishment and maintenance of pregnancy: Interactions among novel cell signaling pathways. Reprod. Biol. 8:179-211.

202. Wei, L.H., Y. Yang, G. Wu, and L.J. Ignarro. 2008. IL-4 and IL-13 upregulate ornithine decarboxylase expression by PI3K and MAP kinase pathways in vascular smooth muscle cells. Am. J. Physiol. 294:C1198-C1205.

203. Jeyabalan, G., J.R. Klune, A. Nakao, N. Martik, G. Wu, A. Tsung, and D.A. Geller. 2008. Arginase blockade protects against hepatic damage in warm ischemia-reperfusion. Nitric Oxide 19:29-35.

204. Zeng, X.F., F.L. Wang, X. Fan, W.J. Yang, B. Zhou, P.F. Li, Y.L. Yin, G. Wu, and J.J. Wang. 2008. Dietary arginine supplementation during early pregnancy enhances embryonic survival in rats. J. Nutr. 138:1421-1425.

205. Rhoads, J.M., X.M. Niu, S. Surendran, Y.Y. Liu, and G. Wu. 2008. Arginine stimulates cdx2-transformed intestinal epithelial cell migration via a mechanism requiring both NO and p70s6k signaling. J. Nutr. 138:1652-1657.

206. Li, P., S.W. Kim, X.L. Li, S. Datta, W.G. Pond and G. Wu. 2008. Dietary supplementation with cholesterol and docosahexaenoic acid increases the activity of the arginine-NO pathway in tissues of young pigs. NO 19:259-265.

207. Orellana, R.A., A. Suryawan, S.R. Kimball, G. Wu, H.V. Nguyen, L.S. Jefferson, and T.A. Davis. 2008. Insulin signaling in skeletal muscle and liver of neonatal pigs during endotoxemia. Pediatr. Res. 64:505-510.

208. Ramadoss, J., G. Wu, and T.A. Cudd. 2008. Chronic binge ethanol mediated acidemia reduces availability of glutamine and related amino acids in maternal plasma of pregnant sheep. Alcohol 42:657-666.

209. Song, X.Y., M.M. Geng, W.Y. Chu, T.J. Li, J.S. Zhang, C.Y. Shi, W.C. Wang, Y.L. Yin, and G. Wu. 2008. Expression and purification of Ningxiang pig N-acetylglutamate synthase in E. coli and preparation of its antibody. Acta Laser Biol Sinica 17:750-755.

210. Deng, D., Y.L. Yin, W.Y. Chu, K. Yao, T.J. Li, R.L. Huang, Z.Q. Liu, J.S. Zhang, and G. Wu. 2009. Impaired translation initiation activation and reduced protein synthesis in weaned piglets fed a low-protein diet. J. Nutr. Biochem. 20: 544-552.

211. Gao, H.J., G. Wu, T.E. Spencer, G.A. Johnson, X.L. Li, and F.W. Bazer. 2009. Select nutrients in the ovine uterine lumen: I. Amino acids, glucose and ions in uterine lumenal flushings of cyclic and pregnant ewes. Biol. Reprod. 80:86-93.

212. Gao, H.J., G. Wu, T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2009. Select nutrients in the ovine uterine lumen: II. Glucose transporters in the uterus and peri-implantation conceptuses. Biol. Reprod. 80:94-104.

213. Manso Filho, H.C., H. E., Costa, G. Wu, K.H. McKeever, and M. Watford. 2009. Equine placenta expresses glutamine synthetase. Vet. Res. Commun. 33:175-182.

214. Gao, H.J., G. Wu, T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2009. Select nutrients in the ovine uterine lumen: III. Expression of cationic amino acid transporters in ovine uterus and peri-implantation conceptuses. Biol. Reprod. 80:602-609.

215. Gao, H., G. Wu, T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2009. Select nutrients in the ovine uterine lumen: IV. Expression of neutral and acidic amino acid transporters in ovine uteri and peri-implantation conceptuses. Biol. Reprod. 80: 1196-1208.

216. Gao, H.J., G. Wu, T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2009. Select nutrients in the ovine uterine lumen: V. NO synthase, GTP cyclohydrolase and ornithine decarboxylase in ovine uteri and peri-implantation conceptuses. Biol. Reprod. 81:67-76.

217. Gao, H.J., G. Wu, T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2009. Select nutrients in the ovine uterine lumen: VI. Expression of FK506-binding protein 12-rapamycin complex-associated protein 1 (FRAP1) and associated regulators and effectors of mTORC1 and mTORC2 complexes in ovine uteri and peri-implantation conceptuses. Biol. Reprod. 81:87-100.

218. Wu, G. and C.J. Meininger. 2009. NO and vascular insulin resistance. BioFactors 35:21-27.

219. Jobgen, W.J., C.J. Meininger, S.C. Jobgen, P. Li, M.-J. Lee, S.B. Smith, T.E. Spencer, S.K. Fried, and G. Wu. 2009. Dietary L-arginine supplementation reduces white-fat gain and enhances skeletal muscle and brown fat masses in diet-induced obese rats. J. Nutr. 139:230-237.

220. Lassala, A., F.W. Bazer, T.A. Cudd, P. Li, X.L. Li, M.C. Satterfield, T.E. Spencer, and G. Wu. 2009. Intravenous administration of L-citrulline to pregnant ewes is more effective than L-arginine for increasing arginine availability in the fetus. J. Nutr. 139:660-665.

221. Bergen, W.G. and G. Wu. 2009. Intestinal nitrogen recycling and utilization in health and disease. J. Nutr. 139:821-825.

222. Kong, X.F., Y.L. Yin, and G. Wu. 2009. Research advances in functional amino acid nutrition of pigs. Chinese J. Anim. Nutr. 21:1-7.

223. Wu, G. 2009. Amino acids: metabolism, functions, and nutrition. Amino Acids 37:1-17.

224. Li, P., K.S. Mai, J. Trushenski, and G. Wu. 2009. New developments in fish amino acid nutrition: towards functional and environmentally oriented aquafeeds. Amino Acids 37:43-53.

225. Li, X.L., F.W. Bazer, H. Gao, W. Jobgen, G.A. Johnson, P. Li, J.R. McKnight, M.C. Satterfield, T.E. Spencer, and G. Wu. 2009. Amino acids and gaseous signaling. Amino Acids 37:65-78.

226. Kim, S.W. and G. Wu. 2009. Regulatory role for amino acids in mammary gland growth and milk synthesis. Amino Acids 37:89-95.

227. Rhoads, J.M. and G. Wu. 2009. Glutamine, arginine, and leucine signaling in the intestine. Amino Acids 37:111-122.

228. Kim, S.W., W.L. Hurley, G. Wu, and F. Ji. 2009. Ideal amino acid balance for sows during gestation and lactation. J. Anim. Sci. 87:E123-132.

229. Haynes, T.E., P. Li, XL Li, K. Shimotori, H. Sato, N.E. Flynn, J.J. Wang, D.A. Knabe, and G. Wu. 2009. L-Glutamine or L-alanyl-L-glutamine prevents oxidant- or endotoxin-induced death of neonatal enterocytes. Amino Acids 37:131-142.

230. Chen, L.X., P. Li, J.J. Wang, X.L. Li, H.J. Gao, Y.L. Yin, Y.Q. Hou, and G. Wu. 2009. Catabolism of nutritionally essential amino acids in developing porcine enterocytes. Amino Acids 37:143-152.

231. Wu, G., F.W. Bazer, T.A. Davis, S.W. Kim, P. Li, J.M. Rhoads, M.C. Satterfield, S.B. Smith, T.E. Spencer, and Y.L. Yin. 2009. Arginine metabolism and nutrition in growth, health and disease. Amino Acids 37:153-168.

232. Tan, B.E., Y.L. Yin, Z.Q. Liu, X.G. Li, H.J. Xu, X.F. Kong, R.L. Huang, W.J. Tang, I. Shinzato, S.B. Smith, and G. Wu. 2009. Dietary L-arginine supplementation increases muscle gain and reduces body fat mass in growing-finishing pigs. Amino Acids 37:169-175.

233. Wang, J.J., G. Wu, H.J. Zhou, and F.L. Wang. 2009. Emerging technologies for amino acid nutrition research in the post-genome era. Amino Acids 37:177-186.

234. Jobgen, W., W.J. Fu, H. Gao, P. Li, C.J. Meininger, S.B. Smith, T.E. Spencer, G. Wu. 2009. High fat feeding and dietary L-arginine supplementation differentially regulate gene expression in rat white adipose tissue. Amino Acids 37:187-198.

235. He, Q.H., X.F. Kong, G. Wu, P.P. Ren, H.R. Tang, F.H. Hao, R.L. Huang, T.J. Li, B.E. Tan, P. Li, Z.R. Tang, Y.L. Yin, and Y.N. Wu. 2009. Metabolomic analysis of the response of growing pigs to dietary L-arginine supplementation. Amino Acids 37:199-208.

236. Wang, X.Q., D.Y Ou, J.D. Yin, G. Wu, and J.J. Wang. 2009. Proteomic analysis reveals altered expression of proteins related to glutathione metabolism and apoptosis in the small intestine of zinc oxide-supplemented piglets. Amino Acids 37:209-218.

237. Yin, J.D., X.L. Li, D.F. Li, T. Yue, Q. Fang, J.J. Ni, X. Zhou, and G. Wu. 2009. Dietary supplementation with zinc oxide stimulates ghrelin secretion from the stomach of young pigs. J. Nutr. Biochem. 20:783-790.

238. Smith, S.B., H. Kawachi, C.B. Choi, C.W. Choi, G. Wu, and J.E. Sawyer. 2009. Cellular regulation of bovine intramuscular adipose tissue development and composition. J. Anim. Sci. 87:E72-82.

239. Lin, C., D.C. Mahan, G. Wu and S.W. Kim. 2009. Protein digestibility of porcine colostrum by neonatal pigs. Livest. Sci. 121:182-186.

240. Fang, J., F.Y. Yan, X.F. Kong, Z. Ruan, Z.Q. Liu, R.L. Huang, T.J. Li, M.M. Geng, F. Yang, Y.Z. Zhang, P. Li, J. Gong, G.Y. Wu, M.Z. Fan, Y.L. Liu, Y.Q. Hou, and Y.L. Yin. 2009. Dietary supplementation with Acanthopanax senticosus extract enhances gut health in weanling piglets. Livest. Sci. 123:268-275.

241. Nall, J.L., G. Wu, K.H. Kim, C.W. Choi, and S.B. Smith. 2009. Dietary supplementation of L-arginine and conjugated linoleic acid reduces retroperitoneal fat mass and increases lean body mass in rats. J. Nutr. 139:1279-1285.

242. Bazer, F.W., T.E. Spencer, G.A. Johnson, R.C. Burghardt, and G. Wu. 2009. Comparative aspects of implantation. Reproduction 138:195-209.

243. Yin, F.G., Y.L. Liu, Y.L. Yin, X.F. Kong, R.L. Huang, T.J. Li, G.Y. Wu, and Y.Q. Hou. 2009. Dietary supplementation with Astragalus polysaccharide enhances ileal digestibilities and serum concentrations of amino acids in early weaned piglets. Amino Acids 37:263-270.

244. Tan, B.E., X.G. Li, X.F. Kong, R.L. Huang, Z. Ruan, K. Yao, Z.Y. Deng, M.Y. Xie, I. Shinzato, Y.L. Yin, and G. Wu. 2009. Dietary L-arginine supplementation enhances the immune status in early-weaned piglets. Amino Acids 37:323-331.

245. Kong, X.F., Y.L. Yin, Q.H. He, F.G. Yin, H.J. Liu, T.J. Li, R.L. Huang, M.M. Geng, Z. Ruan, Z.Y. Deng, M.Y. Xie, and G. Wu. 2009. Dietary supplementation with Chinese herbal powder enhances ileal digestibilities and serum concentrations of amino acids in young pigs. Amino Acids 37:573-582.

246. Li, P., S.W. Kim, X.L. Li, S. Datta, W.G. Pond, and G. Wu. 2009. Dietary supplementation with cholesterol and docosahexaenoic acid affects concentrations of amino acids in tissues of young pigs. Amino Acids 37:709-716.

247. McNeal, C.J., D.P. Wilson, D. Christou, R.L. Bush, L.G. Shepherd, J. Santiago, and G.Y. Wu. 2009. The use of surrogate vascular markers in youth at risk for premature cardiovascular disease. J. Pediatr. Endocrinol. Metab. 22:195-211.

248. Manso Filho, H.C., K.H. McKeever, M.E. Gordon, H.E. Manso, W.S. Lagakos, G. Wu, and M. Watford. 2009. Developmental changes in the concentrations of glutamine and other amino acids in plasma and skeletal muscle of the Standardbred foal. J. Anim. Sci. 87:2528-2535.

249. Li, P., D.A. Knabe, S.W. Kim, C.J. Lynch, S.M. Hutson, and G. Wu. 2009. Lactating porcine mammary tissue catabolizes branched-chain amino acids for glutamine and aspartate synthesis. J. Nutr. 139:1502-1509.

250. Sindler, A.L., M.D. Delp, R. Reyes, G. Wu, and J.M. Muller-Delp. 2009. Effects of aging and exercise training on eNOS uncoupling in skeletal muscle resistance arterioles. J. Physiol. 587:3885-3897.

251. Farley, D., M.E. Tejero, A.G. Comuzzie, P.B. Higgins, L. Cox, S.L. Werner, S.L. Jenkins, C. Li, J. Choj, E.J. Dick, Jr, G.B. Hubbard, P. Frost, D.D. Dudley, B. Ballesteros, G. Wu, P.W. Nathanielsz, and N.E. Schlabritz-Loutsevitch. 2009. Feto-placental adaptations to maternal obesity in the baboon. Placenta 30:752-760.

252. Kong, X.F., Y.Z. Zhang, Y.L. Yin, G.Y. Wu, H.J. Zhou, Z.L. Tan, F. Yang, M.J. Bo, R.L. Huang, T.J. Li, and M.M. Geng. 2009. Chinese yam polysaccharide enhances growth performance and cellular immune response in weanling rats. J. Sci. Food Agric. 89:2039-2044.

253. Bazer, F.W., H. Gao, G.A. Johnson, G. Wu, D.W. Bailey, and R.C. Burghardt. 2009. Select nutrients and glucose transporters in pig uteri and conceptuses. Soc. Reprod. Fertil. Suppl. 66:335-336.

254. Yin, F.G., Y.L. Yin, X.F. Kong, Y.L. Liu, Q.H. He, T.J. Li, R.L. Huang, Y.Q. Hou, X.G. Shu, L.X. Tan, L.X. Chen, J.H. Gong, S.W. Kim, G. Wu. 2009. Dietary supplementation with *Acanthopanax senticosus* extract modulates gut microflora in weaned piglets. Asian-Aust. J. Anim. Sci. 21:1330-1338.

255. Johnson, G.A., F.W. Bazer, R.C. Burghardt, T.E. Spencer, G. Wu, and K.J. Bayless. 2009. Conceptus-uterus interactions in pigs: endometrial gene expression in response to estrogens and interferons from conceptus. Soc. Reprod. Fertil. Suppl. 66:321-332.

256. Song, X.Y., M.M. Geng, W.Y. Chu, T.J. Li, W.C. Wang, W.T. Gu, C.Y. Shi, R.L. Huang, Y.L. Yin, and G. Wu. 2009. Expression profiling of intestinal N-acetylglutamate synthase in pre-weaned Tibetan suckling piglets. Sci. Agric. Sinica 42:3265-3271.

257. Kong, X.F., G. Wu, and Y.L. Yin. 2009. Recent advances in swine intrauterine growth retardation and its prevention and treatment. Animal Husbandry & Veterinary Medicine 10:96-101.

258. Tan, B.E., Y.L. Yin, X.F. Kong, P. Li, X.L. Li, H.J. Gao, X.G. Li, R.L. Huang, and G. Wu. 2010. L-Arginine stimulates proliferation and prevents endotoxin-induced death of intestinal cells. Amino Acids 38:1227-1235.

259. Satterfield, M.C., H.J. Gao, X.L. Li, G. Wu, G.A. Johnson, T.E. Spencer, and F.W. Bazer. 2010. Select nutrients and their associated transporters are increased in the ovine uterus following early progesterone administration. Biol. Reprod. 82:224-231.

260. Hou, Y.Q., L. Wang, B.Y. Ding, Y.L. Liu, H.L. Zhu, J. Liu, Y.T. Li, X. Wu, Y.L. Yin, and G. Wu. 2010. Dietary α-ketoglutarate supplementation ameliorates intestinal injury in lipopolysaccharide-challenged piglets. Amino Acids 39:555-564.

261. Wu, G., F.W. Bazer, R.C. Burghardt, G.A. Johnson, S.W. Kim, X.L. Li, M.C. Satterfield, and T.E. Spencer. 2010. Impacts of amino acid nutrition on pregnancy outcome in pigs: mechanisms and implications for swine production. J. Anim. Sci. 88: E195-E204.

262. Bazer, F.W., G. Wu, T.E. Spencer, G.A. Johnson, R.C. Burghardt, and K. Bayless. 2010. Novel pathways for implantation and establishment and maintenance of pregnancy in mammals. Mol. Human Reprod. 16:135-152.

263. Satterfield, M.C., F.W. Bazer, T.E. Spencer, and G. Wu. 2010. Sildenafil citrate treatment enhances amino acid availability in the conceptus and fetal growth in an ovine model of intrauterine growth restriction. J. Nutr. 140:251-258.

264. Fu, W.J., A.J. Stromberg, K. Viele, R.J. Carroll, and G. Wu. 2010. Statistics and bioinformatics in nutritional sciences: analysis of complex data in the era of systems biology. J. Nutr. Biochem. 21:561-572.

265. Wang, X.Q., W.Z. Wu, G. Lin, D.F. Li, G. Wu, and J.J. Wang. 2010. Temporal proteomic analysis reveals continuous impairment of intestinal development in neonatal piglets with intrauterine growth restriction. J. Proteome Res. 9:924-935.

266. Nurkiewicz, T.R., G. Wu, P. Li, M.A. Boegehold. 2010. Decreased arteriolar tetrahydrobiopterin is linked to superoxide generation from NO synthase in mice fed high salt. Microcirculation 17:147-157.

267. Dai, Z.L., J. Zhang, G. Wu, and W.Y. Zhu. 2010. Utilization of amino acids by bacteria from the pig small intestine. Amino Acids 39:1201-1215.

268. Flynn, N.E., M. Patryak, J. Seely, and G. Wu. 2010. Glycine oxidation and conversion into amino acids in *Saccharomyces cerevisiae* and *Candida albicans*. Amino Acids 39:605-608.

269. Wu, X., Z. Ruan, Y.L. Gao, Y.L. Yin, X.H. Zhou, L. Wang, M.M. Geng, Y.Q. Hou, and G. Wu. 2010. Dietary supplementation with L-arginine or N-carbamylglutamate enhances intestinal growth and heat shock protein-70 expression in weanling pigs fed a corn- and soybean meal-based diet. Amino Acids 39:831-839.

270. Wang, W.W., X.F. Zeng, X.B. Mao, G. Wu, and S.Y. Qiao. 2010. Optimal dietary true ileal digestible threonine for supporting mucosal barrier in the small intestine of weanling pigs. J. Nutr. 140:981-986.

271. Lassala, A., F.W. Bazer, T.A. Cudd, S. Datta, D.H. Keisler, M.C. Satterfield, T.E. Spencer, and G. Wu. 2010. Parenteral administration of L-arginine prevents fetal growth restriction in undernourished ewes. J. Nutr. 140:1242-1248.

272. Bauchart-Thevret, C., L.W. Cui, G. Wu, and D.G. Burrin. 2010. Arginine-induced stimulation of protein synthesis and survival in IPEC-J2 cells is mediated by mTOR but not NO. Am. J. Physiol. 299:E899-E909.

273. Yin, Y.L., R.L. Huang, T.J. Li, Z. Ruan, M.Y. Xie, Z.Y. Deng, Y.Q. Hou, and G. Wu. 2010. Amino acid metabolism in the portal-drained viscera of young pigs: effects of dietary supplementation with chitosan and pea hull. Amino Acids 39:1581-1587.

274. Li, X.L., F.W. Bazer, G.A. Johnson, R.C. Burghardt, D.W. Erikson, J.W. Frank, T.E. Spencer, I. Shinzato, and G. Wu. 2010. Dietary supplementation with 0.8% L-arginine between days 0 and 25 of gestation reduces litter size in gilts. J. Nutr. 140:1111-1116.

275. Johnson, G.A., J.Y. Kim, D.W. Erikson, G.H. Song, T.E. Spencer, K.J. Bayless, G. Wu, R.C. Burghardt, and F.W. Bazer. 2010. Secreted phosphoprotein 1 binds integrins to initiate multiple cell signaling pathways, including FRAP1/mTOR, to support attachment and force-generated migration of trophectoderm cells. Matrix Biol 29:369-382.

276. McKnight, J.R., M.C. Satterfield, W.S. Jobgen, S.B. Smith, T.E. Spencer, C.J. Meininger, C.J. McNeal, and G. Wu. 2010. Beneficial effects of L-arginine on reducing obesity: Potential mechanisms and important implications for human health. Amino Acids 39:349-357.

277. Wu, W.Z., X. Q. Wang, G.Y. Wu, S.W. Kim, F. Chen, and J. J. Wang. 2010. Differential composition of proteomes in sow colostrum and milk from anterior and posterior mammary glands. J. Anim. Sci. 88:2657-2664.

278. Rizal, Y., M.E. Mahata, M. Andriani, and G. Wu. 2010. Utilization of juice wastes as corn replacement in the broiler diet. Int. J. Poultry Sci. 9:886-889.

279. Wu, G. 2010. Recent advances in swine amino acid nutrition. J. Anim. Sci. Biotechnol. 1:49-61.

280. Wu, G. 2010. Functional amino acids in growth, reproduction and health. Adv. Nutr. 1:31-37.

281. Yin, Y.L., K. Yao, Z.J. Liu, M. Gong, Z. Ruan, D. Deng, B.E. Tan, Z.Q. Liu, and G. Wu. 2010. Supplementing L-leucine to a low-protein diet increases tissue protein synthesis in weanling pigs. Amino Acids 39:1477-1486.

282. Gao, H.J., T.E. Spencer, G. Wu, and F.W. Bazer. 2010. Uteroferrin (ACP5) in the ovine uterus: Regulation by pregnancy and progesterone. J. Anim. Sci. Biotech. 1:137-150.

283. Lin, G. C. Liu, H.J. Zhou, S. Feng, Y.Q. Chen, L.Y. Fang, G. Wu, J. Zhang, S.Y. Qiao, and J.J. Wang. 2010. Progresses on personalized nutritional evaluation and recommendation. J. Anim. Sci. Biotechnol. 1:182-193.

284. Tan, B.E., Y.L. Yin, Z.Q. Liu, W.J. Tang, H.J. Xu, X.F. Kong, X.G. Li, K. Yao, W.T. Gu, S.B. Smith, and G. Wu. 2011. Dietary L-arginine supplementation differentially regulates expression of lipid-metabolic genes in porcine adipose tissue and skeletal muscle. J. Nutr. Biochem. 22:441-445.

285. McKnight, J.R., M.C. Satterfield, X.L. Li, H.J. Gao, J.J. Wang, D.F. Li, and G. Wu. 2011. Obesity in pregnancy: problems and potential solutions. Front. Biosci. E3:442-452.

286. Xi, P.B., Z.Y. Jiang, C.T. Zheng, Y.C. Lin, and G. Wu. 2011. Regulation of protein metabolism by glutamine: implications for nutrition and health. Front. Biosci. 16:578-597.

287. Yao, K., Y.L. Yin, Z.M. Feng, Z.R. Tang, J. Fang, and G. Wu. 2011. Tryptophan metabolism in animals: important roles in nutrition and health. Front. Biosci. S3:286-297.

288. Lei, X.Q., C.P. Feng, C. Liu, G. Wu, C.J. Meininger, F.L. Wang, D.F. Li, and J.J. Wang. 2011. Regulation of protein expression by L-arginine in endothelial cells. Front. Biosci. S3:655-661.

289. Kong, X.F., G. Wu and Y.L. Yin. 2011. Roles of phytochemicals in amino acid nutrition. Front. Biosci. S3:372-384.

290. Hou, Y.Q., L. Wang, B.Y. Ding, Y.L. Liu, H.L. Zhu, J. Liu, Y.T. Li, P. Kang, Y.L. Yin, and G. Wu. 2011. Alpha-ketoglutarate and intestinal function. Front. Biosci. 16:1186-1196.

291. Satterfield, M.C. and G. Wu. 2011. Growth and development of brown adipose tissue: significance and nutritional regulation. Front. Biosci. 16:1589-1608.

292. Dai, Z.L., G. Wu, and W.Y. Zhu. 2011. Amino acid metabolism in intestinal bacteria: links between gut ecology and host health. Front. Biosci. 16:1768-1786.

293. Kim, J.Y., R.C. Burghardt, G. Wu, G.A. Johnson, T.E. Spencer, and F.W. Bazer. 2011. Select nutrients in the ovine uterine lumen: VII. Effects of arginine, leucine, glutamine, and glucose on trophectodem cell signaling, proliferation, and migration. Biol. Reprod. 84:62-69.

294. Kim, J.Y., R.C. Burghardt, G. Wu, G.A. Johnson, T.E. Spencer, and F.W. Bazer. 2011. Select nutrients in the ovine uterine lumen: VIII. Arginine stimulates proliferation of ovine trophectoderm cells through mTOR-RPS6K-RPS6 signaling cascade and synthesis of NO and polyamines. Biol. Reprod. 84:70-78.

295. Kim, J.Y., R.C. Burghardt, G. Wu, G.A. Johnson, T.E. Spencer, and F.W. Bazer. 2011. Select nutrients in the ovine uterine lumen: IX. Differential effects of arginine, leucine, glutamine and glucose on interferon tau, orinithine decarboxylase and NO synthase in the ovine conceptus. Biol. Reprod. 84:1139-1147.

296. Chen, F., Y. Hao, X.S. Piao, X. Ma, G.Y. Wu, S.Y. Qiao, D.F. Li, and J. J. Wang. 2011. Soybean-derived β-conglycinin affects proteome expression in pig intestinal cells in vivo and in vitro. J. Anim Sci. 89:743-753.

297. Watford, M. and G. Wu 2011. Protein. Adv. Nutr. 2:62-63.

298. Li, X.L., R. Rezaei, P. Li, and G. Wu. 2011. Composition of amino acids in feed ingredients for animal diets. Amino Acids 40:1159-1168.

299. Mao, X.B., X.F. Zeng, S.Y. Qiao, G. Wu, and D.F. Li. 2011. Specific roles of threonine in intestinal mucosal integrity and barrier function. Front. Biosci. E3:1192-1200.

300. Lekatz, L.A., G. Wu, J.S. Caton, J.B. Taylor, L.P. Reynolds, D.A. Redmer, and K.A. Vonnahme. 2011. Maternal selenium supplementation and timing of nutrient restriction in pregnant sheep: Impacts on nutrient availability to the fetus. J. Anim. Sci. 89:59-76.

301. Geng, M.M., T.J. Li, X.F. Kong, X.Y. Song, W.Y. Chu, R.L. Huang, Y.L. Yin, and G. Wu. 2011. Reduced expression of intestinal N-acetylglutamate synthase in suckling piglets: a novel molecular mechanism for arginine as a nutritionally essential amino acid for neonates. Amino Acids 40:1513-1522.

302. Rezaei, R., D.A. Knabe, X.L. Li, S. Feng, and G. Wu. 2011. Enhanced efficiency of milk utilization for growth in surviving low-birth-weight piglets. J. Anim. Sci. Biotechnol. 2:73-83.

303. He, Q.H., P.P. Ren, X.F. Kong, G. Wu, and Y.L. Yin. 2011. Metabolomics and its role in amino acid nutrition research. Front. Biosci. 16:2451-2460.

304. Lin, G., C. Liu, T.J. Wang, G. Wu, S.Y. Qiao, D.F. Li, and J.J. Wang. 2011. Biomarkers for optimal requirements of amino acids by animals and humans. Front. Biosci. S3:1298-1307.

305. Wu, G., F.W. Bazer, G.A. Johnson, D.A. Knabe, R.C. Burghardt, T.E. Spencer, X.L. Li, and J.J. Wang. 2011. Important roles for L-glutamine in swine nutrition and production. J. Anim. Sci. 89:2017-2030.

306. Wu, G., F.W. Bazer, R.C. Burghardt, G.A. Johnson, S.W. Kim, D.A. Knabe, P. Li, X.L. Li, J.R. McKnight, M.C. Satterfield, and T.E. Spencer. 2011. Proline and hydroxyproline metabolism: implications for animal and human nutrition. Amino Acids 40:1053-1063.

307. Yao, K., T.J. Li, R.L. Huang, G. Wu, Z. Ruan, and Y.L. Yin. 2011. Dietary L-arginine supplementation enhances intestinal development and expression of vascular endothelial growth factor in weanling piglets. Br. J. Nutr. 105:703-709.

308. Hou, Y.Q., K. Yao, L. Wang, B.Y. Ding, D.B. Fu, Y.L. Liu, H.L. Zhu, J. Liu, Y.T. Li, P. Kang, Y.L. Yin, and G. Wu. 2011. Effects of α-ketoglutarate on energy status in the intestinal mucosa of weaned piglets chronically challenged with lipopolysaccharide. Br. J. Nutr. 106:357-363.

309. Bowers, M.C., L.A. Hargrove, K.A., Kelly, G. Wu, and C.J. Meininger. 2011. Tetrahydrobiopterin attenuates superoxide-induced reduction in NO. Front. Biosci. S3:1263-1272.

310. Tjalkens, R.B., D.L. Carbone, and G. Wu. 2011. Detection of NO formation in primary neural cells and tissues. Methods Mol. Biol. 758:267-277.

311. Li, F.N., Y.L. Yin, B.E. Tan, X.F. Kong, and G. Wu. 2011. Leucine nutrition in animals and humans: mTOR signaling and beyond. Amino Acids 41:1185-1193.

312. Meininger, C.J. and G. Wu. 2011. Tetrahydrobiopterin: Important endothelial mediator independent of endothelial NO synthase. Hypertension 58:145-147.

313. Lassala, A., F.W. Bazer, T.A. Cudd, S. Datta, D.H. Keisler, M.C. Satterfield, T.E. Spencer, and G. Wu. 2011. Parenteral administration of L-arginine enhances fetal survival and growth in sheep carrying multiple pregnancies. J. Nutr. 141:849-855.

314. He, Q.H., H.R. Tang, P.P. Ren, X.F. Kong, G. Wu, Y.L. Yin, and Y.L. Wang. 2011. Dietary supplementation with L-arginine partially counteracts serum metabonome induced by weaning stress in piglets. J. Proteome Res. 10:5214-5221.

315. Bazer, F.W., G. Wu, G.A. Johnson, J.Y. Kim, and G.W. Song. 2011. Uterine histotroph and conceptus development: Select nutrients and secreted phosphoprotein 1 affect MTOR cell signaling in ewes. Biol. Reprod. 85:1094-1107.

316. Wu, G. 2011. Amino acid metabolism in the small intestine: new development in animal nutrition. Feed Industry (Chinese) 32 (22): 52-58 and 32 (24): 51-54.

317. Huang, L., Z.Y. Jiang, Y.C. Lin, C.T. Zheng, S.K. Wang, X.F. Yang, and G.Y. Wu. 2011. Effects of L-arginine on intestinal development and endogenous arginine-synthesizing enzymes in neonatal pigs. African J. Biotech. 10:7915-7925.

318. Foster, E., B.G. Fisher, J.L. Sartin, T.H. Elsasser, G. Wu, W. Cowan, and D.D. Pascoe. 2012. Acute regulation of IGF-I by alterations in post-exercise macronutrients. Amino Acids 42:1005-1016.

319. Dai, Z.L., X.L. Li, P.B. Xi, J. Zhang, G. Wu, and W.Y. Zhu. 2012. Metabolism of select amino acids in bacteria from the pig small intestine. Amino Acids 42:1597-1608.

320. Ma, X., W. Ding, J.J. Wang, G. Wu, H.Y. Zhang, J.D. Yin, L.U. Zhou, and D.F. Li. 2012. LOC66273 isoform 2, a novel protein highly expressed in white adipose tissue, induces adipogenesis in 3T3-L1 cells. J. Nutr. 142:448-455.

321. Wei, J.W., R.J. Carroll, K.K. Harden, and G. Wu. 2012. Comparisons of treatment means when factors do not interact in two-factorial studies. Amino Acids 42:2031-2035.

322. Ren, W., Y.L. Yin, G. Liu, X. Yu, Y. Li, G. Yang, T. Li, and G. Wu. 2012. Effect of dietary arginine supplementation on reproductive performance of mice with porcine circovirus type 2 infection. Amino Acids 42:2089-2094.

323. Liu, X.D., X. Wu, Y.L. Yin, Y.Q. Liu, M.M. Geng, H.S. Yang, F. Blachier, and G.Y. Wu. 2012. Effects of dietary L-arginine or N-carbamylglutamate supplementation during late gestation of sows on the miR-15b/16, miR-221/222, VEGFA and eNOS expression in umbilical vein. Amino Acids 42:2111-2119.

324. Gao, K.G., Z.Y. Jiang, Y.C. Lin, C.T. Zheng, G.L. Zhou, F. Chen, L. Yang, and G. Wu. 2012. Dietary L-arginine supplementation enhances placental growth and reproductive performance in sows. Amino Acids 42:2207-2214.

325. Zeng, X., Z. Huang, X. Mao, J. Wang, G. Wu, and S. Qiao. 2012. N-carbamylglutamate enhances pregnancy outcome in rats through activation of the PI3K/PKB/mTOR signaling pathway. PLoS One 7(7):e41192.

326. Bazer, F.W., G.H. Song, J.Y. Kim, D.W. Erikson, G.A. Johnson, R.C. Burghardt, H.J. Gao, M.C. Satterfield, T.E. Spencer, and G. Wu. 2012. Mechanistic mammalian target of rapamycin (MTOR) cell signaling: Effects of select nutrients and secreted phosphoprotein 1 on development of mammalian conceptuses. Mol. Cell. Endocrinol. 354:22-33.

327. Gao, H.J., K.R. Sathishkumar, U. Yallampalli, M. Balakrishnan, X.L. Li, G. Wu, and C. Yallampalli. 2012. Maternal protein restriction regulates IGF2 system in placental labyrinth. Front. Biosci. E4:1434-1450.

328. Yao, K., Y.L. Yin, X.L. Li, P.B. Xi, J.J. Wang, J. Lei, Y.Q. Hou, and G. Wu. 2012. Alpha-ketoglutarate inhibits glutamine degradation and enhances protein synthesis in intestinal porcine epithelial cells. Amino Acids 42:2491-2500.

329. Dai, Z.L., X.L. Li, P.B. Xi, J. Zhang, G. Wu, and W.Y. Zhu. 2012. Regulatory role for L-arginine in the utilization of amino acids by pig small-intestinal bacteria. Amino Acids 43:233-244.

330. Wang, X.Q., F. Yang, C. Liu, H.J. Zhou, G. Wu, S.Y. Qiao, D.F. Li, J.J. Wang. 2012. Dietary supplementation with probiotic *L. fermentum* I5007 and antibiotic aureomycin differentially affects the small-intestinal proteomes of weanling piglets. J. Nutr. 142:7-13.

331. Tan, B.E., X.G. Li, Y.L. Yin, Z.L. Wu, C. Liu, C.D. Tekwe, and G. Wu. 2012. Regulatory roles for L-arginine in reducing white adipose tissue. Front. Biosci. 17:2237-2246.

332. Wang, J.J., Z.L. Wu, D.F. Li, N. Li, S.V. Dindot, M.C. Satterfield, F.W. Bazer, and G. Wu. 2012. Nutrition, epigenetics, and metabolic syndrome. Antioxid. Redox Signal. 17:282-301

333. Kang, L., T. Nurkiewicz, G. Wu, and Matthew Boegehold. 2012. Changes in eNOS phosphorylation contribute to increased arteriolar NO release during juvenile growth. Am. J. Physiol. 302:H560-H566.

334. Bazer, F.W., J. Kim, H. Ka, G.A. Johnson, G. Wu and G. Song. 2012. Select nutrients in the uterine lumen of sheep and pigs affect conceptus development. J. Reprod. Develop. 58:180-188.

335. Lei, J., D.Y. Feng, Y.L. Zhang, F.Q. Zhao, Z.L. Wu, A. San Gabriel, Y. Fujishima, H. Uneyama, and G. Wu. 2012. Nutritional and regulatory role of branched-chain amino acids in lactation. Front. Biosci. 17:2725-2739.

336. Lin, G., C. Liu, C.P. Feng, Z.Y. Fan, Z.L. Dai, C.H. Lai, Z. Li, G. Wu, and J.J. Wang. 2012. Metabolomic analysis reveals differences in umbilical vein plasma metabolites between normal and growth-restricted fetal pigs during late gestation. J. Nutr. 142:990-998.

337. Lei, J., Z.Y. Zhang, J.J. Zuo, D.Y. Feng, and G. Wu. 2012. Lactating porcine mammary gland: uptake of milk precursors and secretion of milk components. Chinese J Anim Nutr 24:212-219.

338. Wu, G., B. Imhoff-Kunsch, and A.W. Girard. 2012. Biological mechanisms for nutritional regulation of maternal health and fetal development. Paediatr. Perinatal Epidemiol. 26 (Suppl. 1): 4-26.

339. Dorniak, P., F.W. Bazer, G. Wu, and T.E. Spencer. 2012. Prostaglandins regulate endometrial function in sheep. Biol. Reprod. 87:9, 1-7.

340. Manjarin, R., V. Zamora, G. Wu, J. P. Steibel, R. N. Kirkwood, N. P. Taylor, E. Wils-Plotz, K. Trifilo, and N.L. Trottier. 2012. Effect of amino acids supply in reduced crude protein diets on performance, efficiency of mammary uptake, and transporter gene expression in lactating sows. J. Anim. Sci. 90:3088-3100.

341. Kim, J.Y., G.W. Song, G. Wu, and F.W. Bazer. 2012. Functional roles of fructose. Proc. Natl. Acad. Sci. USA. 109:E1619-1628.

342. Hou, Y.Q, L. Wang, W. Zhang, Z.G. Yang, B.Y. Ding, H.L. Zhu, Y.L. Liu, Y.S. Qiu, Y.L. Yin, and G. Wu. 2012. Protective effects of N-acetylcysteine on intestinal functions of piglets challenged with lipopolysaccharide. Amino Acids 43:1233-1242.

343. Bazer, F.W., G.W. Song, J.Y. Kim, K.A. Dunlap, M.C. Satterfield, G.A. Johnson, R.C. Burghardt, and G. Wu. 2012. Uterine biology in sheep and pigs. J. Anim. Sci. Biotechnol. 3:23.

344. Xi, P.B., Z.Y. Jiang, Z.L. Dai, X.L. Li, K. Yao, C.T. Zheng, Y.C. Lin, J.J. Wang, and G. Wu. 2012. Regulation of protein turnover by L-glutamine in porcine intestinal epithelial cells. J. Nutr. Biochem. 23:1012-1017.

345. Kong, X.F., B.E. Tan, Y.L. Yin, H.J. Gao, X.L. Li, L.A. Jaeger, F.W. Bazer, and G. Wu. 2012. L-Arginine stimulates the mTOR signaling pathway and protein synthesis in porcine trophectoderm cells. J. Nutr. Biochem. 23:1178-1183.

346. Satterfield, M.C., K.A. Dunlap, D.H. Keisler, F.W. Bazer, and G. Wu. 2012. Arginine nutrition and fetal brown adipose tissue development in diet-induced obese sheep. Amino Acids 43:1593-1603.

347. Go, G.W., G. Wu, D.T. Silvey, S. Choi, X.L. Li, and S.B. Smith. 2012. Lipid metabolism in pigs fed supplemental conjugated linoleic acid and/or dietary arginine. Amino Acids 43:1713-1726.

348. Bazer, F.W., J. Kim, G. Song, H. Ka, C.D. Tekwe, and G. Wu. 2012. Select nutrients, progesterone, and interferon tau affect conceptus metabolism and development. Ann. N. Y. Acad. Sci. 1271:88-96.

349. Wu, Z.L., M.C. Satterfield, F.W. Bazer, and G. Wu. 2012. Regulation of brown adipose tissue development and white fat reduction by L-arginine . Curr. Opin. Clin. Nutr. Metab. Care 15:529-538.

350. Lei, J., D.Y. Feng, Y.L. Zhang, S. Dahanayaka, X.L. Li, K. Yao, J.J. Wang, Z.L. Wu, Z.L. Dai, and G. Wu. 2012. Regulation of leucine catabolism by metabolic fuels in mammary epithelial cells. Amino Acids 43:2179-2189.

351. Yang, H., F. Li, X. Kong, X. Yuan, W. Wang, R. Huang, T. Li, M. Geng, G. Wu, and Y. Yin. 2012. Chemerin regulates proliferation and differentiation of myoblast cells via ERK1/2 and mTOR signaling pathways. Cytokine 60:646-652.

352. Tan, BE, X.G. Li, G. Wu, X.F. Kong, Z.Q. Liu, T.J. Li, and Y.L. Yin. 2012 Dynamic changes in blood flow and oxygen consumption in the portal-drained viscera of growing pigs receiving acute administration of L-arginine. Amino Acids 43:2481-2489.

353. Rizal, Y., M.E. Mahata, I. Joli, and G. Wu. 2012. Improving the nutrient quality of juice wastes mixture through fermentation by using *Trichodherma viride* for poultry diet. Pakistan J. Nutr. 11: 203-207.

354. Mahata, M.E., Y. Rizal, and G. Wu. 2012. Improving the nutrient quality of juice waste mixture by steam pressure for poultry diet. Pakistan J. Nutr. 11:172-175.

355. Wu, G. 2012. Arginine nutrition and reproductive performance of gestating sows. Feed Industry (Chinese) 33 (22): 46-54.

356. He, Q.H., P.P. Ren, X.F. Kong, Y.N. Wu, G. Wu, P. Li, F.H. Hao, H.R. Tang, Y.L. Yin. 2012. Comparison of serum metabolite compositions between obese and lean growing pigs using an NMR-based metabonomic approach. J. Nutr. Biochem. 23:133-139.

357. Zeng, X., X. Mao, Z. Huang, F. Wang, G. Wu, and S. Qiao. 2013. Arginine enhances embryo implantation in rats through PI3K/PKB/mTOR/NO signaling pathway during early pregnancy. Reproduction 145:1-7.

358. Rezaei, R., D.A. Knabe, C.D. Tekwe, S. Dahanayaka, M.D. Ficken, S.E. Fielder, S.J. Eide, S.L. Lovering, and G. Wu. 2013. Dietary supplementation with monosodium glutamate is safe and improves growth performance in postweaning pigs. Amino Acids 44:911-923.

359. Ren, W.K., L.X. Zou, N.Z. Li, Y. Wang, Y.Y. Peng, J.N. Ding, L.C. Cai, Y.L. Yin, and G. Wu. 2013. Dietary arginine supplementation promotes immune responses to inactivated Pasteurella multocida vaccination in mice. Br. J. Nutr. 109:867-872.

360. Mahata, M.E., Sasti, M.J., Aryani, R.S., Rizal, Y., and G. Wu. 2013. The effect of improved juice wastes mixture (IJWM) for corn substitution on broilers' performance. Int. J. Poultry Sci. 12:102-106.

361. Lei, J., D.Y. Feng, Y.L. Zhang, S. Dahanayaka, X.L. Li, K. Yao, J.J. Wang, Z.L. Wu, Z.L. Dai, and G. Wu. 2013. Hormonal regulation of leucine catabolism in mammary epithelial cells. Amino Acids 45:531-541.

362. Liu, C., G. Lin, X.Q. Wang, T.J. Wang, G. Wu, D.F. Li, and J.J. Wang. 2013. Intrauterine growth restriction alters the hepatic proteome in fetal pigs. J. Nutr. Biochem. 24:954-959.

363. McDonald, T.J., G. Wu, S.L. Jenkins, P.W. Nathanielsz, and T. Jansson. 2013. Effect of 30% nutrient restriction in the first half of gestation on maternal and fetal baboon serum amino acid concentration. Br. J. Nutr. 109:1382-1388.

364. Ren, W.K., W. Luo, M.M. Wu, G. Liu, X.L. Yu, F. Jun, T.J. Li, Y.L. Yin, and G. Wu. 2013. Dietary L-glutamine supplementation improves pregnancy outcome in mice infected with type-2 porcine circovirus. Amino Acids 45:479-488.

365. Satterfield, M.C., K.A. Dunlap, D.H. Keisler, F.W. Bazer, and G. Wu. 2013. Arginine nutrition and fetal brown adipose tissue development in nutrient-restricted sheep. Amino Acids 45:489-499.

366. Dai, Z.L., X.L. Li, P.B. Xi, J. Zhang, G. Wu, and W.Y. Zhu. 2013. L-Glutamine regulates amino acid utilization by intestinal bacteria. Amino Acids 45:501-512.

367. Hou, Y.Q., L. Wang, D. Yi, B.Y. Ding, Z.G. Yang, J. Li, X. Chen, Y.S. Qiu, and G. Wu 2013. N-Acetylcysteine reduces inflammation in the small intestine by regulating redox, EGF and TLR4 signaling. Amino Acids 45:513-522.

368. Mullen, M.P., F.W. Bazer, G. Wu, M.H. Parr, A.C.O. Evans, M.A. Crowe, and M.G. Diskin. 2013. Effects of systemic progesterone during the early luteal phase on the availabilities of amino acids and glucose in the bovine uterine lumen. Reprod. Fert. Dev. doi.org/10.1071/RD12319.

369. Wu, G., Z.L. Wu, Z.L. Dai, Y. Yang, W.W. Wang, C. Liu, B. Wang, J.J. Wang and Y.L. Yin. 2013. Dietary requirements of "nutritionally nonessential amino acids" by animals and humans. Amino Acids 44:1107-1113.

370. Washburn, S.E., O.B. Sawant, E.R. Lunde, G. Wu, and T.A. Cudd. 2013. Acute alcohol exposure, acidemia or glutamine administration impacts amino acid homeostasis in ovine maternal and fetal plasma. Amino Acids 45:543-554.

371. Dai, Z.L., Z.L. Wu, Y. Yang, J.J. Wang, M.C. Satterfield, C.J. Meininger, F.W. Bazer, and G. Wu. 2013. NO and energy metabolism in mammals. BioFactors 39:383-391.

372. He, L.Q., Y.L. Yin, T.J. Li, R.L. Huang, Z.L. Wu, and G. Wu. 2013. Use of the Ussing chamber technique to study nutrient transport by epithelial tissues. Front. Biosci. 18:1266-1274.

373. Rezaei, R., W.W. Wang, Z.L. Wu, Z.L. Dai, J.J. Wang, and G. Wu. 2013. Biochemical and physiological bases for utilization of dietary amino acids by young pigs. J. Anim. Sci. Biotech. 4:7.

374. Kim, J.Y., G.H. Song, G. Wu, H.J. Gao, G.A. Johnson, and F.W. Bazer. 2013. Arginine, leucine, and glutamine stimulate proliferation of porcine trophectoderm cells through the MTOR-RPS6K-RPS6-EIF4EBP1 signal transduction pathway. Biol. Reprod. 88:113.

375. Li, C., T.J. McDonald, G. Wu, M.J Nijland, and P.W. Nathanielsz. 2013. IUGR alters term fetal baboon hypothalamic appetitive 1 peptide balance. J. Endocrinol. 217:275-282.

376. Ren, W.K., L.X. Zou, Z. Ruan, N.Z. Li, Y. Wang, Y. Peng, G. Liu, Y.L. Yin, R.L. Huang, Y.Q. Hou, and G. Wu. 2013. Dietary L-proline supplementation confers immuno-stimulatory effects on inactivated *Pasteurella multocida* vaccine immunized mice. Amino Acids 45:555-561.

377. Wang, W.W., Z.L. Wu, Z.L. Dai, Y. Yang, J.J. Wang, and G. Wu. 2013. Glycine metabolism in animals and humans: implications for nutrition and health. Amino Acids 45:463-477.

378. Wu, G. 2013. Functional amino acids in nutrition and health. Amino Acids 45:407-411.

379. Tekwe, C.D., J. Lei, K. Yao, R. Rezaei, X.L. Li, S. Dahanayaka, R.J. Carroll, C.J. Meininger, F.W. Bazer, and G. Wu. 2013. Oral administration of interferon tau enhances oxidation of energy substrates and reduces adiposity in Zucker diabetic fatty rats. BioFactors 39:552-563.

380. Del Curto, H., G. Wu, and M.C. Satterfield. 2013. Nutrition and reproduction: Links to epigenetics and metabolic syndrome in offspring. Curr. Opin. Clin. Nutr. Metab. Care. 16:385-391

381. Sase, A., S. Dahanayaka, H. Höger, G. Wu, and G. Lubec. 2013. Changes of hippocampal β-alanine and citrulline levels parallel early and late phase of retrieval in the Morris Water Maze. Behav. Brain Res. 249:104-108.

382. Wu, G., F.W. Bazer, M.C. Satterfield, X.L. Li, X.Q. Wang, G.A. Johnson, R.C. Burghardt, Z.L. Dai, J.J. Wang, and Z.L. Wu. 2013. Impacts of arginine nutrition on embryonic and fetal development in mammals. Amino Acids 45:241-256.

383. He, L.Q., H.S. Yang, T.J. Li, J. Fang, X.H. Zhou, Y.L. Yin, L. Wu, M.N. Nyachoti, and G. Wu. 2013. Effects of dietary L-lysine intake on the intestinal mucosa and expression of CAT genes in weaned piglets. Amino Acids 45:383-391.

384. Wu, G., F.W. Bazer, G.A. Johnson, R.C. Burghardt, X.L. Li, Z.L. Dai, J.J. Wang, and Z.L. Wu. 2013. Maternal and fetal amino acid metabolism in gestating sows. Soc. Reprod. Fertil. Suppl. 68:185-198.

385. Bazer, F.W., J.Y. Kim, G.H. Song, H. Ka, G. Wu, G.A. Johnson, and J.L. Vallet. 2013. Roles of selected nutrients on development of the conceptus during pregnancy. Soc. Reprod. Fertil. Suppl. 68:159-174.

386. Dan, Y.i., Y.Q. Hou, L. Wang, B.Y. Ding, Z.G. Yang, J. Li, M.H. Long, Y.L. Liu, and G. Wu. 2013. Dietary N-acetylcysteine supplementation alleviates liver injury in lipopolysaccharide-challenged piglets. Br. J. Nutr. doi: 10.1017/S0007114513002171.

387. Ren, W.K., S.P. Liu, S. Chen, F.M. Zhang, N.Z. Li, J. Yin, Y.Y. Peng, L. Wu, G. Liu, Y.L. Yin, and Guoyao Wu. 2013. Dietary L-glutamine supplementation increases *Pasteurella*

*multocida* burden and expression of major virulence factors in mice. Amino Acids 45:947-955.

388. Matsumoto, T., E. Nakamura, H. Nakamura, M. Hirota, A. San Gabriel, K.I. Nakamura, N. Chotechuang, G. Wu, H. Uneyama, and K. Torii. 2013. The production of free glutamate in milk requires the leucine transporter LAT1. Am. J. Physiol. Cell Physiol. 305:C623-631.

389. Ruan, Z., Y.F. Lv, X.F. Fu, Q.H. He, Z.Y. Deng, W.Q. Liu, Y.L. Yu, X.S. Wu, G. Wu, X. Wu, and Yulong Yin. 2013. Metabolomic analysis of amino acid metabolism in colitic rats supplemented with lactosucrose. Amino Acids 45:877-887.

390. Yang Y., F. Sun, C. Zhang, H. Wang, G. Wu, and Z.L. Wu. 2013. Hypoxia promotes cell proliferation by modulating E2F1 in chicken pulmonary arterial smooth muscle cells. J. Anim. Sci. Biotechnol. 4:28.

391. Zhang, J., Y.L. Yin, X.G. Shu, T.J. Li, F.N. Li, B.E. Tan, Z.L. Wu, and G. Wu. 2013. Oral administration of MSG increases expression of glutamate receptors and transporters in the gastrointestinal tract of young piglets. Amino Acids 45:1169-1177.

392. Zhang, S.H., S.Y. Qiao, M. Ren, X.F. Zeng, X. Ma, Z.L. Wu, P. Thacker, and G. Wu. 2013. Supplementation with branched-chain amino acids to a low-protein diet regulates intestinal expression of amino acid and peptide transporters in weanling pigs. Amino Acids 45:1191-1205.

393. Wu, G., Z.L. Wu, Z.L. Dai, Y. Yang, W.W. Wang, C. Liu, B. Wang, J.J. Wang and Y.L. Yin. 2013. Requirement of "nutritionally nonessential amino acids" by swine. Feed Industry (Chinese) 34 (16): 60-64.

394. Wu, X., Y.Z. Zhang, Y.L. Yin, Z. Ruan, H.M. Yu, Z.L. Wu, and G. Wu. 2013. Roles of heat-shock protein 70 in protecting against intestinal mucosal damage. Front. Biosci. 18:356-365.

395. Wang, Q.J., Y.Q. Hou, D. Yi, L. Wang, B.Y. Ding, X. Chen, M.H. Long, Y.L. Liu, and Guoyao Wu. Protective effects of N-acetylcysteine on alleviating acetic acid-induced colitis in a porcine model. BMC: Gastroenterology 13(1): 133.

396. Wu, G., F.W. Bazer, Z.L. Dai, D.F. Li, J.J. Wang, and Z.L. Wu. Amino acid nutrition in animals: protein synthesis and beyond. Annu. Rev. Anim. Biosci. (In press)

397. Zhou, W.L., G. Gosch, T. Guerra, D. Broek, G. Wu, S. Walker, and I. Polejaeva. 2013. Amino acid profiles in first trimester amniotic fluids of healthy bovine cloned pregnancies are similar to those of IVF pregnancies, but not nonviable cloned pregnancies. Theriogenology. doi: 10.1016/j.theriogenology.2013.09.012.

398. Chen, G., J. Zhang, T.J. Li, L.X. Chen, Y.L. Yin, J.Q. Wang, and G. Wu. 2013. Oral MSG administration alters hepatic expression of genes for lipid and nitrogen metabolism in suckling piglets. Amino Acids (In press)

***Manuscripts submitted for publication:***

1. Dillon, E.L., T.E. Haynes, D.A. Knabe, L.A. Jaeger, and G. Wu. Cortisol enhances citrulline and arginine synthesis from proline in enterocytes of suckling piglets.

2. Veech, R.L., G. Wu, K.-S. Jeong, and M.T. King. Variable response of hepatic amino acid transport to acute hyperpolarization in vivo.

3. Jeong, K.-S., J. Wang, G. Wu, Y. Kashiwaya, M.T. King, and R.L. Veech. Ethanol alters splanchnic glutamine and amino acid flux.

5. Zhang, J., G. Wu, R.S. Chapkin, and J.R. Lupton. Dietary fiber and carcinogen alters glutamine metabolism in rat colonocytes.

6. Lupton, J.R., J. Zhang, G. Wu, and R.S. Chapkin. Butyrate metabolism in rat colonocytes.

***Books:***

1. Wu, G. 2013. Amino Acids: Biochemistry and Nutrition, CRC Press, Boca Raton, Florida. p. 503.

2. Blachier, F., G. Wu, and Y.L. Yin. 2013. Amino Acids and Pig Nutrition. Springer, New York. p. 346.

***Other publications:***

1. Wu, G., and C. Meininger. 1999. Arginine deficiency (Editorial). J. Vasc. Res. 36: 532-533.

2. Wu, G. 1999. My great teacher – Professor Yang Sheng. In: Professor Yang Sheng and His Students. Xinhua Press, Beijing, China. pp. 85-88.

3. Li, P., G. Wu, and D.M. Gatlin. 2007. Nucleotide supplementation may offer health benefits in cultured fish, but more study needed. Global Aquaculture Advocate 10: 74-75.

4. Wu, G. 2008. Funciones importantes de la glutamine en la nutrición y en la producción animal. In: AminoGut: ciencia y práctica en la nutrición de lechones. pp. 6-9. Ajinomoto Animal Nutrition Special Edition. January 16, 2008

5. Wu, G. 2008. Arginina y AA relacionados en porcino. www.stres3.com. June 4, 2008.

6. Wu, G. 2009. New development in swine amino acid nutrition. SALE Feed Industry (Chinese) 93: 71-75.

7. Wu, G. and H.R. Cross. 2012. Taurine: An abundant amino acid in meats and an essential nutrient for humans. Phi Tau Sigma Newsletter - The Honor Society of Food Science and Technology, December 15, 2012. pp. 10-12.

8. Wu, G. and H.R. Cross. 2012. Beef has a great story on the amino acid taurine. Beef Magazine, December 13, 2012. beefmagazine.com.

9. Matsumoto, T., A. San Gabriel, G. Wu, and H. Uneyama. 2013. Reply to "The Letter to the Editor: The origin of free glutamate in milk: a role for anionic amino acid transporters." Am. J. Physiol. Cell Physiol. 305:C907.

***Refereed Chapters in Books:***

1. Wu, G., and J.R. Thompson. 1989. Ketone bodies inhibit protein turnover in chick skeletal muscle. In: Proteolysis: Mechanisms and Regulations (N. Katunuma & E. Kominami, eds.), pp. 481-482. Japan Scientific Societies Press, Tokyo.

2. Thompson, J.R., and G. Wu. 1989. Glutamine increases protein turnover in chick skeletal muscle. In: Proteolysis: Mechanisms and Regulations (N. Katunuma & E. Kominami, eds.) pp. 504-505. Japan Scientific Societies Press, Tokyo.

3. Wu, G. 1989. Protein metabolism in skeletal muscle. In: Recent Advances in Protein Nutrition and Metabolism in Animals (D.X. Lu & Y. Zhang, eds.), pp. 17-26. Nei Meng Gu Animal Sciences Press (China).

4. Wu, G., C.J. Field, and E.B. Marliss. 1990. Energy metabolism in cells of the immune system and its abnormalities in the spontaneously diabetic BB rat. In: Lessons from Animal Diabetes III (E. Shafrir, ed.), pp. 1-10. Smith-Gordon, London.

5. Wu, G., and E.B. Marliss. 1992. Interorgan metabolic coordination during fasting and underfeeding: An adaptation for mobilizing fat and sparing protein in man. In: Biology of Feast and Famine (G.H. Anderson & S.H. Kennedy, eds.), pp. 219-244, Academic Press, San Diego.

6. Brosnan, J.T., S.N. Dhanakoti, S.M. Skanes, G. Wu, G.R. Herzberg, and M.E. Brosnan. 1992. Endogenous arginine synthesis. In: Biology of NO (S. Moncada, M.A. Marletta, J.B. Hibbs, Jr., & E.A. Higgs, eds.), pp. 32-34, Portland Press, London.

7. Wu, G., C.J. Field, and E.B. Marliss. 1995. Immunocyte glucose and glutamine metabolism and its alterations in the spontaneous autoimmune diabetes. In: Lessons from Animal Diabetes V. (E. Shafrir, ed.), pp. 49-58, Smith-Gordon, London.

8. Sprinkle, J.E., H.S. Hansard, M.R. Guzman, B.G. Warrington, J.W. Holloway, G. Wu, and S.B. Smith. 1994. Physiological adaptations in adipose tissue of Bos indicus vs Bos taurus beef cattle. Proc. West. Sec. Am. Soc. Anim. Sci. 45:297-300.

9. Sprinkle, J.E., C.L. Ferrell, J.W. Holloway, L.W. Greene, and G. Wu. 1996. Adipose tissue dynamics of limited-fed and full-fed beef cattle differing in adaptation to heat. Proc. West. Sec. Am. Soc. Anim. Sci. 47:1-4.

10. Sprinkle, J.E., J.W. Holloway, B.G. Warrington, G.D. Hufstedler III, J.W. Stuth, T.D.A. Forbes, L.W. Greene, G. Wu, and W.C. Ellis. 1996. Adipose tissue dynamics of grazing beef cattle differing in adaptation to heat. Proc. West. Sec. Am. Soc. Anim. Sci. 47:5-7.

11. Reynolds, J.A., G.D. Potter, L.W. Greene, G. Wu, G.K. Carter, M.T. Martin, T.V. Peterson, M. Murray-Gerzik, G. Moss, and R.S. Erkert. 1997. Genetic-diet interactions in the hyperkalemic periodic paralysis syndrome in quarter horses fed varying amounts of potassium. Proc. 15th Equine Nutr. Physiol. Symposium 11-16.

12. Meininger, C.J., K.A. Kelly, T.E. Haynes, W. Yan, and G. Wu. 2001. Enhanced activity of glutamine:fructose-6-phosphate transaminase in diabetic rat tissues. Proc. 7th World Congress for Microcirculation (Monduzzi Editore, ed.), pp. 449-452, Medimond Inc., Bologna, Italy.

13. Meininger, C.J, K. Hatakeyama, T.E. Haynes, K.A. Kelly, and G. Wu. 2002. Tetrahydrobiopterin deficiency in diabetic rats. Chemistry and Biology of Pteridines and Folates.(S. Milstien, G. Kapatos, R.A. Levine & B. Shane, eds.), pp. 349-353, Boston: Kluwer Academic.

14. Wu, G., and S.M. Morris, Jr. 2004. Arginine metabolism in mammals. In: Metabolic & Therapeutic Aspects of Amino Acids in Clinical Nutrition, 2nd Edition (L.A. Cynober, ed.), pp. 153-167. CRC Press, Boca Raton, FL.

15. Meininger, C.J., K.A. Kelly, K. Hatakeyama, and G. Wu. 2004. Tetrahydrobiopterin deficiency occurs in both type I and type II diabetes mellitus: role of insulin and GTP-CH. In: Pterins, Folates, and Neurotransmitters in Molecular Medicine (B. Thony & N. Blau, eds.). SPS Verlagsgesellschaft mbh, Heilbronn, Germany, pp. 83-87.

16. Wu, G., C.J., K.A. Kelly, K. Hatakeyama, and C.J. Meininger. 2004. Regulation of endothelial tetrahydrobiopterin synthesis by L-arginine. In: Pterins, Folates, and Neurotransmitters in Molecular Medicine (B. Thony & N. Blau, eds.), SPS Verlagsgesellschaft mbh, Heilbronn, Germany, pp. 54-59.

17. Fang, Y.Z., S. Yang, and G. Wu. 2004. Application of the concept of free radical homeostasis in agricultural sciences. In: Advances in Free Radical Life Sciences, Vol. 10 (edited by Y.P. Tian), Atomic Energy Press, Beijing, China, pp. 1-14.

18. Fang, Y.Z., S. Yang, and G. Wu. 2004. Important actions of antioxidants in free radical homeostasis. In: Advances in Free Radical Life Sciences, Vol. 10 (edited by Y.P. Tian), Atomic Energy Press, Beijing, China, pp. 15-25.

19. Wu, G. 2004. Roles of arginine in placental and fetal growth. In: Proceedings of International Symposium on Global and Regional Issues in Swine Production (S.W. Kim and G. Wu, eds.), pp. 47-65, Texas Tech University, TX, USA.

20. Kim, S.W., and G. Wu. 2004. Proceedings of International Symposium on Global and Regional Issues in Swine Production (eds.), pp. 1-193, Texas Tech University, TX, USA.

19. Wu, G., and J.T. Self. 2005. Proteins. In: Encyclopedia of Animal Science (W.G. Pond & A.W. Bell, eds.), Marcel Dekker, Inc., New York, NY, pp. 757-759.

21. Wu, G., and J.T. Self. 2005. Amino acids: metabolism and functions. In: Encyclopedia of Animal Science (W.G. Pond & A.W. Bell, eds.), Marcel Dekker, Inc., New York, NY, pp. 9-12.

22. Flynn, N.E., C.J. Meininger, T.E. Haynes, W. Shi, and G. Wu. 2005. Mechanisms for dietary regulation of NO synthesis in mammals. In: "Nutrients and Cell Signaling", (J. Zempleni & K. Dakshinamurti, eds.), pp. 225-252, Marcel Dekker, New York, N.Y.

23. Wu, G., D.A. Knabe, and N.E. Flynn. 2005. Amino acid metabolism in the small intestine: biochemical bases and nutritional significance. In: Biology of Metabolism of Growing Animals (D.G. Burrin and H.J. Mersmann, eds.), pp. 107-126, Elsevier, New York.

24. Kim, S.W., and G. Wu. 2005. Amino acid requirements for breeding sows. In: II International Symposium on Nutritional Requirements of Poultry and Swine H.S. Rostagno and L.F.T. Albino, eds.), pp. 199-218. Suprema Grafica, Vicosa, Brazil.

25. Wu, G. 2005. Nutritional regulation of NO synthesis and its implications for health. In: EURO Conference on Nutrition, Immune Functions and Health, Chapter 7, Institut Pasteur, Paris, France.

26. Wu, G., S.W. Kim, D.A. Knabe, and Y.L. Yin. 2005. An important role for arginine in piglet nutrition. In: Advances in Piglet Milk Replacer Research and Techniques for Developing Low-Cost Concentrates (F.Y. Cai, ed.), pp. 9-14, Feed Research Institute, Beijing, China.

27. Kim, S.W., and G. Wu. 2005. Amino acid nutrition for pregnant sows. In: Advances in Piglet Milk Replacer Research and Techniques for Developing Low-Cost Concentrates (F.Y. Cai, ed.), pp. 15-21, Feed Research Institute, Beijing, China.

28. Kim, S.W., R.D. Mateo, Y.L. Yin, and G. Wu. 2006. Functional amino acids and fatty acids for enhancing production performance of sows and piglets. Proceedings of International Symposium on Recent Advances in Animal Nutrition, pp. 89-100, Busan, Korea.

29. Smits, C.H.M., P. Ramaekers, B. Kemp, W. Hazeleger, and G. Wu. 2006. The role of functional nutrients in prenatal survival and growth of porcine fetuses in early gestation. In: Allen D. Leman Swine Conference, University of Minnesota, St. Paul, Minnesota, pp. 83-91.

30. Wu, G., F.W. Bazer, S.W. Kim, T.E. Spencer, and Y.L. Yin. 2007. New developments in amino acid research. In: Animal Production and Animal Science Worldwide: WAAP Book of the Year 2006. Wageningen Academic Publishers, The Netherlands, pp. 299-315.

31. Wu, G., and S.W. Kim. 2007. Functional amino acids in animal production. In: Encyclopedia of Animal Science (W.G. Pond & A.W. Bell, eds.), Marcel Dekker, Inc., New York, NY. 1:1, 1-3. DOI: 10.1081/E-EAS-120043422.

32. Wu, G. 2008. Intrauterine growth retardation in livestock: Implications, mechanisms, and solutions. 44th Easter Nutrition Conference, Animal Nutrition Association of Canada. pp. 143-152, Ottawa, Canada.

33. Wu, G. 2008. Arginine nutrition and reproductive performance in swine. III CONGRESO CLANA (Congress of Latin America Animal Nutrition) (Cancun, Mexico), pp. 143-155.

34. Kim, S.W., Wu, G., Y. Zhao, and P. Li. 2009. Applications of ideal protein and selection of protein sources for sows and piglets. In: Progress in Functional Amino Acids and Carbohydrates for Animal Production. (Proceedings of 4th International Symposium on Animal Nutrition, Health and Feed Additive, July 4-5, 2009, Guangzhou, China (Y.L. Yin, G. Liu and T.E. Spencer, eds.), Institute of Subtropical Agriculture, Chinese Academy of Sciences, Changsha, Hunan, China. pp. 32-40.

35. Wu, G., F.W. Bazer, G.A. Johnson, S.W. Kim, D.A. Knabe, P. Li, X.L. Li, T.E. Spencer, and Y.L. Yin. 2009. Recent advances in swine amino acid nutrition: molecular and functional studies. In: Progress in Functional Amino Acids and Carbohydrates for Animal Production. (Proceedings of 4th International Symposium on Animal Nutrition, Health and Feed Additive, July 4-5, 2009, Guangzhou, China (Y.L. Yin, G. Liu and T.E. Spencer, eds.), Institute of Subtropical Agriculture, Chinese Academy of Sciences, Changsha, Hunan, China. pp. 645-652.

36. Wu, G., F.W. Bazer, R.C. Burghardt, G.A. Johnson, S.W. Kim, D.A. Knabe, X.L. Li, M.C. Satterfield, S.B. Smith, and T.E. Spencer. 2010. Functional amino acids in swine nutrition and production. In: Dynamics in Animal Nutrition (J. Doppenberg and P. van der Aar, ed.), Wageningen Academic Publishers, The Netherlands, pp. 69-98.

37. McNeal, C., G. Wu, S. Vasquez, D.P. Wilson, M.C. Satterfield, J.R. McKnight, and H. Malbari. 2010. The role of arginine for treating obese youth. In: Global Perspectives on Childhood Obesity (D. Bagchi, ed.), Elsevier, New York, NY. pp. 433-442.

38. Wu, G. 2010. Importance of intestinal amino acid metabolism in nutrition and health: Thinking Out of the box. In: Gentech's First Nutrition International Forum. Shanghai, China. pp. 2-20.

39. Wu, G. 2010. Biochemical and physiological limitations to efficiency of amino acid utilization for animal growth. In: Energy and Protein Metabolism and Nutrition (G.M. Crovetto, ed.), Wageningen Academic Publishers, The Netherlands. pp. 363-372.

40. Satterfield, M.C., J.A. Coverdale, and G. Wu. 2010. A review of fetal programming: Implications to horse health. Proceedings of the 56th Annual Convention of the American Association of Equine Practitioners. pp. 207-214.

41. Satterfield, M.C., J.R. McKnight, X.L. Li, and G. Wu. 2011. Nutrition, epigenetics, and vascular function. In: Nutrition, Epigenetic Mechanisms, and Human Disease (N. Maulik, ed.), CRC Press, New York. pp. 125-139.

42. Wu, G., and M.C. Satterfield. 2011. Proteins: oxidation, turnover and proteomics. In: Encyclopedia of Animal Science, 2nd edition (W.G. Pond, D. Ullrey and C. Kirk-Baer, eds.), Taylor & Francis Group, New York, NY. pp. 1:1, 929-931.

43. Wu, G., X.L. Li, J.R. McKnight, and M.C. Satterfield. 2011. Amino acids: utilization, gene expression and cell signaling. In: Encyclopedia of Animal Science, 2nd edition (W.G. Pond, D. Ullrey and C. Kirk-Baer, eds.), Taylor & Francis Group, New York, NY. pp. 1:1, 17-19.

44. Kristensen, N.B. and G. Wu. 2011 Metabolic functions of the porcine liver. In: Swine Metabolism and Nutrition. (In press)

45. Wu, G. 2011. Arginine and immune function. In: Diet, Immunity, and Inflammation, edited by P.C. Calder, Woodhead Publishing, U.K.

46. Wu, G., Beth Imhoff-Kunsch, and A.W. Girard. 2011. Biological mechanisms for nutritional regulation of fetal growth and development. Gates Foundation Nutrition and Health book series.

47. Bazer, F.W., G.A. Johnson, G.H. Song, and G. Wu. 2012. Pregnancy recognition signaling, fetal-placental development and prenatal fetal programming. In: Animal Reproduction in Livestocks (Eds., Susana Astiz Blanco and Antonio Gonzalez Buines), in Encyclopedia of Life Support Systems (EOLSS), Developed under the Auspices of the UNESCO, Eolss Publishers, Oxford, UK [http://www.eolss.net/]. Vol. 5.15.20.01

48. Wu, G. 2012. Dietary requirements of "nutritionally essential amino acids" by swine. Recent Advances in Animal Nutrition and Feed Sciences (Y.L. Yin, ed.), Chinese Academy of Sciences, Institutes of Subtropical Agriculture, Changsha, China.

49. Botchlett, R., J.M. Lawler, and G. Wu. 2013. L-Arginine and L-citrulline in sports nutrition and health. In: Nutrition and Enhanced Sports Performance: Recommendations for muscle Building (edited by Debasis Bagchi, Sreejayan Nair, and Chandan K. Sen), Elsevier, New York. pp. 439-446.

***Abstracts:***

1. Wu, G., and J.R. Thompson. 1986. Leucine degradation in skeletal muscle of fed and fasted chicks. Can. J. Anim. Sci. 66:1195.

2. Wu, G., and J.R. Thompson. 1987. The effect of ketone bodies on leucine, valine and alanine metabolism in chick skeletal muscle. J. Anim. Sci. 65 (Suppl. 1):252.

3. Wu, G., and J.R. Thompson. 1987. The effect of acetoacetate on protein turnover in chick skeletal muscle. J. Anim. Sci. 65 (Suppl. 1):252.

4. Wu, G., G. Sedgwick, and J.R. Thompson. 1989. Transamination and decarboxylation of methionine in chick skeletal muscle. Can. J. Anim. Sci. 69:285.

5. Wu, G., C.J. Field, and E.B. Marliss. 1990. Elevated glutamine metabolism in splenocytes from BB rats. Diabetes 39 (Suppl. 1):150A.

6. Wu, G., M. Montambault, A. Gunasekara, C.J. Field, and E.B. Marliss. 1990. Glutamine: an important fuel for cells of the immune system. Proc. Can. Fed. Biol. Soc. p.104.

7. Field, C.J., G. Wu, and E.B. Marliss. 1990. Enhanced energy metabolism in splenocytes of diabetic BB rats. Lessons from animal diabetes: 3rd International Workshop, March 19-24, 1990. Jerusalem, Israel.

8. Field, C.J., G. Wu, and E.B. Marliss. 1990. Abnormal glucose metabolism in splenocytes from diabetes□prone BB (BBdp) rats. Clin. Invest. Med. 13:B23.

9. Wu, G., J.R. Thompson, V.E. Baracos, and S. Tian. 1990. Glutamine metabolism in mammalian and avian skeletal muscle. Can. J. Anim. Sci. 70:1193-1194.

10. Marliss, E.B., and G. Wu. 1990. Substrate and hormonal adaptation to underfeeding: Implications for body protein metabolism. 10th Annual Bristol-Myers Squibb/Mead Johnson Symposium on Nutrition Research, October 11-12,1990, Toronto.

11. Field, C.J., G. Wu, and E.B. Marliss. 1991. Which cells are responsible for the enhanced immunocyte energy metabolism in the spontaneously diabetic BB rat? Diabetes 40 (Suppl. 1):55A.

12. Wu, G., A. Gunasekara, H. Brunengraber, and E.B. Marliss. 1991. Effects of pH, $CO_2$ and $HCO_3^-$ on ketogenesis in the perfused rat liver. Diabetes 40 (Suppl. 1):42A.

13. Field, C.J., G. Wu, and E.B. Marliss. 1991. Enhanced metabolism of glucose and glutamine in mesenteric lymph node lymphocytes from spontaneously diabetic (BBd) rats. Proc. Can. Fed. Biol. Soc., 1991, p.54.

14. Wu, G., C.J. Field, and E.B. Marliss. 1991. Glucose and glutamine metabolism in peritoneal macrophages from normal (BBn) and spontaneously diabetic BB (BBd) rats.

Proc. Can. Fed. Biol. Soc., 1991, p.57.

15. Wu, G., C.J. Field, M. Montambault, M. Faucher, A. Gunasekara, and E.B. Marliss. 1991. Stimulation of pentose phosphate pathway by phorbol myristate acetate (PMA) plus ionomycin (Iono) in macrophages from normal (BBn) and spontaneously diabetic BB (BBd) rats. Clin. Invest. Med. 14 (Suppl.):A27.

16. Field, C.J., G. Wu, and E.B. Marliss. 1992. T-Lymphocyte energy metabolism is increased in the spontaneously diabetic BB (BBd) rats. The Annual Meeting of Canadian Federation of Biological Science. June 18-20, 1992, Victoria, BC, Canada.

17. Wu, G., L.D. Herd, and L.W. Greene. 1992. Glutamine metabolism in steer blood mononuclear cells. J. Anim. Sci. 70 (Suppl. 1):293.

18. Wu, G., and C.J. Meininger. 1993. L-arginine synthesis from L-citrulline in endothelial cells. FASEB J. 7:A229.

19. Wu, G., and N.E. Flynn. 1993. Enhanced arginine metabolism and NO synthesis in BB rat macrophages. Diabetes 42 (Suppl.):239A.

20. Wu, G., and D.A. Knabe. 1993. Free and protein-bound amino acids in sow's milk. J. Anim. Sci. 71 (Suppl. 1):144.

21. Wu, G., and D.A. Knabe. 1993. Glutamine metabolism in pig enterocytes. J. Anim. Sci. 71 (Suppl. 1):130.

22. Meier, S.A., D.A. Knabe, G. Wu, and A. Borbolla. 1993. Glutamine supplementation to diets of 21 day-old pigs. J. Anim. Sci. 71 (Suppl. 1):170.

23. Flynn, N.E., and G. Wu. 1993. Oral administration of aminoguanidine does not prevent diabetes or raise blood pressure in the BB rat. The Society for Experimental Biology and Medicine Annual Meeting, The Southwest Section, Oct. 22-23, 1993, University of North Texas Health Science Center at Fort Worth.

24. Flynn, N.E., S.P. Flynn, and G. Wu. 1994. Dietary protein deficiency decreases NO synthesis *in vivo* in growing rats. FASEB J. 8:A547.

25. Wu, G., D.A. Knabe, N.E. Flynn, and W. Yan. 1994. Glutamine and glucose metabolism in enterocytes of the neonatal pig. FASEB J. 8:A462.

26. Sprinkle, J.E., H.S. Hansard, M.R. Guzman, B.G. Warrington, J.W. Holloway, G. Wu, and S.B. Smith. 1994. Physiological adaptation in adipose tissue of Bos indicus vs Bos taurus cattle. J. Anim. Sci. 72 (Suppl. 2):119.

27. Flynn, N.E., N. Perks, and G. Wu. 1995. A role for endogenous arginine synthesis in regulating arginine homeostasis in neonatal pigs. FASEB J. 9:A865.

28. Wu, G, and C.J. Meininger. 1995. Impaired arginine metabolism and NO synthesis in coronary endothelial cells of spontaneously diabetic BB rats. FASEB J. 9:A681.

29. Zhang, J., M.-Y. Hong, G. Wu, R.S. Chapkin, and J.R. Lupton. 1995. Utilization of butyrate by colonocytes is altered during the tumorigenic process. FASEB J. 9:A990.

30. Wu, G., and D.A. Knabe. 1995. Arginine synthesis in enterocytes of neonatal pigs. FASEB J. 9:A742.

31. Zhang, W., C. Meininger, and G. Wu. 1996. Impaired proliferation of endothelial cells (EC) from diabetic BB rats. FASEB J. 10:A622.

32. Zhang, J., G. Wu, R.S. Chapkin, and J.R. Lupton. 1996. Synthesis of colonic membrane phospholipids is altered during tumorigenesis and is affected by diet. FASEB J. 10:A493.

33. Kowalski, T.J., G. Wu, and M. Watford. 1996. Rat subcutaneous adipose tissue glutamine release using arteriovenous differences. FASEB J. 10:A738.

34. Wu, G., and D.A. Knabe. 1996. Arginine degradation in pig enterocytes. FASEB J. 10:A286.

35. Flynn, N.E., J.T. Davidson, and G. Wu. 1996. Enhanced glutamine and arginine metabolism in cortisol-treated suckling pigs. FASEB J. 10:A738.

36. Sprinkle, J.E., J.W. Holloway, B.G. Warrington, G.D. Hufstedler III, J.W. Stuth, T.D.A. Forbes, L.W. Greene, G. Wu, and W.C. Ellis. 1996. Adipose tissue dynamics of grazing beef cattle differing in adaptation to heat. J. Anim. Sci. 74 (Suppl. 1):124.

37. Sprinkle, J.E., C.L. Ferrell, J.W. Holloway, L.W. Greene, and G. Wu. 1996. Adipose tissue dynamics of limited-fed and full-fed beef cattle differing in adaptation to heat. J. Anim. Sci. 74 (Suppl. 1):266.

38. Meininger, C.J., W. Zhang, T. Haynes, and G. Wu. 1996. Proliferation of endothelial cells (EC) from diabetic BB rats is impaired. J. Vasc. Res. 33(S1):66.

39. Wu, G., F.W. Bazer, T.L. Ott, S.P. Flynn, and E.A. Riley. 1997. NO synthase activity in porcine placenta and endometrium during gestation, May 15-16, 1997, 3rd Annual Meeting of Texas Forum on Female Reproduction, Institute of Biosciences and Technology, Houston.

40. Rojas, J.D., G.M. Martinez, A. Bezner, C.J. Meininger, G. Wu, D.E. Wesson, and R. Martinez-Zaguilan (1997) Plasmalemmal vacuolar type $H^+$-ATPases (pmV-ATPases) regulate intracellular pH ($pH_{in}$) in microvascular coronary endothelial cells (MCEC). Biophys. J. 72:WP233.

41. Zhang, J., G. Wu, R.S. Chapkin, K.G. Maciorowski, and J.R. Lupton. 1998. Urea synthesis in rat colonocytes is affected by fiber and carcinogen. FASEB J. 12:A657.

42. Flynn, N.E., G. Wu, C.J. Meininger, K. Kelly, N.H. Ing, and S.M. Morris, Jr. 1998. Enhanced mRNA levels for intestinal type II arginase (ARG), argininosuccinate synthase (ASS) and lyase (ASL) in postweaning pigs. FASEB J. 12:A859.

43. Wu, G., and P.K. Davis. 1998. Compartmentation and kinetics of urea cycle enzymes in pig enterocytes. FASEB J. 12:A861.

44. Rojas, J.D., D.E. Wesson, C.J. Meininger, G. Wu, and R. Martinez-Zaguilan. 1998. Plasmalemmal vacuolar type $H^+$-ATPase (pmV-ATPase) is decreased in microvascular

coronary endothelial cells (MCEC) from an insulin-dependent diabetic model (BBd). FASEB J. 12:A1024.

45. Meininger, C., W. Zhang, K. Kelly, and G. Wu. 1998. Impaired NO production reduces proliferation of endothelial cells from diabetic BB rats. (The Angiogenesis and Vascular Remodeling meeting, Steamboat Springs, CO).

46. Marinos, R.S., C.J. Meininger, and G. Wu. 1998. Selective impairment of BB rat coronary artery endothelial cell proliferation via alteration in NO production. Mol. Biol. Cell 9 (Suppl.):122A.

47. Lupton, J.R., N.D. Turner, D.L. Zoran, W.C.L. Chang, M.-Y. Hong, J. Zhang, G. Wu, and R.S. Chapkin. 1998. Mechanisms by which wheat bran may protect against colon cancinogenesis: the role of butyrate. 6th International Conference on Mechanisms of Antimutagenesis and Anticarcinogenesis, Arcachon, France, October 25-29, 1998.

48. Martinez-Zaguilan, R., E. Seftor, M.J.C. Hendrix, C.J. Meininger, G. Wu, D.E. Wesson, and J.D. Rojas. 1999. Intracellular pH ($pH^{in}$) regulation and invasion in microvascular coronary endothelial cells. FASEB J. 13:A9.

49. Rojas, J.D., C.J. Meininger, G. Wu, and R. Martinez-Zaguilan. 1999. Plasmalemmal vacuolar type $H^+$ ATPase (pm-V-ATPase) are involved in angiogenesis in microvascular endothelial cells. FASEB J. 13:A528.

50. Bennett, D., S. Sanka, G. Tasby, C.J. Meininger, G. Wu, D.E. Wesson, and R. Martinez-Zaguilan. 1999. $Ca^{2+}$ homeostasis in microvascular endothelial cells from an insulin-dependent diabetic model is altered: role of endosomes/lysosomes. FASEB J. 13:A1035.

51. Dillon, E.L., D.A. Knabe, and G. Wu. 1999. Lactate inhibits proline oxidase and synthesis of citrulline and arginine from proline in enterocytes of neonatal pigs. FASEB J. 13:A568.

52. Platts, S.H., K.R. Waitkus, G. Wu, G.A. Meininger, and C.J. Meininger. 1999. Skeletal muscle arterioles from diabetic rats show increased responsiveness to acetylcholine. FASEB J. 13:A834.

53. Dekaney, C.M., G. Wu, and L.A. Jaeger. 1999. Ornithine aminotransferase activity and mRNA expression in porcine fetal small intestine. FASEB J. 13:A1010.

54. Becker, R.M., J.M. Rhoads, J.A. Galanko, C.L. Bose, W.N. Chen, and G. Wu. 1999. Serum amino acid concentrations in infants with necrotizing enterocolitis. Pediatr. Res. 45:630.

55. Li, H., C.J. Meininger, J.R. Hawker, Jr., T.E. Haynes, S.M. Morris, Jr., and G. Wu. 2000. Arginases regulate synthesis of NO, polyamines, glutamate and proline in endothelial cells. FASEB J. 14:A401.

56. Wu, G., and C.J. Meininger. 2000. Glutamine metabolism in endothelial cells: evidence for glucosamine-6-phosphate and ornithine synthesis. FASEB J. 14:A558.

57. Wu, G., N.E. Flynn, and D.A. Knabe. 2000. Cortisol enhances ornithine decarboxylase (ODC) activity and polyamine synthesis in enterocytes of piglets. FASEB J. 14:A692.

58. Rojas, J.D., S. Sanka, M.J.C. Hendrix, E. Seftor, H. Attaya, C.J. Meininger, G. Wu, D.E. Wesson, and R. Martinez-Zaguilan. 2000. Plasmalemmal V-ATPase (pmV-ATPase) is

essential for migration of micovascular endothelial cells. FASEB J. 14:A145.

59. Attaya, N., C.A. Hudson, J.D. Rojas, C.J. Meininger, G. Wu, and R. Martinez-Zaguilan (2000). Plasmalemmal vacuolar type ATPase (pmV-ATPase) in microvascular endothelial cells is regulated by protein kinase C (PKC) and calmodulin kinase (CaM-K). FASEB J. 14:A357.

60. Wu, G., T.E. Haynes, H. Li, W. Yan, and C.J. Meininger. 2000. Glutamine metabolism to glucosamine is necessary for glutamine inhibition of endothelial NO (NO) synthesis. NO: Biol. Chem. 4:226-227.

61. Meininger, C.J., R.S. Marinos, K. Hatakeyama, W. Zhang, and G. Wu. 2000. Tetrahydrobiopterin regulates endothelial cell proliferation. NO: Biol. Chem. 4:195.

62. Li, H., C.J. Meininger, and G. Wu. 2000. Nitrite analysis by high-performance liquid chromatography (HPLC) with fluorescence detection. NO: Biol. Chem. 4:273.

63. Meininger, C.J., K. Kelly, H. Li, and G. Wu. 2000. Glucosamine inhibits inducible NO (NO) synthesis. NO: Biol. Chem. 4:286.

64. Morris, S.M., Jr., S. Mistry, D. Kepka-Lenhart, and G. Wu. 2000. Elevated type I arginase expression enhances polyamine synthesis without inhibiting NO synthesis in RAW 264.7 cells. NO: Biol. Chem. 4:290.

65. Flynn, N.E., D.A. Knabe, B.K. Mallick, and G. Wu. 2000. Arginine deficiency in 7- to 21-day-old suckling piglets. J. Anim. Sci. 78 (Suppl. 1):309.

66. Meininger, C.J., R. Marinos, K. Kelly, and G. Wu. 2000. NO: a homeostatic regulator of endothelial cell (EC) proliferation? Keystone Symposia: Experimental and Clinical Regulation of Angiogenesis (March 2-7, 2000; Salt Lake City, Utah), p. 60.

67. Bush, J.A., G. Wu, H.V. Nguyen, A. Suryawan, P.M.J. O'Connor, C.W. Liu, and T.A. Davis. 2001. Somatotropin differentially affects liver and gut urea cycle enzyme activity in growing pigs. FASEB J. 15:A267.

68. Nash, J.E., S.C. Sanka, R. Lawson, G.M. Martinez, C.J. Meininger, G. Wu, and R. Martinez-Zaguilan. 2001. Calcium stores in microvascular endothelial cells from a spontaneous model of diabetes are altered. FASEB J. 15:A1116.

69. Li, H., C.J. Meininger, J.R. Hawker, Jr., S.M. Morris, Jr., and G. Wu. 2001. Arginase I and II regulate endothelial cell proliferation through polyamine synthesis. American Heart Association Research Symposium. May 5, 2001. Dallas, TX.

70. Meininger, C., K. Hatakeyama, T. Haynes, K. Kelly, and G. Wu. 2001. Tetrahydrobiopterin (BH4) deficiency in endothelial cells (EC) of diabetic rats. Pteridines 12:62.

71. Meininger, C.J., K. Kelly, T.E. Haynes, W. Yan, and G. Wu. 2001. Enhanced activity of glutamine:fructose-6-phosphate transaminase in insulin-sensitive tissues of diabetic rats. 7th World Congress for Microcirculation. August 19-22, 2001. Sydney, Australia.

72. Moody, E.L., C.E. Cole, F.O. Carrette-Carron, W.C. Ellis, G. Wu, M.M. Kothmann, and R.J. Wallace. 2001. Effects of an inhibitor of obligate amino acid fermenting bacteria upon ruminal and nutrient utilization by calves. J. Anim. Sci. 79 (Suppl. 1):288.

73. Meininger, C., K. Hatakeyama, H. Li, R. Marinos, W. Zhang, T. Haynes, K. Kelly, W. Yan, and G. Wu. 2001. Tetrahydrobiopterin deficiency and vascular dysfunction in type I diabetes mellitus. Proc. Aust. Physiol. Pharmacol. Soc. 32 (Suppl. 2):23P.

74. Watford, M., and G. Wu. 2002. Free glutamine levels are low in fast growing chicken skeletal muscle. FASEB J. 16:A745.

75. Dillon, E.L., T.E. Haynes, D.A. Knabe, L.A. Jaeger, and G. Wu. 2002. Cortisol enhances citrulline and arginine synthesis from proline in enterocytes of suckling piglets. FASEB J. 16:A259.

76. Li, H., C.J. Meininger, T.E. Haynes, J.R. Hawker Jr., S.M. Morris Jr., and G. Wu. 2002. Intracellular sources of ornithine for polyamine synthesis in endothelial cells (EC). FASEB J. 16:A745.

77. Meininger, C.J., K.A. Kelly, T. Haynes, E. Bridenbaugh, W. Yan, K. Hatakeyama, and G. Wu. 2002. Insulin treatment prevents an endothelial deficiency of tetrahydrobiopterin (BH4) in diabetic rats. FASEB J. 16:A514.

78. Attava, H.N., C. Meininger, G. Wu, and R. Martinez-Zaguilan. 2002. Ca2+ release from endososmes/lysosomes (E/L) contribute to their fusion with plasma membrane during angiogenesis. FASEB J. 16:A1155.

79. Kwon, H., G. Wu, F.W. Bazer, and T.E. Spencer. 2002. Developmental changes of amino acids in ovine uterine and fetal fluids during pregnancy. Biol. Reprod. 66 (Suppl. 1):186-187.

80. Buga, G.M., P.M. Bauer, L.H.. Wei, G. Wu, and L.J. Ignarro. 2002. Further investigation of the role of NO in the regulation of vascular smooth muscle cell proliferation. NO 6:367.

81. Wei, L.H., G. Wu, S.M. Morris, Jr., and L.J. Ignarro. 2002. Elevated arginase I expression in rat aortic smooth muscle cells increases cell proliferation. NO 6:367.

82. Plunkett, E., M. Rhoads, G. Wu, L. Taylor, T. Weiner, K. Freeman, S. Lichtman, and J. Galanko. 2002. Predictive value of serum citrulline in infants with short bowel syndrome. Thirteenth Annual Research Symposium, The UNC Institute of Nutrition, Chapel Hill, NC.

83. Dekaney, C.M., G. Wu, and L.A. Jaeger. 2002. Enzymatic activity and in vivo gene expression of arginine-metabolizing enzymes in fetal porcine small intestine. Gastroenterology 122 (Suppl. 1):T1319.

84. Ji, F., Y.G. Kim, G. Wu, and S.W. Kim. 2003. Changes of maternal tissues during gestation in primiparous sows: nutritional implications. American Society of Animal Science Midwestern Section, March 17-19, 2003. p. 32. [J. Anim. Sci. 81 (Suppl. 2): 32]

85. McPherson, R.L., F. Ji, G. Wu, and S.W. Kim. 2003. Effects of intrauterine location on fetal growth and development in the pig: nutritional implications. American Society of Animal Science Midwestern Section, March 17-19, 2003. p. 32. [J. Anim. Sci. 81 (Suppl. 2): 32]

86. McPherson, R.L., F. Ji, G. Wu, and S.W. Kim. 2003. Fetal growth and development in the

pig: nutritional implications. American Society of Animal Science Midwestern Section, March 17-19, 2003. p. 21. [J. Anim. Sci. 81 (Suppl. 2): 21]

87. Wu, G., K.A. Kelly, K. Hatakeyama, and C.J. Meininger. 2003. L-Arginine increases tetrahydrobiopterin synthesis in endothelial cells (EC): an explanation of the arginine paradox for NO synthesis. FASEB J. 17:A125.

88. Attaya, M.N., H.N. Attaya, G.M. Martinez, C.J. Meininger, G. Wu, and R. Martinez-Zaguilan. 2003. Protein kinase C activates plasmalemmal vacuolar type proton ATPase (pmV-ATPase) in microvascular endothelial cells. FASEB J. 17:A501.

89. Kohli, R., C.J. Meininger, W. Yan, T.E. Haynes, and G. Wu. 2003. Dietary L-arginine (Arg) supplementation is beneficial for diabetic rats. FASEB J. 17:A1099.

90. Wu, G., K.A. Kelly, K. Hatakeyama, and C.J. Meininger. 2003. Regulation of endothelial tetrahydrobiopterin synthesis by L-arginine. *13th International Conference on pterins, folates, and related biogenic amines.* 3/30-4/05, 2003. Maui, Hawaii.

91. Meininger, C.J., K. Hatakeyama, and G. Wu. 2003. Tetrahydrobiopterin deficiency occurs in both type I and type II diabetes mellitus: role of insulin and GTP-CH. *13th International Conference on pterins, folates, and related biogenic amines.* 3/30-4/05, 2003. Maui, Hawaii.

92. Meininger, K.M. Channon, J.L. Parker, K.A. Kelly, W. Elizabeth, T.E. Haynes, and G. Wu. 2003. GTP cyclohydrolase I gene transfer reverses tetrahydrobiopterin deficiency and increases NO synthesis in endothelial cells and isolated vessels from diabetic rats. *13th International Conference on pterins, folates, and related biogenic amines.* 3/30-4/05, 2003. Maui, Hawaii.

93. Rhoads, J.M., E. Plunkett, G. Wu, J. Galanko, S. Lichtman, L. Taylor, T. Weiner, and K. Freeman. 2003. Serum citrulline correlates with enteral tolerance and bowel length in infants with short bowel syndrome. Gastroenterology 124 (Supp. 1):A94.

94. Wu, G., J.T. Self, G.A. Johnson, F.W. Bazer, and T.E. Spencer. 2003. Developmental changes in placental NO synthesis in pigs. Biol. Reprod. 68 (Suppl. 1):153.

95. Kwon, H., T.E. Spencer, F.W. Bazer, and G. Wu. 2003. Developmental changes in polyamine synthesis by ovine placenta. Biol. Reprod. 68 (Suppl. 1):153-154.

96. Spencer, T.E., G.A. Johnson, F.W. Bazer, and G. Wu. 2003. Regulation of placental NO synthesis by estrogen and progesterone. Biol. Reprod. 68 (Suppl. 1):363-364.

97. Steinle, J.J., C.J. Meininger, G. Wu, and H.J. Granger. 2003. The role of ephrin B2 in retinal endothelial cell migration and proliferation. Invest. Ophth. Vis. Sci. 44: (Suppl. 2):2884.

98. Manso-Filho, H.C., H.E.C. Costa, W.S. Lagakos, K.H. McKeever, G. Wu, and M. Watford. 2004. Plasma glutamine in transition mares. International Congress on Animal Reproduction. Brazil.

99. Marliss, E.B., S. Chevalier, R. Gougeon, J.A. Morais, and G. Wu. 2004. Elevated plasma levels of methylarginines are associated with insulin resistance in obese and aged humans. Diabetes 53:1290-P.

100. Meininger, C.J., J.L. Parker, K.A. Kelly, T.E. Haynes, and G. Wu. 2004. Dietary arginine supplementation improves endothelial NO synthesis and vasorelaxation in the Zucker diabetic fatty rat. FASEB J. 18:A122.

101. Meininger, C.J., S. Cai, J.L. Parker, K.M. Channon, K.A. Kelly, E.J. Becker, M.K. Wood, L.A. Wade, and G. Wu. 2004. GTP cyclohydrolase I gene transfer increases NO synthesis in endothelial cells and isolated vessels from type I and type II diabetic rats. FASEB J. 18:A641.

102. Haynes, T.E., K. Shimotori, H. Sato, D.D. Black, N.E. Flynn, and G. Wu. 2004. Glutamine prevents hydrogen peroxide-induced enterocytes death. FASEB J. 18:A476.

103. Kim, S.W., R.L. McPherson, and G. Wu. 2004. Dietary arginine supplementation enhances the growth of milk-fed young pigs. FASEB J. 18:A377.

104. Saraswathi, V., W. Lei, G. Wu, M. Toborek, and B. Hennig. 2004. Linoleic acid activates vascular endothelial cells via peroxynitrite formation. FASEB J. 18:A102.

105. Kim, S.W., R.L. McPherson, and G. Wu. 2004. Dietary arginine supplementation enhances the immune status of milk-fed young pigs. FASEB J. 18: A378.

106. Schlabritz-Loutsevitch, N., G. Wu, G. Hubbard, T.J. McDonald, S.L. Jenkins, and P.W. Nathanielsz. 2004. Arginine, serine and glycine during baboon pregnancy. J. Soc. Gynecol. Invest. 11: 252A.

107. Kwon, H., S.P. Ford, F.W. Bazer, T.E. Spencer, P.W. Nathanielsz, M.J. Nijland, B.W. Hess, and G. Wu. 2004. Maternal undernutrition reduces concentrations of amino acids and polyamines in ovine fetal plasma and placental fluids. J. Soc. Gynecol. Invest. 11: 270A.

108. Wu, G., T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2004. Polyamine synthesis from proline in the developing porcine placenta. Biol. Reprod. Special Issue p. 158.

109. Ji, F., G. Wu, D.R. Mateo, and S.W. Kim. 2004. Changes in composition in pregnant gilts and its nutritional application to improve reproductive performance. Texas Forum on Female Reproduction. 10th Annual Meeting, Houston, TX.

110. Ji, F., G. Wu, R. Blanton Jr., and S.W. Kim. 2004. Changes in composition in various body tissues in pregnant gilts and its nutritional implications. J. Anim. Sci. 82 (Suppl. 1): 426.

111. Shi, W., T.E. Haynes, C.J. Meininger, S.B. Smith, and G. Wu. 2005. Amino acid metabolism in 3T3-L1 preadipocytes during differentiation. FASEB J 19: A439.

112. Fu, W., T.E. Haynes, R. Kohli, J. Hu, W. Shi, T.E. Spencer, R.J. Carroll, C.J. Meininger, and G. Wu. 2005. L-Arginine is a novel anti-obesity nutrient for Zucker diabetic fatty rats. (2005) L-Arginine treatment enhances NO synthesis and reduces obesity in Zucker diabetic fatty rats. FASEB J 19: A463.

113. Sanders, L.M., G. Wu, N.D. Turner, R.S. Chapkin, and J.R. Lupton. 2005. Dietary fat and fiber modulate the colonic redox environment during the initiation stage of radiation-enhanced colon carcinogenesis in rats. FASEB J 19: A776.

114. Wu, G., P.R. O'Quinn, and D.A. Knabe. 2005. Branched-chain amino acid catabolism in lactating porcine mammary tissue. FASEB J 19: A985.

115. Kim, S.W., F. Ji, G. Wu, and R.D. Mateo. 2005. Ideal protein to improve protein utilization of sows during gestation and lactation. The 56th Annual Meeting of EAAP. p. 240.

116. Ji, F., G. Wu, M.F. Miller, and S.W. Kim. 2005. Ideal amino acid formulation in gestation diets to improve gestation and subsequent lactation peformance of sows. J. Anim Sci. 83 (Suppl. 2): 31.

117. Sipe, G., B. Zanghi, G. Wu, J. Boling, and J. Matthews. 2005. Blood chemical and plasma amino acid profiles of old versus mature young beef cows. J. Anim. Sci. 83 (Suppl. 1): 25-26.

118. Frank, J., J. Escobar, A. Suryawan, C. Liu, H. Nguyen, T. Davis, and G. Wu. 2005. Effect of oral N-carbamoylglutamate (NCG) supplementation on growth and tissue protein synthesis in piglets. J. Anim. Sci. 83 (Suppl. 1): 118.

119. Wu, G., W. Shi, T. Spencer, B. Hess, P. Nathanielsz, and S. Ford. 2005. Production system under which ewes are selected alters nutrient availability to the fetus in response to early pregnancy undernutrition. J. Anim. Sci. 83 (Suppl. 1): 297.

120. Mateo, R.D., G. Wu, J.A. Carroll, I. Shinzato, and S.W. Kim. 2006. Dietary L-arginine supplementation improves pregnancy outcome in gilts. J. Anim. Sci. 84 (Suppl. 2): 7-8.

121. Frank, J.W., J. Escobar, Nguyen, S.C. Jobgen, T.A. Davis, and G. Wu. 2006. Oral N-carbamoylglutamate (NCG) supplementation increases growth rate in sow-reared piglets. FASEB J. A425.

122. Yang, X., J.J. Holst, G. Wu, and M.Z. Fan. 2006. Postnatal decreases in cardiac muscle fractional protein synthesis rates in fed pigs measured by an intraperitoneal flooding dose of L-[ring-$^{2}H_5$]Phe. FASEB J. A10.

123. Yang, X., Y. Mine, M. Du, G. Wu, J. France, and M.Z. Fan. 2006. Postnatal changes in extracellular concentrations of free amino acids are associated with declining fractional protein synthesis rates in skeletal muscles of fed pigs. FASEB J. A163.

124. Kim, S.W., R.D. Mateo, G. Wu, J.A. Carroll, and I. Shinzato. 2006. Dietary L-arginine supplementation affects immune status of pregnant gilts. FASEB J. A424.

125. Yin, F.G., X.F. Kong, Y.L. Yin, H.J. Liu, Y.P. Liao, and G.Y. Wu. 2006. Dietary supplementation with the Chinese herb improves growth performance and tissue integrity in weanling piglets. J. Anim. Sci. 84 (Suppl. 1): 47.

126. Li, L.L., Z.P. Hou, Y.H. Liu, D.X. Hou, B. Zhang, G.Y. Wu, C.B. Yang, X.J. Yang, Z.R. Tang, Y.L. Yin, and M.Z. Fan. 2006. Intramuscular administration of zinc metallothionein to preslaughter-stressed pigs improves anti-oxidative function and pork quality. J. Anim. Sci. 84 (Suppl. 1): 116.

127. Chen, L.X., Y.L. Yin, W.S. Jobgen, D.A. Knabe, and G. Wu. 2006. Catabolism of essential amino acids in enterocytes of growing pigs. J. Anim. Sci. 84 (Suppl. 1): 119.

128. Wu, G., S.W. Kim, D.A. Knabe, and Y.L. Yin. 2006. Nutrition of the arginine-family amino acids in nonruminant animals. J. Anim. Sci. 84 (Suppl. 1): 257.

129. Mateo, R.D., G. Wu, J.A. Carroll, I. Shinzato, H.K. Moon, and S.W. Kim. 2006. Effects of L-arginine supplementation on lactation performance of first parity sows. J. Anim. Sci. 84 (Suppl. 1): 257.

130. Augspurger, N.R., D.M. Webel, J.D. Spencer, and G. Wu. 2006. Dietary supplementation with L-arginine for finishing pigs. J. Anim. Sci. 84 (Suppl. 1): 284.

131. Zhang, J., Y.L. Yin, and G.Y. Wu. 2006. Dietary sources of starch affect intestinal absorption and metabolism of glucose and amino acids in growing pigs. J. Anim. Sci. 84 (Suppl. 1): 287.

132. Wu, G.Y., Y.L. Yin, and N.E. Flynn. 2006. Cortisol enhances N-acetylglutamate synthase activity and arginine synthesis in enterocytes of suckling piglets. J. Anim. Sci. 84 (Suppl. 1): 452.

133 Kong, X.F., Y.L. Yin, H.J. Liu, F.G. Yin, T.J. Li, R.L. Huang, P. Kang, F.F. Xing, G.Y. Wu, M.Z. Fan, C.B. Yang, and Q.H. He. 2006. Dietary supplementation with the ultra-fine powder of Chinese herbs enhances cellular and humoral immunities in early-weaned piglets. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 9.

134 Kong, X.F., Y.L. Yin, R.L. Huang, F.G. Yin, H.J. Liu, Q.H. He, T.J. Li, M.Z. Fan, G.Y. Wu, C.B. Yang, and P. Zhang. 2006. Effects of the ultra-fine powder of Chinese herbs as dietary additive on growth performance and serum biochemical metabolites in early-weaned piglets. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 37.

135. Yin, Y.L., Z.Y. Tang, R.L. Huang, G.Y. Wu, X.G. He, X.F. Kong, R.G. Zhang, J. Zhang, C.B. Yang, T.J. Li, Z.P. Hou, Q. Hu, Z.H. Sun, and M.Z. Fan. 2006. Dietary supplementation of galacto-mannan-oligosaccharides or chitosan enhanced cytoimmunity and humoral immunity in early-weaned piglets. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 40.

136. Chen, L.X., Y.L. Yin, W.S. Jobgen, S.C. Jobgen, D.A. Knabe, W.X. Hu, and G. Wu. 2006. In vitro oxidation of essential amino acids by intestinal mucosal cells of growing pigs. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 48.

137. Yin, Y.L., T.J. Li, Y.M. Zhang, S.Y. Bin, G.Y. Wu, R.L. Huang, Q.Z. Dai, P. Zhang, Z.P. Hou, and H. Yang. 2006. Peformance and nitrogen metabolism in weaned pigs fed diets containing different sources of starch. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 60.

138. Wang, B., Y.L. Yin, R.L. Huang, G.Y. Wu, and T.J. Li. 2006. Effect of galacto-mannan-oligosaccharides on portal vein plasma and blood flow rates and net appearance of amino acids and glucose in portal blood, and $O_2$ consumption by the portal vein-drained organs in growing pigs. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 68.

139. Deng, D., Y.L. Yin, R.L. Huang, T.J. Li, C.B. Yang, M.Z. Fan, and G.Y. Wu. 2006. Nitrogen balance and growth performance in barrows fed low crude-protein diets supplemented with essential mino acids. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 94.

140. Deng, D., Y.L. Yin, R.L. Huang, T.J. Li, M.Z. Fan, and G.Y. Wu. 2006. Growth performance and metabolic responses in barrows fed low-protein diets supplemented with amino acids. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 94.

141. Zhang, Y.G., Y.L. Yin, T.J. Li, R.L. Huang, Z.P. Hou, P. Zhang, M.Z. Fan, and G. Wu. 2006. Effect of different sources of dicalcium phosphate on P digestibility in growing pigs. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 98.

142. Zhang,Y.G., Y.L. Yin, M.Z. Fan, T.J. Li, R.L. Huang, P. Zhang, and G. Wu. 2006. The effect of different P level diets on the digestibility and output of P and nitrogen. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 99.

143. Fang, R.J., Y.L. Yin, K.N. Wang, G.Y. Wu, D. Qi, M.Z. Fa, and C.H. Huang. 2006. Additivity of apparent and true phosphorus digestibitilies in feed ingredients for growing pigs. 10th International Symposium on Digestive Physiology in Pigs, May 25-27, 2006, Vejle, Denmark. p 99.

144. Gao, H., T.E. Spencer, G. Wu, G.A. Johnson, and F.W. Bazer. 2006. Mammalian target of rapamycin in ovine conceptus development. Biol. Reprod. Special Issue: 123.

145. Bazer, F.W., H. Gao, T.E. Spencer, and G. Wu. 2006. Expression of uteroferrin (ACP5) in the ovine uterus. Biol. Reprod. Special Issue: 151.

146. Bazer, F.W., H. Gao, T.E. Spencer, G. Wu, and G.A. Johnson. 2006. Mammalian target of rapamycin (FRAP1) in ovine conceptus development. Proc. 7th International Ruminant Reproduction. Wellington, New Zealand. P. 97.

147. Jin-Young, K., T.E. Spencer, H. Gao, G. Wu, G.A. Johnson, and F.W. Bazer. 2007. Insulin-like growth factor 2 (IGF2) activates AKT signaling in ovine trophoblast cells. Biol. Reprod. Special Issue: 124-125.

148. Spencer, T.E., R.C. Burghardt, G.A. Johnson, G. Wu, and F.W. Bazer. 2007. Pathways Regulating Conceptus-Endometrial Interactions: Insights from the Sheep. Mammalian Embryogenomics Meeting, 2007.

149. Bazer, F.W., H. Gao, J.-Y. Kim, C. Satterfield, T.E. Spender, G. Wu, and G.A. Johnson. 2007. Ovine conceptus development and nutrient signaling via mammalian trget of rapamycin (FRAP1). Mammalian Embryogenomics Meeting, 2007.

150. Gao, H., T.E. Spencer, G. Wu, G.A. Johnson, and F.W. Bazer. 2007. Glucose transporters in the ovine uterus and conceptus during pregnancy. Biol. Reprod. Special Issue: 203-204.

151. Lassala, A., T.E. Spencer, T. Cudd, M. Satterfield, P. Li, F. Bazer, and G. Wu. 2007. Intravenous administration of arginine or citrulline increaseds plasma concentrations of arginine in pregnant ewes. Biol. Reprod. Special Issue: 208.

152. Bin, Z., L.L. Li, Y.L. Yu, H.Z. Peng, K.M. Yang, T.J. Li, Z.P. Hou, P. Zhang, and G.Y. Wu. 2007. Dietary supplementation with polysaccharides of *atractylis macroceohala koidz* enhances growth performance in weaned piglets. J. Anim. Sci. 85 (Suppl. 1): 74.

153. Wu, X., S.Y. Bin, G.Y. Wu, X.F. Kong, Y.L. Yin, T.J. Li, and R.L. Huang. 2007. Effects of feeding resistant starch on glucose and hormone levels in plasma of weaned piglets. J. Anim. Sci. 85 (Suppl. 1): 74-75.

154. Kong, X.F., Y.L. Yin, F.G Yin, H.J. Liu, F.F. Xing, Q.H. He, T.J. Li, R.L. Huang, P. Zhang, M.Z. Fan, S. W. Kim, and G. Y. Wu. 2007. Changes of physiological and biochemical parameters in weaned pigs. J. Anim. Sci. 85 (Suppl. 1): 88.

155. Wu, X., Y.L. Yin, G.Y. Wu, T.J. Li, Y.G Zhang, F.Y. Yan, R.L. Huang, and M.Z. Fan. 2007. Effects of different available-phosphorus levels in diets on nitrogen and phosphorus digestibilities in growing pigs. J. Anim. Sci. 85 (Suppl. 1): 156.

156. Chu, W.Y., Y.L. Yin, K. Yao, T.J. Li, R.L. Huang, and G.Y. Wu. 2007. Exogenous glutathione reduces cadmium toxicity to giant freshwater prawns *Macrobrachium rosenbergii*. J. Anim. Sci. 85 (Suppl. 1): 157.

157. Wu, X., X.F. Kong, Y.L. Yin, F.G. Yin, P. Zhang, H.J. Liu, F.F. Xing, Q.H. He, T.J. Li, R.L. Huang, and G.Y. Wu. 2007. Composition of amino acids in typical Chinese herbs is not unique among feeds of plant origin. J. Anim. Sci. 85 (Suppl. 1): 252.

158. Wang, S.X., Y.L. Yin, R.L. Huang, T.J. Li, X.F. Kong, M.Z. Fan, and G.Y. Wu. 2007. Optimal true digestible Ca:P ratio in corn-rough rice-soybean meal-based diets for growing pigs. J. Anim. Sci. 85 (Suppl. 1): 301.

159. Kang, Y., Y.L. Yin, R.L. Huang, X.F. Kong, T.J. Li, I. Shinzato, S.W. Kim, and G. Wu. 2007. Dietary arginine supplementation enhances the growth performance of milk-fed piglets. J. Anim. Sci. 85 (Suppl. 1): 439-440.

160. Tang, Z.R., Y.M. Zhang, Y.L. Yin, A. F. Stewart, and G.Y. Wu. 2007. Production of the recombinant bovine lactoferricin and its beneficial supplementation to the diet for weaned piglets. J. Anim. Sci. 85 (Suppl. 1): 440.

161. Li, L.L., Y.L. Yin, B. Zhang, G.H. Wen, A.K. Li, Z.P. Hou, P. Zhang, and G.Y. Wu. 2007.

Dietary supplementation with *atractylodes macrocephala koidz* polysaccharides enhances growth performance and development of immune organs in ducks. J. Anim. Sci. 85 (Suppl. 1): 521.

162. Kong, X.F., Y.L. Yin, W.Y. Zhu, F.G Yin, H.J. Liu, F.F. Xing, Q.H. He, T.J. Li, R.L. Huang, P. Zhang, S. W. Kim, and G.Y. Wu. 2007. Dietary supplementation with *acanthopanax senticosus* extracts beneficially modulates the gut microflora in weaned pigs. J. Anim. Sci. 85 (Suppl. 1): 587.

163. He, X.G., H.J. Xu, X.F. Kong, W.Y. Chu, R.L. Huang, Z.Y. Deng, S.W. Kim, G.Y. Wu, and Y.L. Yin. 2007. Effects of different carbohydrates on the growth performance of weaned piglets. J. Anim. Sci. 85 (Suppl. 1): 641.

164. Hou, Z.P., Y.L Yin, R.L.Huang, T.J. Li, P. Zhang, X. Wu, and G. Wu. 2007. Supplementing rice protein concentrate to a milk-based diet enhances growth performance in weaned pigs. J. Anim. Sci. 85 (Suppl. 1): 641.

165. Yin, F.G., X.F. Kong, Y.L. Yin, H.J. Liu, F.F. Xing, Q.H. He, T.J. Li, R.L. Huang, P. Zhang, and G.Y. Wu. 2007. Dietary supplementation with *Acanthopanax Senticosus* extracts enhances the digestion and absorption of dietary protein and amino acids in weaned piglets. J. Anim. Sci. 85 (Suppl. 1): 644.

166. Tan, B.W., Y.L. Yin, X.F. Kong, T.J. Li, R.L. Huang, P. Zhang, F.G Yin, I. Shinzato, S.W. Kim, and G.Y. Wu. 2007. Dietary arginine supplementation enhances the immune status of piglets. J. Anim. Sci. 85 (Suppl. 1): 645.

167. He, Z.S., Y. L. Hu, Y.L. Yin, R.L. Huang, X.F. Kong, T.J. Li, F.W. Li, and G.Y. Wu. 2007. Dietary supplementation with glycyrrhetinic acid (GA) increases endogenous arginine provision and growth performance in milk-fed piglets. J. Anim. Sci. 85 (Suppl. 1), 645.

168. Ou, D.Y., D.F. Li, Y.H. Cao, X.L. Li, J.D. Yin, S.Y. Qiao and G. Wu. 2007. Dietary supplementation with zinc oxide decreases the expression of the stem-cell factor in the small intestine of weanling pigs. J. Anim. Sci. 85 (Suppl. 1): 155.

169. Wu, G. 2007. Maternal nutrition and fetal development. Canadian Nutrition Conference. June 18-21, 2007, Winnipeg, Manitoba, Canada, P. 20.

170. Lin, C., D.C. Mahan, G. Wu, C. Vasquez, and S.W. Kim. 2007. Total tract digestibility of colostral protin and amino acids by neonatal pigs. J. Anim. Sci. 85 (Suppl. 2): 40.

171. Kong, X.F., Y.L. Yin, F.G Yin, H.J. Liu, F.F. Xing, T.J. Li, R.L. Huang, and G.Y. Wu. 2007. Dietary supplementation with Chinese herbal formula affects serum concentrations of amino acids in weaned piglets. J. Anim. Sci. 85 (Suppl. 1): 74.

172. Jobgen, W.S., C.J. Meininger, S.B. Smith, T.E. Spencer, S.C. Jobgen, M.J. Lee, S.K. Fried, and G. Wu. 2007. Dietary arginine supplementation reduces fat mass in diet-induced obese rats by improving glucose and fatty acid metabolism. FASEB J. 21: A328.

173. Manso, H.E., H.M. Filho, E. Nogueira, A. Santiago, G. Wu, and M. Watford. 2007. Dietary supplementation increases milk glutamine levels in the lactating pig. FASEB J. 21: A332.

174. Mateo, R.D., S.E. Dowd, J.A. Carroll, G. Wu, and S.W. Kim. 2007. L-arginine

supplementation to gestation and lactation diets enhances the expression of immune related genes in white blood cells of lactating sows. FASEB J. 21: A334.

175. Wu, G., M.J. Lee, and S.K. Fried. 2007. The arginine-NO pathway modulates lipolysis in adipose tissues of obese human subjects. FASEB J. 21: A1052.

176. Wu, G., F.W. Bazer, G.A. Johnson, and T.E. Spencer. 2007. Proline metabolism in the conceptus: Implications for fetal growth and development. Second International Symposium on Proline, National Cancer Institute, NIH, Frederick, MD, September 10-11, 2007. p. 14.

177. Wu, G. 2007. Keynote Lecture "Intrauterine growth retardation: implications, mechanisms, and solutions", Denmark Animal Science-COST Meeting, Viborg, Denmark. September 6-7, 2007.

178. Satterfield, M.C., F.W. Bazer, T.E. Spencer, and G. Wu. 2007. Viagra (Sildenafil citrate) treatment enhanced fetal growth in an ovine model of intrauterine growth retardation. Abstract #42, Aspen Perinatal Biology Symposium, The Given Institute, Aspen, Colorado, USA, August 25-28, 2007.

179. McNeal, C.J., D. Wilson, C. Buckley, J. Santiago, J. Song, R. Macfarlane, and G. Wu. 2007. The effect of simvastatin on surrogate markers of vascular health in youth. Arteriosclerosis Thrombosis and Vascular Biology 27, E92.

180. Satterfield, M.C., F.W. Bazer, T.E. Spencer, and G. Wu. 2007. Viagra (Sildenafil citrate) treatment enhanced fetal growth in an ovine model of intrauterine growth retardation. Pediatr. Res. 62: 381.

181. Paulhill, K.J., S.S. Taddeo, G. Wu, R.J. Carroll, R.S. Chapkin, J.R. Lupton, and N.D. Turner. 2007. Quercetin-dependent induction of colonocyte apoptosis depends on the dietary lipid source. AACR Frontiers in Cancer Research.

182. Wilson, S.E., J. Ramadoss, G. Wu, and T.A. Cudd. 2007. Third trimester chronic binge alcohol exposure results in reduced fetal plasma amino acid levels beyond the presense of alcohol. Alcohol. Clin. Exp. Res. Supp. 31:102A.

183. Ramadoss, J., G. Wu, and T.A. Cudd. 2007. Alcohol mediated hypercapnea and acidemia alters maternal plasma amino acid levels. Alcohol Clin. Exp. Res. Supp. 31:102A.

184. Zhu, M.J. G. Wu, M. Du, B.W. Hess, P.W. Nathanielsz, and S.P. Ford. 2008. Maternal obesity and over-nutrition down-regulates system A amino acid (AA) transporter-2 (SNAT2) in ewe placentomes. The SGI annual meeting.

185. Li, P., S.W. Kim, S. Datta, W.G. Pond, and G. Wu. 2008. Dietary supplementation with cholesterol and docosahexaenoic acid (DHA) alters the profiles of amino acids in tissues of neonatal pigs. FASEB J. 22: 1116.4.

186. Li, P., S.W. Kim, S. Datta, W.G. Pond, and G. Wu. 2008. Dietary supplementation with cholesterol and docosahexaenoic acid (DHA) increases the activity of the arginine-NO pathway in tissues of neonatal pigs. FASEB J. 22: 1116.5.

187. Kim, S.W. and G. Wu. 2008. Dietary supplementation with a NO donor to the diet for lactating sows enhances the growth of suckling piglets. FASEB J. 22: 1116.3.

188. Datta, S., J.R. Sharkey, R.J. Carroll, and G. Wu. 2008. Dietary intakes of nutritionally nonessential amino acids among homebound older adults. FASEB J. 22: 1095.9.

189. Yin, Y.L., He, Z.S., Kong, X.F., Hou, R.Q., and Wu, G. 2008. Dietary supplementation with glycyrrhetinic acid (GA) increases endogenous arginine provision, ornithine decarboxylase activity, development of the jejunum and growth performance in milk-fed piglets. FASEB J. 22:705.2.

190. Yin, Y.L., Hu, Q., Huang, R.L., Li, T.J., Hou, R.Q., and Wu, G. 2008. Estimating optimal true digestible Ca: P ratio for 20-50Kg growing pigs fed a corn-rough-soybean based meals. FASEB J. 22:1116.6.

191. Yin, Y.L., Wu, G., Liu, Z.J., Chu, W.Y., Huang, R.L., Li, T.J., Hou, R.Q., Liu, Y.L. 2008. Effect of different leucine supplementation in low protein diet on protein synthesis and activation of translation initiation factors of weaned piglets. FASEB J. 22:877.12.

192. Gao, H., G. Wu, T.E. Spencer, G.A. Johnson, and F.W. Bazer. 2008. Cationic amino acid transporters in the peri-implantation ovine uterus and conceptus. Biol Reprod. Special Issue, p. 188.

193. Kim, J.Y., T.E. Spencer, G.H. Song, R.C. Burghardt, G. Wu, G.A. Johnson, and F.W. Bazer. 2008. Arginine, leucine, glutamine and glucose stimulate on PI3K-AKT1 and FRAP1-RPS6K signaling cascades in ovine conceptuses. Biol. Reprod. Special Issue, p. 192.

194. Johnson, G.A., J.Y. Kim, D.W. Erikson, G.H. Song, T.E. Spencer, K.J. Bayless, G. Wu, R.C. Burghardt, and F.W. Bazer. 2008. Secreted phosphoprotein one (SPP1 or osteopontin) binds avB3 and a5B1 integrins on ovine trophectoderm cells, and stimulates the mammalian target of tapamycin (mTOR) pathway to mediate attachment for conceptus elongation and implantation. Biol. Reprod. Special Issue, p. 115-116.

195. Bailey, D.W., K.A. Dunlap, G.H. Song, H. Gao, D.W. Erikson, F.W. Bazer, G. Wu, R.C. Burghardt, and G.A. Johnson. 2008. Prolonged progesterone exposure in the absence of conceptus factors does not support uterine gland development or SPP1 and FGF7 expression in pigs. Biol Reprod. Special Issue, p. 67.

196. Hargrove, L., C. Heaps, J. Parker, K. Kelly, X. Li X, Q. Wen, G. Wu, and C. Meininger. 2008. Fidarestat, an aldose reductase inhibitor, increases tetrahydrobiopterin levels in diabetic rat endothelial cells. International Conference on Biopterin, Sweden.

197. Wang, W.C., W.Y. Chu, W.T. Gu, M.M. Geng, T.J. Li, Y.L. Yin, and G.Y. Wu. 2008. Cloning of Ningxiang porcine growth hormone gene and its construction respectively of prokaryotic and eukaryotic expression vector. J. Anim Sci. 86 (E-Suppl 2): 604-605.

198. Gu, W.T., W.Y. Chu, W.C. Wang, M.M. Geng, T.J. Li, Y.L. Yin, and G.Y. Wu. 2008. Molecular cloning, distribution and expression of the amino acid transporter $y^+$LAT1 gene in tissues of young Tibet pigs. J. Anim Sci. 86 (E-Suppl 2): 453.

199. Chu, W.Y., W.C. Wang, W.T. Gu, M.M. Geng, T.J. Li, Y.L. Yin, and G.Y. Wu. 2008. Molecular cloning, distribution and expression of the amino acid transporter $b^{0,+}$ AT mRNAs in young Tibet pigs. J. Anim Sci. 86 (E-Suppl 2): 454.

200. Kong, X.F., M.J. Bo, X.Y. Song, Y.L. Yin, B.E. Tan, Z.Q. Liu, H.J. Xu, W.J. Tang, F.G. Yin, and G.Y. Wu. Intravenous glucose tolerance test in Ningxiang pigs. J. Anim Sci. 86

(E-Suppl 2): 235.

201. Kong, X.F., Q.H. He, F.G. Yin, H.J. Liu, Y.L. Yin, G.Y. Wu, B.E. Tan, and R.L. Huang. 2008. Effect of Chinese herbal ultra-fine powder as a dietary additive on digestion and absorption of amino acids in early-weaned piglets. J. Anim Sci. 86 (E-Suppl 2): 291.

202. Bo, M.J., X.F. Kong, Y.L. Yin, Y.Z. Zhang, F.G. Yin, G.Y. Wu, and B.E. Tan. 2008. Effects of dietary supplementation with the Chinese Yam on fermentation characteristics and immune function in pigs. J. Anim Sci. 86 (E-Suppl 2): 291.

203. Yin, Y., D. Deng, W. Chua, K. Yao, T. Li, R. Huang, Z. Liu, and G. Wu. 2008. Impaired translation initiation activation and reduced protein synthesis in weaned piglets fed a low-protein diet supplemented with essential amino acids. J. Anim Sci. 86 (E-Suppl 2): 452-453.

204. Nail, J., G. Wu, K.H. Kim, S.B. Smith, and L.A. Ford. 2008. Supplementation with arginine plus conjugated linoleic acid decreases the fat/lean mass ratio in rats. J. Anim Sci. 86 (E-Suppl 2): 421.

205. Luther, J.S., E.J. Windorski, C.S. Schauer, J.D. Kirsch, K.A. Vonnahme, L.P. Reynolds, J.S. Caton, and G. Wu (2008) Impacts of L-arginine on ovarian function and reproductive performance in ewes. J. Anim. Sci. 86 (E-Suppl. 2): ii.

206. Wu, G. (2008) Canadian Animal Nutrition Conference (Guelph, Canada), "Maternal nutrition and fetal growth", May 22-24, 2008.

207. Bazer, F.W., R.C. Burghardt, G.A. Johnson, T.E. Spencer, and G. Wu (2008) Interferons and Progesterone for establishment and maintenance of pregnancy: Interactions among novel cell signaling pathways. The 2008 Polish Society of Reproductive Biology Meeting. Oct. 2008.

208. Spencer, T.E., G.A. Johnson, R.C. Burghardt, G. Wu, and F.W. Bazer (2008) Conceptus-endometrial interactions in ruminants. 6th International Congress on Farm Animal Endocrinology (Roanoke, VT). Nov 14-16, 2008. p. 71.

209. Wu, G., F.W. Bazer, T.A. Cudd, L.A. Jaeger, G.A. Johnson, M.C. Satterfield, and T.E. Spencer (2008) Amino acids impact fetal growth and development. 6th International Congress on Farm Animal Endocrinology (Roanoke, VT). Nov 14-16, 2008. p. 88.

210. Wu, G. (2008) Keynote lecture: Amino acids and fetal growth in livestock species. Congress of Latin America Animal Nutrition (Cancun, Mexico). Nov. 18-21, 2008.

211. Perkins-Veazie P, Wu GY, Arney M, Collins JK, Siddiq M, and Dolan KD. 2008. Watermelon enhances arginine availability in an animal model of Type-II diabetes. Hortscience 43:624.

212. Bazer, F.W., H. Gao, G.A. Johnson, G. Wu, D.W. Bailey, and R.C. Burghardt. 2009. Select nutrients and glucose transporters in pig uteri and conceptuses. Swine Reproduction Conference, Banff, Alberta, Canada. April 2009.

213. Johnson, G.A, F.W. Bazer, R.C. Burghardt, T.E. Spencer, G. Wu, and K.J. Bayless. 2009. Conceptus-uterus interactions in pigs: Endometrial gene expression in response to estrogens and interferons from conceptuses. Swine Reproduction Conference, Banff, Alberta, Canada. April 2009.

214. Wu, G., F.W. Bazer, G.A. Johnson, S.W. Kim, and T. E. Spencer. 2009. The impact of amino acid nutrition on pregnancy outcome in pigs: mechanisms and implications for swine production. J. Anim Sci. 87 (E-Suppl 2): 2.

215. Go, G., G. Wu, and S. B. Smith. 2009. The growth performance, carcass traits, and meat pH and color, and CO2 production in pigs supplemented with arginine and conjugated linoleic acid. FASEB J. 23: 732.5.

216. Kim, S.W., J.J. McGlone, W.G. Pond, S.B. Smith, and G. Wu. 2010. Dietary supplementation with cholesterol and docosahexaenoic acid (DHA) affects cerebral omega-3 to 6 fatty acid ratio and learning behavior of young pigs. FASEB J. 2009 23:33.5.

217. Dunlap, K.A., X Li, MC Satterfield, RC Burghardt, DW Erikson, ML Halverson, G Wu, TE Spencer, RR Magness, KJ Bayless, and GA Johnson. 2009. Antagonism of the sphingosine 1-phosphate (S1P) signaling pathway in pregnant ewes alters placentome architecture, amino acid transport and fetal growth. Annual Meeting of Texas Forum on Female Reproduction, Houston, TX. April 16-27, 2009.

218. Gao, H., G.A. Johnson, G. Wu, D.W. Bailey, R.C. Burghardt, and F.W. Bazer. 2009. Glucose and glucose transporters in pig uteri and conceptus. Annual Meeting of Texas Forum on Female Reproduction, Houston, TX. April 16-27, 2009.

219. Kim, J.Y., T.E. Spencer, R.C. Burghardt, G. Wu, G.A. Johnson, and F.W. Bazer. 2009. Arginine stimulates proliferation of ovine trophectoderm cells through FRAP1-RPS6K-RPS6 signaling cascade and synthesis of NO and polyamines. Annual Meeting of Texas Forum on Female Reproduction, Houston, TX. April 16-27, 2009.

220. Paulhill, K.J., Taddeo, S.S., G. Wu, R.J. Carroll, R.S. Chapkin, J.R. Lupton, N.D. Turner. 2009. Dietary lipids and quercetin alter endogenous antioxidant enzyme activities and colonocyte redox balance (cancer biology). Frontiers of Cancer Research Conference, M.D. Anderson, March 2009.

221. Nijland MJ, Schlabritz-Loutsevitch NE, Li C, Wu G, Mitsuya K, Cox LA, McDonald TJ, Rood J, and Nathanielsz PW. 2009. Effects of moderate global maternal (M) nutrient restriction (MNR) on key components of the one carbon cycle (1CC) in the pregnant baboon (BB) and her fetus (F) at term. Reprod. Sci. 16 (Suppl. S): 333A.

222. Farley, D.M., C. Li, D.J. Dudley, J.L. Jenkins, J. Choi, R. Wimmer, G. Wu, G. Hubbard, E. Dick, P.W. Nathanielsz, and N. Schlabritz-Loutsevitch. 2009. Imbalance of activity of placental system A amino acids (AA) transporter isoforms caused by maternal obesity. The SGI annual meeting. Reprod. Sci. 16 (Suppl. S):16: 343A.

223. Kim, J.Y., T.E. Spencer, R.C. Burghardt, G. Wu, G.A. Johnson, and F.W. Bazer. 2009. Arginine stimulates proliferation of ovine trophectoderm cells through FRAP1-RPS6K-RPS6 signaling cascade and synthesis of NO and polyamines. Biol. Reprod. 81: 488.

224. Dunlap, K.A., X.L. Li, M.C. Satterfield, R.C. Burghardt, D.W. Erikson, M. L. Halvorsen, G. Wu, F.W. Bazer, T. Spencer, R. Magness, K.J. Bayless, and G.A. Johnson. 2009. Antagonism of the Sphingosine 1-phosphate (S1P) signaling pathway in pregnant ewes alters placentome architecture, amino acid transport and fetal growth. Biol. Reprod. 81: 427.

225. Meininger, C., K. Rao, J. Vasir, D. Bittenbinder, X. Li, K. Kelly, G. Wu, V. Labhasetwar. 2009. Modulation of NO production via nanoparticle-mediated delivery of tetrahydrobiopterin to endothelial cells. The 2009 Microcirculation Society Annual Meeting.

226. Wu, G., F.W. Bazer, R.C. Burghardt, T.A. Cudd, G.A. Johnson, M.C. Satterfield, and T.E. Spencer. 2009. Impacts of functional amino acids on fetal growth. Amino Acids 37 (Suppl.):S6.

227. Satterfield, M.C., F.W. Bazer, S.B. Smith, T.E. Spencer, and G. Wu. 2009. Arginine nutrition and fetal brown fat development. Amino Acids 37 (Suppl.):S6-S7.

228. Kwon, J., D. Sukumar, R. Zurfluh, H. Ambia-Sobhan, M. Watford M, G. Wu, and S. Shapses S. 2009. Caloric restriction with a high protein diet in women suppresses serum gluconeogenic amino acids. Obesity 17 (Suppl 2): S139.

229. Gao, H.J., G.A. Johnson, G. Wu, D.W. Bailey, M.L. Halverson, R.C. Burghardt, and F.W. Bazer. 2009. Glucose and glucose transporters in pig uteri and conceptuses. Biol. Reprod. 81: 402.

230. Johnson G, H.J. Gao, X.L. Li, M. Halvorsen, G. Wu, R. Burghardt, and F. Bazer. 2010. Glucose, amino acids and their transporters in pig uteri, conceptuses and placentae. Biol. Reprod. 83 (Suppl. 1): 441.

231. Wu, G. 2010. Amino acid nutrition in fetal and neonatal growth: from animal studies to clinical applications. FASEB J. 24: 90.1.

232. Yao, K., Y.L. Yin, T.J. Li, R.L. Huang, and G. Wu. 2010. Dietary L-arginine supplementation can increase expression of vascular endothelial growth factor (VEGF) in early-weaned pigs. FASEB J. 24: 102.4.

233. McKnight, J.R., M.C. Satterfield, F.W. Bazer, T.E. Spencer, and G. Wu. 2010. Pre-partum nutrition extremes impair post-partum maternal glucose utilization in sheep. FASEB J. 24: 105.5.

234. Xi, P.B., Z.Y. Jiang, Z.L. Dai, X.L. Li, K. Yao, W. Jobgen, M.C. Satterfield, and G. Wu. 2010. Oxidation of energy substrates in rat brown adipose tissue. FASEB J. 24: 554.5.

235. Xi, P.B., Z.Y. Jiang, Z.L. Dai, X.L. Li, K. Yao, J. Wang, and Guoyao Wu. 2010. Regulation of protein turnover in porcine intestinal cells by L-glutamine. FASEB J. 24: 740.7.

236. Li, X.L., F.W. Bazer, G.A. Johnson, R.C. Burghardt, D.W. Erikson, J.W. Frank, T.E. Spencer, I. Shinzato, and G. Wu. 2010. Impacts of dietary supplementation with L-arginine between days 0 and 25 of gestation on the reproductive performance of gilts. FASEB J. 24: 740.11.

237. Li, P., S.W. Kim, K. Nakagawa, H.J. Zhou, and G. Wu. 2010. Dietary supplementation with L-glutamine and AminoGut™ enhances protein synthesis in skeletal muscle of growing broiler chickens. FASEB J. 24: 740.21.

238. Kang, L.S.,T.R. Nurkiewicz, G. Wu, and M.A. Boegehold. 2010. Effect of juvenile growth on arteriolar eNOS phosphorylation. FASEB J. 24: 976.9.

239. Wu, G., F.W. Bazer, G.A. Johnson, R.C. Burghardt, D.A. Knabe, T.E. Spencer, X.L. Li, and J.J. Wang. 2010. Important roles for L-glutamine in swine nutrition and growth. J. Anim. Sci. 88 (E-Suppl. 2): 3.

240. Zhao, Y., P.R. Ferket, G. Wu, K. Nakagawa, and S.W. Kim. 2010. Dietary supplementation of L-glutamine and L-glutamate to newly hatched broiler chickens. J. Anim. Sci. 88 (E-Suppl. 2): 209.

241. Choi, S.H., G. Go, D.T. Silvey, L.A. Gilmore, K.Y. Chung, B.J. Johnson, G. Wu, and S.B. Smith. 2010. Abomasal direct infusion of L-arginine and *trans*-10, *cis*-12 conjugated linoleic acid affect to lipogenic gene expression and enzymes activities in Angus steers. J. Anim. Sci. 88 (E-Suppl. 2): 703.

242. Satterfield MC, McKnight JR, Spencer TE, and Wu GY. 2010. Maternal obesity increases fetal adiposity and impairs postnatal growth rate in an ovine model. Reprod. Sci. 17 (Suppl. S): 201A.

241. Bazer, F.W., J.Y. Kim, R.C. Burghardt, G. Wu, G.A. Johnson, and T.E. Spencer. 2010. Arginine stimulates migration of ovine trophectoderm cells through the mTOR-RPS6-RPS6K signaling cascade and synthesis of NO, polyamines and interferon tau. Biol. Reprod. 83 (Suppl. 1): 120

242. Frank, J.W., X.L. Li, D.W. Erikson, G. Wu, F.W. Bazer, K.J. Bayless, R.C. Burghardt, and G.A. Johnson. 2010. Expression of SPP1 (Osteopontin) and the aggregation of integrins into focal adhesions is an adaptation to mechanical forces at the uterine-placental interface in pigs. Biol. Reprod. 83 (Suppl. 1): 445.

243. Wu, G., X.L. Li, R. Rezaei, and D.A. Knabe. 2011. Arginine deficiency is responsible for high rates of mortality in low-birth-weight piglets. J. Anim. Sci. 89 (E Suppl 1):394.

244. Li, X.L., F.W. Bazer, G.A. Johnson, R.C. Burghardt, D.W. Erikson, J.W. Frank, J.J. Wang, and G. Wu. 2011. Impacts of dietary supplementation with L-arginine between days 14 and 25 of gestation on the reproductive performance of gilts. Biol. Reprod. Meeting Abstract. p. 46-47.

245. Andrews, T., T.E. Spencer, G. Wu, R.C. Burghardt, G.A. Johnson, and F.W. Bazer. 2011. Effects of mTORC2 on ovine conceptus elongation and implantation. Biol. Reprod. Meeting Abstract.

246. Greff, S.M., G. Wu, and M.C. Satterfield. 2011. A novel role for arginine in enhancing neonatal thermogenesis. Biol. Reprod. Meeting Abstract. p.144.

247. Wang, J.J., W.S. Jobgen, C.J. Meininger, and G. Wu. 2011. Dietary L-arginine supplementation affects protein expression in insulin-sensitive tissues of diet-induced obese rats. Amino Acids 41 (Suppl. 1):S51.

248. Gong, M., W.K. Ren, Y.L. Yin, D.H. Wang, G. Liu, and G. Wu. 2011. Effect of movement training on the amino acid distribution and intestine morphology in rats. Amino Acids 41 (Suppl. 1):S52.

249. Ren, W.K., G. Yang, X.W. Tang, Y.H. Li, G. Liu, S. Cai, Y.L. Yin, X.L. Yu, and G. Wu. 2011. Effect of dietary L-arginine supplementation on edema disease. Amino Acids 41 (Suppl. 1):S51.

250. Wu, G. 2011. Functional amino acids in nutrition and health. Amino Acids 41 (Suppl. 1): S54

251. Hou, Y.Q., L. Wang, W. Zhang, Z.G. Yang, B.Y. Ding, H.L. Zhu, Y.L. Yin, and G. Wu. 2011. Protective effects of N-acetylcysteine on intestinal functions of piglets challenged with lipopolysaccharide. Amino Acids 41 (Suppl. 1):S57.

252. Yin, Y.L., C.B. Yang, W.K. Ren, and G. Wu. 2011. Recent advances in amino acid nutrition of animals. Amino Acids 41 (Suppl. 1):S58.

253. Dai, Z.L., X.L. Li, P.B. Xi, J. Zhang, G. Wu, and W.Y. Zhu. 2011. Regulatory role for L-glutamine in the utilization of amino acids by pig small-intestinal bacteria. Amino Acids 41 (Suppl. 1):S58.

254. Tan, B.E., Y.L. Yin, X.G. Li, X.F. Kong, Z.Q. Liu, T.J. Li, R.L. Huang, and G. Wu. 2011. The dynamic changes of blood flow, oxygen consumption and metabolite response to acute arginine supplementation in growing-finishing pigs. Amino Acids 41 (Suppl. 1):S59.

255. Meininger, C.J., and Guoyao Wu. 2011. The Endothelial arginine-NO pathway in diabetes and obesity. Amino Acids 41 (Suppl. 1):S59.

256. Bazer, F.W., J.Y. Kim, H.Y. Ka, G.A. Johnson, and G. Wu. 2011. The Roles of Select Nutrients in the Uterine Lumen of Sheep and Pigs. J. Reprod. Dev. 57 (Suppl.): j70.

257. Johnson, G.A., J.W. Frank, X.L. Li, K.J. Bayless, R.C. Burghardt, F.W. Bazer, and G. Wu. 2011. Osteopontin expressed at the uterine-placental interface increases ion transport across the pig placenta. Placenta 32:A53.

258. White B, K. Dunlap, J. Frank, C. Satterfield, G.Y. Wu, R. Burghardt, F. Bazer, G. Johnson, and K. Bayless. 2011. Antagonism of the sphingosine-1-phosphate signaling pathway affects placental and fetal development. Placenta 32:A103.

259. Meininger, C., K. Rao, J. Vasir, S. Dimitrijevic, D. Bittenbinder, X. Li, K. Kelly, G. Wu, and V. Labhasetwar (2012) Nanoparticle-mediated delivery of tetrahydrobiopterin increases NO synthesis in diabetes. FASEB J. 26:857.1.

260. Tekwe, C.D., J. Lei, K. Yao, X.L. Li, R. Rezaei, S. Dahanayaka, C.J. Meininger, R.J. Carroll, F.W. Bazer, and G. Wu. 2012. Oral administration of α-ketoglutarate or interferon-τ reduces adiposity in diet-induced obese rats. FASEB J. 26:819.45.

261. Tekwe, C.D., J. Lei, K. Yao, X.L. Li, R. Rezaei, S. Dahanayaka, C.J. Meininger, R.J. Carroll, F.W. Bazer, and G. Wu. 2012. Oral administration of leucine reduces NO synthesis by endothelial cells of rats. FASEB J. 26:1129.26.

262. Tekwe, C.D., J. Lei, K. Yao, X.L. Li, R. Rezaei, S. Dahanayaka, C.J. Meininger, R.J. Carroll, F.W. Bazer, and G. Wu. 2012. Oral administration of interferon-τ reduces adiposity in Zucker diabetic fatty rats. FASEB J. 26:1120.4.

263. Rezaei, R., D. Knabe, C. Tekwe, M. Ficken, S. Fielder, S. Eide, S. Lovering, and G. Wu. 2012. Dietary supplementation with monosodium glutamate (MSG) is safe and improves growth performance in postweaning pigs. FASEB J. 26:1013.23.

264. Bazer, F.W., J.Y. Kim, G.W. Song, and G. Wu. 2012. Fructose: A hexose sugar in search of a functional role. Society of the Study of Reproduction Annual Meeting.

265. Wang, X.Q., K. Dunlap, M. Satterfield, J. Frank, X.L. Li, W. Ying, R. Burghardt, G.A. Johnson, G. Wu, A.Q. Antoniazzi, T.M. Nett, T.R. Hansen, and F.W. Bazer. 2012. Effects of *in vivo* knockdown of translation of arginine-associated gene transcripts in conceptus trophectoderm on growth, development and gene expression by ovine conceptuses. Society of the Study of Reproduction Annual Meeting.

266. Johnson, G.A., J.W. Frank, R.C. Burghardt, F.W. Bazer, and G. Wu. 2012. A role for osteopontin and integrins in nutrient transport by placentae. Society of the Study of Reproduction Annual Meeting.

267. Mullen, M.P., F.W. Bazer, G. Wu, M.H. Parr, A.C.O. Evans, M.G. Diskin, and M.A. Crowe. 2012. Effect of systemic progesterone on availabilities of amino acids and glucose in the bovine uterus. Reprod. Dom. Anim. 47: Special Issue (5), 99.

268. Ying, W., C. Meng, S. Mashoof, G.Q. Zhuang, P.S. Cheruku, L. Shi, F.W. Bazer, G. Wu, S. Safe, M. Cristiello, and B.Y. Zhou. 2012. A novel paradigm of microRNA-regulated B-cell functions in insulin resistance: miR-150 regulates insulin sensitivity through controlling antibody production. American Heart Association Annual Meeting, Los Angeles, CA, Nov. 3-7, 2012

269. Li, X.L., F.W. Bazer, G.A. Johnson, R.C. Burghardt, J.W. Frank, Z.L. Dai, J.J. Wang, I. Shinzato, and G. Wu. 2013. Dietary supplementation with L-arginine between Days 14 and 25 of gestation enhances litter size in gilts. FASEB J. 27: 631.14.

270. Yang, Y., C. Meininger, K. Kelly, Z.L. Wu, F. Bazer, and G. Wu. 2013. L-Leucine inhibits NO synthesis in endothelial cells. FASEB J. 27:1127.3.

271. Sase, A., S. Dahanayaka, H. Höger, G. Wu, and G. Lubec. 2013. Changes of hippocampal β-alanine and citrulline levels parallel early and late phase of retrieval in the Morris Water Maze. Amino Acids 45: 564.

272. Choi, S.H., L. A. Gilmore, T. Wickersham, G. Wu, and S. B. Smith. 2013. Lipid metabolism in subcutaneous adipose tissue of Angus steers by abomasal infusion of conjugated linoleic acid and/or arginine. Amino Acids 45: 565-566.

273. Dai, Z.L., Z.L. Wu, W.Y. Zhu, J.J. Wang, and G. Wu. 2013. Nitrogen metabolism in the gut microbiota: impact on host nutrition and health. Amino Acids 45: 580.

274. Wu, Z.L., B. Wang, Z.L. Dai, J.J. Wang, and G. Wu. 2013. Glutamine enhances intestinal epithelial barrier function by modulating tight junction protein expression. Amino Acids 45: 580.

275. Yao, K., C.X. Fu, Y.L. Yin, Y.Q Hou, J.J. Wang, Z.L. Wu, and G. Wu. 2013. Alpha-ketoglutarate enhances protein synthesis in intestinal porcine epithelial cells. Amino Acids 45: 580-581.

276. Wu, X., Z.K. Liu, Y.L. Yin, F. Blachier, and G. Wu. 2013. Glutamate and N-carbamoylglutamate supplementation for swine production. Amino Acids 45: 582.

277. Long, M.H., Ouyang, W.J., Yi, D., Y.Q Hou, and G. Wu. 2013. N-Acetylcysteine stimulates proliferation and prevents lipopolysaccharide-induced death of intestinal porcine epithelial cells. Amino Acids 45: 583.

278. Jia, S.C., S. Dahanayaka, Z.L. Wu, Z.L. Dai, Y. Yang, J.J. Wang, and G. Wu. 2013. Analysis of free and peptide-bound amino acids using high-performance liquid chromatography. Amino Acids 45: 590-591.

279. Zhu, C., F.W. Bazer, G.A. Johnson, R.C. Burghardt, H. Assaad, Z.Y. Jiang, and G. Wu. 2013. Expression of aquaporins in the porcine uterine endometrium. Amino Acids 45: 591-592.

280. Meininger, C.J. and G. Wu. 2013. Tetrahydrobiopterin, NO, and diabetes. Amino Acids 45: 592-593.

281. Tan, B.E., X. Xiong, H. Xiao, J. Wang, G.R. Li, Y.L. Yin, Z.L. Wu, and G. Wu. 2013. L-Arginine stimulates DNA synthesis and reduces LPS-induced DNA damage in porcine intestine epithelial cells. Amino Acids 45: 593.

282. Zhu, Y.H., T.J. Zhou, Z.L. Dai, T.T. Li, Z.L. Wu, G. Wu, and J.J. Wang. 2013. Deprivation of L-glutamine induces autophagy in porcine intestinal epithelial cells. Amino Acids 45: 593-594.

283. Wang, W.W., B. Wang, Z.L. Wu, Z.L. Dai, J.J. Wang, and G. Wu. 2013. Dietary supplementation with glycine decreases glutamine concentrations in the plasma of milk protein-fed piglets. Amino Acids 45: 594.

284. Lv, Y.F., Z. Ruan, Y.H. Yang, Y. Zhou, M. Jiang, Z.Y. Deng, K. Yao, Y.L. Yin, and G. Wu. 2013. Metabolomic analysis reveals altered amino acid metabolism in weanling rats fed a lactosucrose-supplemented diet. Amino Acids 45: 594.

285. Tekwe, C.D., F.W. Bazer, C.J. Meininger, and G. Wu. 2013. Use of interferon tau to reduce obesity in Zucker diabetic fatty rats. Amino Acids 45: 595.

286. Wang, W.W., R. Rezaei, Z.L. Wu, Z.L. Dai, J.J. Wang, and G. Wu. 2013. Concentrations of free and peptide-bound hydroxyproline in the sow's milk and piglet plasma. Amino Acids 45: 595.

287. Yang, H.S., Z.K. Liu, L. Li, X. Xiong, G.Y. Wu, and Y.L. Yin. 2013. Effects of antimicrobial peptide on growth performance and survival of weaned pigs. Amino Acids 45: 595-596.

288. Wang, X.Q., K. Dunlap, M.C. Satterfield, R.C. Burghardt, G.A. Johnson, G. Wu, and F.W. Bazer. 2013. Arginine and secreted phosphoprotein 1 act synergistically to stimulate MTORC1/MTORC2 cell signaling and cytoskeletal organization for proliferation, migration and adhesion of ovine trophectoderm cells. Amino Acids 45: 596.

289. Rezaei, R., S.C. Jia, H. Assaad, A. San Gabriel, Y. Fujishima, H. Uneyama, and G. Wu. 2013. Monosodium glutamate supplementation to the diet for lactating sows enhances growth performance and survival of suckling piglets. Amino Acids 45: 596-597.

290. Assaad, H., K. Yao, F.W. Bazer, L. Zhou, R.J. Carroll, C.J. Meininger, and G. Wu. 2013. Analysis of energy expenditure in diet-induced obese rats with abnormal metabolism of amino acids. Amino Acids 45: 597.

291. Yang, C.B., T.J. Huang, L. Wu, T.J. Li, G. Wu, and Y.L. Yin. 2013. Molecular cloning and characterization of porcine calcium-sensing receptor (CaSR). Amino Acids 45: 598.

293. Liu, G., Y.M. Aguilar, W.K. Ren, S. Chen, T.J. Li, G. Wu, and Y.L. Yin. 2013. Effect of dietary supplementation with samgiomarome on growth performance, diarrhea score and serum concentrations of amino acids in weanling pigs. Amino Acids 45: 602.

294. Washburn, S.E., O.B. Sawant, and G. Wu. 2013. Maternal glutamine supplementation mitigates negative fetal developmental effects from prenatal alcohol exposure. Amino Acids 45: 602.

295. Li, G.R., B.E. Tan, J. Wang, X. Xiong, Y.L. Yin, Z.L. Wu, and G. Wu. 2013. Molecular cloning, distribution, and ontogenetic expression of the amino acid transceptor SNAT2 mRNA in the small intestine of piglets. Amino Acids 45: 603.

296. Tang, Y.L., W.K. Ren, F.N. Li, G. Liu, B.E. Tan, G. Wu, C.M. Nyachoti, and Y.L. Yin. 2013. Methionine Deficiency in Culture Medium Promotes Apoptosis in Intestinal Epithelial Cells infected with Enterotoxigenic *Escherichia coli*. Amino Acids 45: 603.

297. Lin, G., D.F. Li, J.J. Wang, F.W. Bazer, and G. Wu. 2013. Stimulation of pentose cycle activity in porcine trophectoderm cells by L-glutamine, but not L-arginine. Amino Acids 45: 603-604.

298. Satterfield, M.C., S.M. Greff, and G. Wu. 2013. A novel role for arginine in enhancing neonatal thermogenesis. Amino Acids 45: 604.

299. Rezaei, R., S. Dahanayaka, W.W. Porter, R.C. Burghardt, G.A. Johnson, Y.N. Tian, F.W. Bazer, and G. Wu. 2013. Preparation and culture of porcine mammary epithelial cells. Amino Acids 45: 605.

300. Yang, Y., Z.L. Wu, K. Kelly, C.J. Meininger, and G. Wu. 2013. N-ethyl-L-glutamine enhances the synthesis of NO by endothelial cells. Amino Acids 45: 605.

301. Johnson, G.A., F.W. Bazer, and G. Wu. 2013. Expression and functions of osteopontin and integrins in nutrient transport by placentae. Amino Acids 45: 609.

## EXHIBIT B

**(References)**

**(References)**


Alderton, WK, Cooper CE, Knowles RG. 2001. NO synthases: structure, function and inhibition. Biochem. J. 357: 593-615.

Alveres T.S., Conte-Jr. C.A., Silva J.T., Paschoalin V.M.F. Acute L-arginine supplementation does not increase NO production in healthy subjects. Nutrition & Metabolism 2012, 9:54.

Alveres, T.S., Conte Jr. C.A., Paschoalin V.M.F., Silva J.T., Meirelles C.M., Bhambhani Y.N., Gomes P.S.C. 2012. Acute L-arginine supplementation increases muscle blood volume but not strength performance. App. Physiol. Nutr. Metab. 37: 115-126.

Appleton J. 2002. Arginine: Clinical Potential of a Semi-Essential Amino Acid. Alt. Med. Review, Vol. 7, 6:512-522.

Arnal JF, Munzel T, Venema RC, James NL, Bai CL et al. 1995. Interactions between L-arginine and L-glutamine change endothelial NO production. *J. Clin. Invest.* 95: 2565-2572.

Bailey S.J., Winyard P.G., Vanhatalo A., Blackwell J.R., DiMenna F.J., Wilkerson D.P., Jones A.M. 2010. Acute L-arginine supplementation reduces the O2 costs of moderate-intensity exercise and enhances high-intensity exercise tolerance. J. Appl. Phys. 109 no. 5, 1394-1403.

Baylis C, Vallance P. 1998. Measurement of nitrite and nitrate levels in plasma and urine--what does this measure tell us about the activity of the endogenous NO system? Curr. Opin. Nephrol. Hypertens. 7:59-62.

Blum A., Hathaway L., Mincemoyer R., Schenke W.H., Kirby M., Csako G., Waclawiw M.A., Panza J.A., O Cannon R. 2000. Effects of oral L-arginine on endthelium-dependent vasodilation and markers of inflammation in healthy post-menopausal women. J. Am. Coll. Cardiol. 35(2):271-276.

Bode-Boger S.M., Boger R.H., Galland A., Tsikas D., Frolich J.C. 1998. L-arginine-induced vasodilation in healthy humans: pharmacokinetic-pharmacodynamic relationship. Br. J. Clin. Pharmacol. 46: 489-497.

Bode-Böger SM. 2006. Effect of L-arginine supplementation on NO production in man. Eur J Clin Pharmacol. 62:91–99.

Bronte V, Zanovello P. 2005. Regulation of immune responses by L-arginine metabolism. Nature Rev. Immunol. 5: 641-654.

Burns RA, Milner JA, Corbin JE. 1981. Arginine: an indispensable amino acid for mature dogs. J. Nutr. 111:1020-1124.

Campbell B., Kerksick C., Wilborn C., Marcello B., Taylor L., Nassar E., Leutholtz B., Bowden R., Rasmussen C., Greenwood M., Kreider R. 2006. Pharmacokietics, safety, and effects on exercise performance of L-arginine α-ketolglutarate in trained adult men. Nutrition 22:872-881.

Chen J., Wollman Y., Chernichovsky T., Iaina A., Sofer M., Matzkin H. 1999. Effect of oral administration of high-dose NO donor L-arginine in men with organic erectile dysfunction: results of a double-blind, randomized, placebo-controlled study. BJU Int't, 83, 269-273.

Chen S., Kim W., Henning S.M., Carpenter C.L., Li Z. 2010. Arginine and antioxidant supplement on performance in elderly male cyclists: a randomized controlled trial. J. Int'l. Soc. Sports Nutrition, 7:13.

Clarkson P, Adams MR, Powe AJ, Donald AE, McCredie R, Robinson J, McCarthy SN, Keech A, Celermajer DS, Deanfield JE. 1996. Oral L-arginine improves endothelium-dependent dilation in hypercholesterolemic young adults. J Clin Invest. 97:989-994.

Closs, EI, Scheld JS, Sharafi M, Forstermann U. 2000. Substrate supply for NO synthase in macrophages and endothelial cells: role of cationic amino acid transporters. *Mol. Pharmacol.* 57: 68-74.

Evans R.W., Fernstrom J.D., Thompson J., Morris Jr. S.M., Kuller L.H. 2004. Biochemical responses of healthy subjects during dietary supplementation with L-arginine. J. Nutr. Biochem. Vol. 15, 9:534-539.

Fahs C.A., Heffernan K.S., Fernhall B. 2009. Hemodynamic and Vascular Response to Resistance Exercises with L-Arginine. Med. & Sci. in Sports & Exercise 773-779.

Fayh A.P., Krause M., Rodrigues-Krause J., Ribeiro J.L., Ribeiro J.P., Friedman R., Moreira J.C.F., Reiscak-Oliveira A. 2013. Effects of L-arginine supplementation on blood flow, oxidate stress status and exercise responses in young adults with uncomplicated type I diabetes. Eur. J. Nutr. 52:975-983.

Flynn, N.E., C.J. Meininger, T.E. Haynes, and G. Wu. 2002. The metabolic basis of arginine nutrition and pharmacotherapy. Biomed. Pharmacother. 56:427-438.

Forbes S.C., Bell G.J. 2011. The acute effects of a low and high dose of oral L-arginine supplementation in young active males at rest. Appl. Physiol. Nutr. Metab. 36: 405-411.

Green LC, Ruiz de Luzuriaga K, Wagner DA, Rand W, Istfan N, Young VR, Tannenbaum SR. 1981. Nitrate biosynthesis in man. Proc Natl Acad Sci U S A. 78:7764-7768.

Greer B.K., Jones B.T. 2011. Acute Arginine Supplementation Fails to Improve Muscle Endurance Or Effect Blood Pressure Responses To Resistance Training. J. Strength and Cond. Research, vol. 25(7):1789-1794.

Hambrecht R., Hilbrich L., Erbs S., Gielen S., Fiehn E., Schoene N., Schuler G. 2000. Correction of Endothelial Dysfunction in Chronic Heart Failure: Additional Effects of Exercise Training and Oral L-Arginine Supplementation. J. Am. Coll. Cardiol.

Hnia K, Gayraud J, Hugon G, Ramonatxo M, De La Porte S, Matecki S, Mornet D. 2008. L-arginine decreases inflammation and modulates the nuclear factor-kappaB/matrix metalloproteinase cascade in mdx muscle fibers. Am. J. Pathol. 172:1509-1519.

Hoang HH, Padgham SV, Meininger CJ. 2013. L-arginine, tetrahydrobiopterin, NO and diabetes. Curr Opin Clin Nutr Metab Care. 16:76-82.

Houben E, Hamer HM, Luypaerts A, De Preter V, Evenepoel P, Rutgeerts P, Verbeke K. 2010. Quantification of [$^{15}$N]-nitrate in urine with gas chromatography combustion isotope ratio mass spectrometry to estimate endogenous NO production. Anal. Chem. 82:601-607.

Ignarro LJ, Cirino G, Casini A, Napoli C. 1999. NO as a signalling molecule in the vascular system: an overview. *J. Cardiovasc. Pharmacol.* 34: 879-886.

Jobgen WS, Fried SK, Fu WJ, Meininger CJ, Wu G. 2006. Regulatory role for the arginine-NO pathway in metabolism of energy substrates. J. Nutr. Biochem. 17: 571-588.

Jobgen, W.S., S.C. Jobgen, H. Li, C.J. Meininger, and G. Wu. 2007. Analysis of nitrite and nitrate in biological samples using high-performance liquid chromatography. J. Chromatogr. B 851:71-82.

Jobgen, W.J., C.J. Meininger, S.C. Jobgen, P. Li, M.-J. Lee, S.B. Smith, T.E. Spencer, S.K. Fried, and G. Wu. 2009. Dietary L-arginine supplementation reduces white-fat gain and enhances skeletal muscle and brown fat masses in diet-induced obese rats. J. Nutr. 139:230-237.

Kamada Y, Nagaretani H, Tamura S, Ohama, T., Maruyama T. et al. 2001. Vascular endothelial dysfunction resulting from L-arginine deficiency in a patient with lysinuric protein intolerance. J. Clin. Invest. 108: 717-724

King DE, Mainous AG, Geesey ME. 2008. Variation in L-arginine intake follow demographics and lifestyle factors that may impact cardiovascular disease risk. Nutr. Res. 28: 21-24.

Klotz T., Mathers M.J., Braun M., Bloch W., Engelmann U. 1999. Effectivemess of Oral L-Arginine in First-Line Treatment of Erectile Dysfunction in a Controlled Crossover Study. Urol. Int'l, 63:220-223.

Kohli R, Meininger CJ, Haynes TE, Yan W, Self JT, Wu G. 2004. Dietary L-arginine supplementation enhances endothelial NO synthesis in streptozotocin-induced diabetic rats. J. Nutr. 134:600-608.

Lerman A., Burnett J.C., Higano S.T., McKinley L.J., Holmes D.R. 1998. Long-term L-Arginine Supplementation Improves Small-Vessel Coronary Endothelial Function in Humans. Circulation 97:2123-2128.

Li H, Meininger CJ, Hawker JR Jr, Haynes TE, Kepka-Lenhart D et al. 2001. Regulatory role of arginase I and II in NO, polyamine, and proline syntheses in endothelial cells. *Am. J. Physiol. Endocrinol Metab.* 280: E75-E82.

Li, X.L., F.W. Bazer, H. Gao, W. Jobgen, G.A. Johnson, P. Li, J.R. McKnight, M.C. Satterfield, T.E. Spencer, and G. Wu. 2009. Amino acids and gaseous signaling. Amino Acids 37:65-78.

Liu T.H., Wu C.L., Chiang C.W., Lo Y.W., Tseng H.F., Chang C.K. 2009. No effect of short-term arginine supplementation on NO production, metabolism and performance in intermittent exercise in athletes. J. Nutr. Biochem. 20, 462-468.

Luiking YC, Ten Have GA, Wolfe RR, Deutz NE. 2012. Arginine de novo and NO production in disease states. Am J Physiol Endocrinol Metab. 303:E1177-1189.

Marchesi S, Lupattelli G, Siepi D, Roscini AR, Vaudo G, Sinzinger H, Mannarino E. 2001. Oral L-arginine administration attenuates postprandial endothelial dysfunction in young healthy males. J. Clin. Pharma. Ther. 26:343-349.

Mariotti F, Petzke KJ, Bonnet D, Szezepanski I, Bos C, Huneau J-F, Fouillet H. 2013. Kinetics of the utilization of dietary arginine for NO and urea synthesis: insight into the arginine-NO metabolic system in humans. Am. J. Clin. Nutr. 97:972-979.

Maxwell AJ, Cooke JP. 2001. L-Arginine. In *NO and the Cardiovascular System*, ed. J Loscalzo and JA Vita. pp. 547-585, Totowa, NJ: Humana Press.

McConell G.K. 2007. Effects of L-arginine supplementation on exercise metabolism. Curr. Opin. Clin. Nutr. Metab Care, 10:46-51.

McKnight, J.R., M.C. Satterfield, W.S. Jobgen, S.B. Smith, T.E. Spencer, C.J. Meininger, C.J. McNeal, and G. Wu. 2010. Beneficial effects of L-arginine on reducing obesity: Potential mechanisms and important implications for human health. Amino Acids 39:349-357.

Monti LD, Casiraghi MC, Setola E, Galluccio E, Pagani MA, Quaglia L, Bosi E, Piatti P. 2013. L-arginine enriched biscuits improve endothelial function and glucose metabolism: a pilot study in healthy subjects and a cross-over study in subjects with impaired glucose tolerance and metabolic syndrome. Metabolism. 62:255-264.

Nisoli E, Clementi E, Paolucci C, Cozzi V, Tonello C, Sciorati C, Bracale R, Valerio A, Francolini M, Moncada S, Carruba MO. 2003. Mitochondrial biogenesis in mammals: the role of endogenous NO. Science 299: 896-899.

Paroni R., Barassi A., Ciociola F., Dozio F., Finati E., Fermo I., Ghilardi F., Colpi G.M., Corsi M.M., Melzi d' Eril G.V. 2012. Asymmetric dimethylarginine (ADMA), symmetric dimethylarginine (SDMA) and L-arginine in patients with arteriogenic andnon-arteriogenic erectile dysfunction. Int'l J. Andrology, 1-8.

Pollock, JS, Forstermann U, Mitchell JA, Warner TD, Schmidt HH et al. 1991. Purification and characterization of particulate endothelium-derived relaxing factor synthase from cultured and native bovine aortic endothelial cells. Proc. Natl. Acad. Sci. U.S.A. 88: 10480-10484.

Santos R.S., Pacheco M.T.T., Martins R.A.B.L., Villaverde A.B., Giana H.E., Baptista F. and Zangaro R.A. Study of the effect of oral administration of L-arginine on muscular performance in healthy volunteers: An isokinetic study. Isokinetics and Exercise Science 10 (2002) 153-158.

Schwedhelm E., Maas R., Freese R., Jung D., Lukacs Z., Jambrecina A., Spickler W., Schulze F., Boger R.H. 2007. Pharmacokinetic and pharmacodynamics properties of oral L-citrulline and L-arginine: impact on NO metabolism. Br. J. Clin. Pharacol., 65:1, 51-59.

Shao A, Hathcock JN. 2008. Risk assessment for the amino acids taurine, L-glutamine and L-arginine. Regul Toxicol Pharmacol 50:376-399.

Shi W, Meininger CJ, Haynes TE, Hatakeyama K, Wu G. 2004. Regulation of tetrahydrobiopterin synthesis and bioavailability in endothelial cells. Cell Biochem. Biophys. 41:415-433.

Siani A, Pagano E, Iacone R, Iacoviello L, Scopacasa F, Strazzullo P. 2000. Blood pressure and metabolic changes during dietary L-arginine supplementation in humans. Am J Hypertens. 13:547-551.

Siervo M, Stephan BC, Feelisch M, Bluck LJ. 2011. Measurement of in vivo NO synthesis in humans using stable isotopic methods: a systematic review. Free Radic Biol Med. 51:795-804.

Stanislavov R., Nikolova V. 2003. Treatment of Erectile Dysfunction with Pycnogenol and L-arginine. J. Sex & Marital Therapy, 29(3):207-213.

Sun J, Zhang X, Broderick M, Fein H. 2003. Measurement of NO production in biological systems by using Griess reaction assay. Sensors 3:276-284.

Tang J.E., Lysecki P.J., Manolakos J.J., MacDonald M.J., Tarnopolsky M.A., Phillips S.M. 2011. Bolus Arginine Supplementation Affects Neither Muscle Blood Flow nor Muscle Protein Synthesis in Young Men at Rest or After Resistance Exercise. J. Nutr. 141:195-200.

Tsai MJ, Kass DA. 2009. Cyclic GMP signaling in cardiovascular pathophysiology and therapeutics. Pharmacol. Ther. 122:216-238.

Tsai P.H., Tang T.K., Juang C.L., Chen K.W.C., Chi C.A., Hsu M.C. 2009. Effects of Arginine Supplementation on Post-Exercise Metabolic Responses. Chinese J. Physiol. 52(3): 136-142.

Tsikas D, Boger RH, Sandmann J, Bode-Boger SM, Frolich, JC. 2000. Endogenous NO synthase inhibitors are responsible for the L-arginine paradox. FEBS Lett. 478:1-3.

Vanhatalo A., Bailey S.J., MiMenna F.J., Blackwell J.R., Wallis G.A., Jones A.M. No effect of acute L-arginine supplementation on O2 cost or exercise tolerance. 2013. Eur. J. Appl. Physiol. 113:1805-1819.

Wang, W.W., Z.L. Wu, Z.L. Dai, Y. Yang, J.J. Wang, and G. Wu. 2013. Glycine metabolism in animals and humans: implications for nutrition and health. Amino Acids 45:463-477.

Willoughby D.S., Boucher T., Reid J., Skelton G., Clark, M. 2011. Effects of 7 Days of Arginine-Alpha-Ketoglutarate Supplementation on Blood Flow, Plasma L-Arginine, NO

Metabolites, and Asymmetric Dimethyl Arginine After Resistance Exercise. Int'l J. Sport Nutrition and Exercise Metabolism, 21, 291-299.
Wu G, Meininger CJ. 2000. Arginine nutrition and cardiovascular function. J. Nutr. 130: 2626-2629.
Wu G, Meininger CJ. 2002. Regulation of NO synthesis by dietary factors. Annu. Rev. Nutr. 22: 61-86.
Wu G, Meininger CJ. 2009. NO and vascular insulin resistance. BioFactors 35: 21-27.
Wu G, Morris SM. Jr. 1998. Arginine metabolism: NO and beyond. Biochem. J. 336: 1-17.
Wu G, Meininger CJ, Knabe DA, Bazer FW, Rhoads JM. 2000. Arginine nutrition in development, health and disease. Curr. Opin. Clin. Nutr. Metab. Care 3: 59-66.
Wu G, Bazer FW, Satterfield MC, Li XL, Wang XQ, Johnson GA, Burghardt RC, Dai ZL, Wang JJ, Wu ZL. 2013a. Impacts of arginine nutrition on embryonic and fetal development in mammals. Amino Acids 45:241-256.
Wu G, Wu ZL, Dai ZL, Yang Y, Wang WW, Liu C, Wang B, Wang JJ, Yin YL. 2013b. Dietary requirements of "nutritionally nonessential amino acids" by animals and humans. Amino Acids 44:1107-1113.
Zorgniotti A.W., Lizza E.F. 1994. Effect of large doeses of the nitric oxide precursor, L-arginine, on erectile dysfunction. Int'l J. Impotence Res. 6, 33-36.

# CERTIFICATE OF SERVICE

I hereby certify that on **Monday, February 24, 2014,** I electronically filed the foregoing **DECLARATION OF GUOYAO WU, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court for the United States District Court with the Clerk of the Court using CM/ECF which will automatically send e-mail notification of such filing to all attorneys of record in this action.

I certify that all participants in this case are certified CM/ECF users and that service will be accomplished by the United States District Court CM/ECF system.

DATED: February 24, 2014

Respectfully Submitted,

MILLER BARONDESS, LLP

By: /s/ Gene F. Williams

Attorneys for Defendants NATROL, INC.; NATROL ACQUISITION CORP.; NATROL PRODUCTS, INC.; NATROL DIRECT, INC.; MEDICAL RESEARCH INSTITUTE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400